M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Daniel Adam Summers )
Full name and prison name of )
Plaintiff(s) )
 )   2008 FEB 19 A 10: 10
v. )
 )   DEBRA P. HACKETT, CLK
 )   U.S. DISTRICT COURT
 )   MIDDLE DISTRICT ALA.
 )   CIVIL ACTION NO. 3:08cv118-MHT
Mr. Smith - Off )   (To be supplied by Clerk of U.S. District
Mr. Tarver - Off )   Court)
Mr. Janicholas - Sgt )
Mrs. Riley - Nurse )
Russell Co. Jail )
 )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
  A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

  B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☒

  C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

     1.  Parties to this previous lawsuit:

        Plaintiff (s) _____

        _____

        Defendant(s) _____

        _____

     2.  Court (if federal court, name the district; if state court, name the county)

        _____

        _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Russell Co. Jail Phenix city, Ala 36868

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Russell Co. Jail Phenix city Ala 36868

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Officer Smith | Russell Co. Jail |
| 2. | Officer Tarver | " " |
| 3. | Officer Sgt. Janicholas | " " |
| 4. | Nurse Riley | " " |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  11-04-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Office Smith let me lay of the floor for 3 hours with my blood persure so high that I could have had a stroke. And then called me a pussy for complaining about chest pain. Office Tarver pulled me over and I hit the floor. Sgt Janicholas had two trustys drag me up the hall way by my arms. to the nurser office.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Officer Tarver pulled me over and I fell to the floor. alot of other inmates seen everything that happend.

GROUND TWO: when the pulled me I the hallway Sgt. Sanichalar had got two trusties to do his dirty work.

SUPPORTING FACTS: The camera recorded the hole event of what they did to me that day

GROUND THREE: Nurse Riley took me off of my medication with out Dr. Orders

SUPPORTING FACTS: Sgt Barns told me that it was Nurse Riley who told him not to give me anymore. When I asked why, he said Nurse Riley took me off of them the medication was from a recent gun shot that almost killed me. She said that I am lucky to fell pain. to dill with it.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

award me 1,000,000 dollars for pain and suffering and 500 dollars a day till the end of this is done.

_Daniel Summer_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-6-08
(Date)

_Daniel Summer_
Signature of plaintiff(s)

Daniel Bruner
Russell Co. Jail
P.O. Box 640
Phenix city, Ala
36868

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Ala
36101-0711

Official Business

[postmark: MONTGOMERY AL 351, 15 FEB 2008 PM, "LET US DARE TO READ, THINK SPEAK AND WRITE", USA 41]