**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sgt. Sanicholas
RUSSELL COUNTY JAIL
P O Box 640
Phenix City, AL 36868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Gary RCSO_    ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Gary RCSO

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

08CV118
pot
cmp

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7007 2680 0003 1841 5295

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540