IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DANIEL ADAM SUMMERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW |
| | ) |
| **OFFICER WAYNE SMITH, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

COMES NOW Russell County Corrections, Wayne Smith and Charles Tarver, Sergeant Michael San Nicholas, and Tina Riley-Pelfrey, Nurse for the Russell County Jail, the Defendants in the above styled cause, and moves this Honorable Court for an extension of time of forty (40) days to file their Answer and Special Report. As the reasons for so moving, the Defendants state as follows:

1. On February 19, 2008, the Plaintiff filed this action in this Court (Doc. 1.) On February 20, 2008, the Court ordered a Special Report be filed by the Defendants on or before April 2, 2008. (Doc. 4.)

2. Counsel for the Defendant has only recently had the opportunity to meet with Defendants Smith and Tarver, and has only gathered some of the documentation necessary to provide this Court with a meaningful Special Report.

3. Counsel for the Defendants is in need of additional time to meet with Defendants San Nicholas and Nurse Riley-Pelfrey and gather the remaining documentation necessary to provide this Court with a meaningful Special Report.

3.    Counsel for the Defendant is in need of this additional time to fully review the extensive documentation, which is potentially relevant to this case, in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

4.    The Defendant has not previously requested an extension of time in this case.

5.    The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully requests this Honorable Court grant his Motion for Extension of Time to file his Special Report and Answer up to and including May 12, 2008.

Respectfully submitted, this the 2nd day of April, 2008

**s/Joseph L. Hubbard, Jr.**
JOSEPH L. HUBBARD, JR. (HUB015)
Attorney for Defendants

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  jhubbard@webbeley.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 2nd day of April, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Daniel Adam Summers
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                                **s/Joseph L. Hubbard, Jr.**
                                                OF COUNSEL