IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANIEL ADAM SUMMERS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW |
| | ) |
| OFFICER WAYNE SMITH, et al., | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

    COMES NOW Russell County Corrections, Wayne Smith and Charles Tarver, Sergeant Michael San Nicholas, and Tina Riley-Pelfrey, Nurse for the Russell County Jail, the Defendants in the above styled cause, and moves this Honorable Court for an extension of time of forty (40) days to file their Answer and Special Report. As the reasons for so moving, the Defendants state as follows:

    1.    On February 19, 2008, the Plaintiff filed this action in this Court (Doc. 1.) On February 20, 2008, the Court ordered a Special Report be filed by the Defendants on or before April 2, 2008. (Doc. 4.)

    2.    On April 2, 2008, the Defendants filed a Motion for an extension of time to file their Special Report, which this Court granted on April 3, 2008.

    3.    Counsel for the Defendants has not yet had an opportunity to meet with Defendants San Nicholas and Nurse Riley-Pelfrey and gather the remaining documentation necessary to provide this Court with a meaningful Special Report.

4. Counsel for the Defendants is in need of this additional time to fully review the extensive documentation, which is potentially relevant to this case, in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

5. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully requests this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including June 23, 2008.

Respectfully submitted, this the 12th day of May, 2008

s/Joseph L. Hubbard, Jr.
JOSEPH L. HUBBARD, JR. (HUB015)
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Daniel Adam Summers
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

s/Joseph L. Hubbard, Jr.
OF COUNSEL