IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANIEL ADAM SUMMERS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER SMITH, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO. 3:08-CV-118-MHT |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on May 12, 2008 (Court Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the defendants be GRANTED an extension from May 12, 2008 to and including June 2, 2008 to file their special report and answer.

Done this 13th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE