IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANIEL ADAM SUMMERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW |
| | ) |
| OFFICER WAYNE SMITH, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Jamie K. Hill, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for the Defendants in the above-captioned matter.

Respectfully submitted this 30th day of May, 2008.

        **s/Jamie K. Hill**
        Jamie K. Hill Bar No. HIL060
        Attorneys for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: jhill@webbeley.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Daniel Adam Summers
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

              **s/Jamie K. Hill**
              OF COUNSEL