IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DANIEL ADAM SUMMERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW |
| | ) |
| **OFFICER WAYNE SMITH, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Russell County Corrections, Wayne Smith and Charles Tarver, Sergeant Michael San Nicholas, and Tina Riley-Pelfrey, Nurse for the Russell County Jail, Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Jamie K. Hill of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for said Defendants contemporaneously with the filing of this Motion.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of Defendants.

Respectfully submitted this the 30th day of May, 2008.

                                                 **s/Joseph L. Hubbard, Jr.**
                                                 JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
                                                 WEBB & ELEY, P.C.
                                                 Post Office Box 240909
                                                 Montgomery, Alabama 36124
                                                 Telephone: (334) 262-1850
                                                 Fax: (334) 262-1889
                                                 E-mail: jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 30th day of May, 2008, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Daniel Adam Summers
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                                            **s/Joseph L. Hubbard, Jr.**
                                            OF COUNSEL