**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **DANIEL ADAM SUMMERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW** |
| | ) | |
| **OFFICER WAYNE SMITH, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANTS' SPECIAL REPORT

COME NOW Russell County Correction Officers Wayne Smith, Charles Tarver, Michael San Nicolas and Nurse Tina Riley-Pelfrey, the Defendants in the above-styled action, and submit this Special Report to the Court.

## INTRODUCTION

The Plaintiff in this action, Daniel Adam Summers, (hereafter, the "Plaintiff"), filed his Complaint on February 19, 2008. The Complaint alleges violations of his Eighth Amendment rights. This Court has ordered Defendants to file a Special Report.

## PLAINTIFF'S ALLEGATIONS

The Plaintiff alleges that the Defendants failed to provide adequate or appropriate medical attention, in violation of the Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment.

## DEFENDANTS' RESPONSE TO PLAINTIFF'S ALLEGATIONS

Defendants Officer Smith, Officer Tarver, Sgt. San Nicolas and Nurse Riley-Pelfrey, deny the allegations made against them by the Plaintiff as said allegations are untrue and completely without basis in law or fact.

## I.    FACTS

The Plaintiff was incarcerated in the Russell County Jail on October 19, 2007 for four counts of attempted murder and first degree criminal mischief.  (See, Exhibit A, Inmate File of Daniel Adam Summers (hereafter, "Inmate File"), attached hereto and incorporated herein as if fully set forth.)  The Plaintiff has been incarcerated in the Russell County Jail multiple times.  Id. The Plaintiff was shot on October 1, 2007 resulting in his hospitalization and was released from the hospital into the jail.  Id.

When Plaintiff was incarcerated, he had recently been shot in the chest.  Thus, Plaintiff complained of pain in his chest repeatedly during his incarceration at the Russell County Jail. (Exhibit B, Affidavit of Wayne Smith, "Smith Aff.," ¶ 4; Exhibit C, Affidavit of Charles Tarver, "Tarver Aff.," ¶ 4.)

It is the policy of the medical staff of the Russell County Jail that patients are not given any medication that contains a narcotic ingredient.  (Exhibit D, Affidavit of Tina Riley-Pelfrey, "Riley Aff.," ¶ 6.)

On October 22, 2007 Plaintiff was examined by Dr. Warr, the physician who examines inmates at the Russell County Jail.  Plaintiff was taken off of Ambien and Hydrocodone, as no controlled substances are allowed to be given at the jail.  Dr. Warr placed Plaintiff on Penicillin to prevent any infection and a pain medication which does not contain a controlled substance.  Plaintiff was given these medications per Dr. Warr's instructions.  (Riley Aff. ¶ 7.)

Nurse Riley Pelfrey has never stopped Plaintiff from receiving any medication which has been prescribed for him.  Riley Pelfrey does not prescribe treatment or medication for inmates, nor does she diagnose their injuries or ailments.  (Riley Aff. ¶ 8.)

On October 31, 2007, Sgt. San Nicolas was working night shift.  Plaintiff was complaining of chest pains and stated that he could not walk to the nurse's office, so Sgt. San Nicolas informed Nurse McInnis and had her report to Plaintiff's cell to examine him.  Sgt. San Nicolas stayed in Plaintiff's cell while Nurse McInnis examined him.  (Exhibit E, Affidavit of Michael J. San Nicolas,[1] "San Nicolas Aff.," ¶ 4.)

On October 31, 2007, Officer Tarver heard that Plaintiff was complaining of chest pains. Officer Tarver told Officer Cornelius, who was in the tower, to tell Plaintiff to come down from the upper level of the cell.  The Plaintiff walked down under his own power and appeared to be walking normally.  Plaintiff walked out of the cell block then fell to the floor and said that he could not walk anymore.  Officer Tarver told him to get up and he refused.  Sgt. San Nicolas and some trustees helped him up and back into the cell block.   Then, Nurse McInnis arrived and she examined Plaintiff in the cell block.  After Nurse McInnis arrived, Officer Tarver left to go back up front. (Tarver Aff. ¶ 7.)

On the evening of October 31, 2007, Plaintiff was examined by Nurse McInnis.  Nurse Riley Pelfrey was not present at the jail at that time.  Nurse McInnis' notes indicate that she examined Plaintiff at 9 p.m. on October 31, 2007.  Plaintiff complained of chest pains and a head ache.  Plaintiff stated that he was unable to walk.  Plaintiff's blood pressure was elevated and his chest was clear.  Plaintiff was given a GI cocktail consisting of pain medications.  This is the same treatment he would receive if he went to an emergency room complaining of chest pains.  At 9:10 his blood pressure was taken again.  He was given a medication to bring his blood pressure down. At 10:00 Plaintiff's blood pressure was taken and it had returned to a normal level.  His lungs were clear and his oxygen level was 100%.  Plaintiff was noted to be quite dramatic and anxious.

---

[1] The affidavit of Sgt. San Nicholas is being submitted unsigned.  Sgt. San Nicholas has approved this affidavit and a signed copy will be submitted as soon as possible.

Plaintiff was given Benadryl to calm him down, Tylenol and a medication similar to icy hot to relax his muscles. Plaintiff was encouraged to relax. (Riley Aff. ¶ 9; Exhibit F, Relevant Medical Document: Notes from Nurse McInnis.)

Neither Officer Smith nor Officer Tarver has ever been aware that Plaintiff's blood pressure was high or that Plaintiff suffered from high blood pressure. Plaintiff never stated to Officer Smith or Officer Tarver that he suffered from high blood pressure. (Smith Aff. ¶ 5; Tarver Aff. ¶ 5.)

Officer Smith and Officer Tarver have never refused to provide medical treatment to Plaintiff or any other inmate at the Russell County Jail. (Smith Aff. ¶6; Tarver Aff. ¶ 6.)

At no time did any physical contact occur between Officer Tarver and the Plaintiff. Officer Tarver never touched Plaintiff at any point. (Tarver Aff. ¶ 8.)

At no time did Officer Tarver observe Plaintiff being mistreated or handled roughly by Sgt. San Nicolas or the trustees. (Tarver Aff. ¶ 9.)

At no time did Sgt. San Nicolas instruct a trustee to drag or carry Plaintiff. Sgt. San Nicolas did not observe Plaintiff being drug or carried by a trustee. (San Nicolas Aff. ¶ 5.)

It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances. Forms on which grievances may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file. (Smith Aff. ¶ 7; Tarver Aff. ¶ 10; San Nicolas Aff. ¶ 6.)

To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of the Jail. To Defendants' knowledge, the Plaintiff has not filed a

grievance with respect to the subject matter of his Complaint.  (Smith Aff. ¶ 8; Tarver Aff. ¶ 11; San Nicolas Aff. ¶ 7.)

It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates.  Forms on which medical requests may be related to the Jail staff are readily available in the Jail.  Inmates are furnished these forms at any time they request one.  An exception exists for requests of an emergency nature, which may be made orally.  Members of the Jail staff are charged with responding to such requests.  Copies of all medical request forms are placed in an inmate's Jail file and medical file.  In an emergency situation, the Jail personnel have the authority to send inmates to the jail infirmary immediately.  (Smith Aff. ¶ 9; Tarver Aff. ¶ 12; San Nicolas Aff. ¶ 8; Riley Aff. ¶ 4.)

It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.  (Smith Aff. ¶ 10; Tarver Aff. ¶ 13; San Nicolas Aff. ¶ 9; Riley Aff. ¶ 5.)

Officer Smith, Officer Tarver and Sgt. San Nicolas do not have medical education, training or experience, but rely upon the professional judgment of medical professionals who have been retained to provide care to the inmates.  (Smith Aff. ¶ 11; Tarver Aff. ¶ 14; San Nicolas Aff. ¶ 10.)

Defendants followed the policies of the Russell County Jail in all interactions with the Plaintiff.  (Smith Aff. ¶12; Tarver Aff. ¶ 15; San Nicolas Aff. ¶ 11.)

## II.     LAW

### A.     The Plaintiff's claims are barred because he has failed to comply with the provisions mandated by 42 U.S.C. § 1997e(a) of the Prison Litigation Reform Act ("PLRA").

The Court's adherence to mandates of the PLRA is essential to ensure that the "flood" of frivolous claims for constitutional violations does not burden and hinder the Court's consideration of legitimate claims presented by pro se litigants. See Harris v. Garner, 216 F.3d 970, 972 (11th Cir. 2000) ("In an effort to stem the flood of prisoner lawsuits in federal court, Congress enacted the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321 (1996) ('PLRA').").  As the Supreme Court recently recognized in Jones v. Bock:

> Prisoner litigation continues to "account for an outsized share of filings" in federal district courts.  Woodford v. Ngo, 548 U.S. ----, ----, n.4, 126 S. Ct. 2378 (2006) (slip op., at 12, n.4).  In 2005, nearly 10 percent of all civil cases filed in federal courts nationwide were prisoner complaints challenging prison conditions or claiming civil rights violations.[footnote omitted]  Most of these cases have no merit;  many are frivolous.  Our legal system, however, remains committed to guaranteeing that prisoner claims of illegal conduct by their custodians are fairly handled according to law.  The challenge lies in ensuring that the flood of nonmeritorious claims does not submerge and effectively preclude consideration of the allegations with merit.  See Neitzke v. Williams, 490 U.S. 319, 327 [] (1989).
>
> Congress addressed that challenge in the PLRA.  What this country needs, Congress decided, is fewer and better prisoner suits.  See Porter v. Nussle, 534 U.S. 516, 524, [] (2002) (PLRA intended to "reduce the quantity and improve the quality of prisoner suits").  To that end, Congress enacted a variety of reforms designed to filter out the bad claims and facilitate consideration of the good.  ***Key among these was the requirement that inmates complaining about prison conditions exhaust prison grievance remedies before initiating a lawsuit.***

127 S. Ct. at 914 (emphasis added).  Uniform adherence to all the provisions of the PLRA, especially the grievance exhaustion requirement, is mandatory for inmate litigants and the courts to ensure that the federal judicial system can effectively "separate the wheat from the chaff" with regard to claims asserted by inmate litigants.

The first section of the PLRA provides:

> ***No action shall be brought*** with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility ***until such administrative remedies as are available are exhausted.***

42 U.S.C. § 1997e(a) (emphasis added). Under this provision of the PLRA, an inmate is required to exhaust all administrative remedies before instituting an action under 42 U.S.C. § 1983, and the Court is precluded from granting relief to any plaintiff who has not exhausted ***all*** his administrative remedies. In <u>Woodford v. Ngo</u>, ___ U.S. ___; 126 S. Ct. 2378, 2382 (2006), the Supreme Court held, "Exhaustion is no longer left to the discretion of the district court, but is ***mandatory***." <u>See also</u> <u>Booth v. Churner</u>, 532 U.S. 731, 739 (2001) ("Prisoners must now exhaust all 'available' remedies, not just those that meet federal standards."). However, as the Supreme Court recognized in <u>Jones v. Bock</u>, each prison sets its own parameters for what constitutes compliance with its grievance policy:

> In <u>Woodford</u>, we held that to properly exhaust administrative remedies prisoners must "complete the administrative review process in accordance with the applicable procedural rules," 548 U.S., at ___, 126 S. Ct. 2378 [] – rules that are defined not by the PLRA, but by the prison grievance process itself…. The level of detail necessary in a grievance to comply with the grievance procedures will vary from system to system and claim to claim, but it is the prison's requirements, and not the PLRA, that define the boundaries of proper exhaustion.

127 S. Ct. at 922-23.

Here, the Plaintiff has not filed any grievance regarding any of the allegations in his Complaint. The Plaintiff has not complied with the provisions of the Russell County Jail grievance policy, so he cannot be deemed to have exhausted all available administrative remedies provided by the Russell County Jail grievance policy, as is required by § 1997e(a) of the PLRA. Therefore, his claims must be dismissed.

**B.**    **The Defendants, in Their Official Capacities, Are Entitled to Judgment in Their Favor as a Matter of Law.**

In his Complaint, the Plaintiff has not designated whether he is suing the Defendants in their official or individual capacities. Out of an abundance of caution, to the extent the Plaintiff's Complaint can be construed as making official capacity claims, the Eleventh Amendment bars such claims. Additionally, the Defendants, in their official capacities, are not "persons" for purposes of 42 U.S.C. § 1983.

**1.**    **All official capacity claims against the Defendants are barred by the Eleventh Amendment to the United States Constitution.**

The Plaintiff's official capacity claims against the Defendants are due to be dismissed for lack of subject matter jurisdiction. The Defendants, in their capacities as corrections officers and jail nurse, are executive officers of the State of Alabama. Therefore, a suit against them, in their official capacities, is a suit against the State of Alabama. See Hafer, 502 U.S. at 25; Lancaster, 116 F.3d at 1429; see also Kentucky v. Graham, 473 U.S. at 165-66. Because this suit is, in effect, a suit against the State of Alabama, the Eleventh Amendment to the United States Constitution bars the Plaintiff's claims under § 1983. See Free, 887 F.2d at 1557; see also Dean v. Barber, 951 F.2d 1210, 1215 n.5 (11th Cir. 1992); Carr v. City of Florence, 916 F.2d 1521, 1525 (11th Cir. 1990) (citing Parker v. Williams, 862 F.2d 1471, 1476 (11th Cir. 1989) and upholding the proposition that a deputy sued in his official capacity is entitled to Eleventh Amendment immunity). Thus, this Court lacks subject matter jurisdiction over these claims.

**2.**    **The Defendants, in their official capacities, are not "persons" for purposes of 42 U.S.C. § 1983.**

42 U.S.C. § 1983 prohibits a person, acting under color of law, from depriving another of his rights secured by the United States Constitution. 42 U.S.C. § 1983. The United States Supreme Court has held that a state official sued in his or her official capacity, is not a "person"

8

under § 1983.  Will v. Michigan Dep't of State Police, 491 U.S. 58, 71 (1989).  Thus, any claims

against these Defendants, in their official capacities, are due to be dismissed because they are not

"persons" under § 1983, and therefore, these claims fail to state a claim upon which relief can be

granted.  Id.; Carr, 916 F.2d at 1525 n.3 (citing Will and noting that, in addition to entitlement to

Eleventh Amendment immunity, "neither a State nor its officials acting in their official capacities

are a 'person' under § 1983").

   C.    **The Defendants Are Entitled to Qualified Immunity.**

   In their individual capacities, the Defendants are entitled to qualified immunity and a

dismissal of Plaintiff's claims unless they violated the Plaintiff's clearly established

constitutional rights of which a reasonable person would have known.  Lancaster, 116 F.3d at

1424.  Qualified immunity is a protection designed to allow government officials to avoid the

expense and disruption of trial.  Ansley v. Heinrich, 925 F.2d 1339, 1345 (11th Cir. 1991).  The

Eleventh Circuit Court of Appeals has observed, "[t]hat qualified immunity protects

governmental actors is the usual rule; only in exceptional cases will government actors have no

shield against claims made against them in their *individual capacities*."  Lassiter v. Alabama A

& M Univ., 28 F.3d 1146 (11th Cir. 1994) (en banc) (emphasis in original) (footnote omitted).

In the light of pre-existing law the unlawfulness must be apparent.  Anderson v. Creighton, 483

U.S. 635, 640 (1987).  Mere statements of broad legal truisms, without more, are not sufficient to

overcome qualified immunity.  Post v. City of Ft. Lauderdale, 7 F.3d 1552, 1557 (11th Cir.

1993).

   Once a defendant has asserted the defense of qualified immunity, the threshold inquiry a

court must undertake is whether the plaintiff's allegations, if true, establish a constitutional

violation.  Saucier v. Katz, 533 U.S. 194, 201 (2001).  This initial inquiry is whether "[t]aken in

the light most favorable to the party asserting the injury, do the facts alleged show the officer's conduct violated a constitutional right?"  Id. (citing Siegert v. Gilley, 500 U.S. 226, 232 (1991)). The second inquiry is, if a constitutional violation is stated, were these rights "clearly established" to the degree that these Defendants had "fair warning" that their conduct violated the plaintiff's constitutional rights?  Willingham v. Loughnan, 321 F.3d 1299, 1301 (11th Cir. 2003).

In making an assessment of whether the particular conduct of these Defendants was clearly established as being violative of constitutional dictates, the reviewing court must examine the state of law at the time the alleged deprivation occurred.  See Rodgers v. Horsley, 39 F.3d 308, 311 (11th Cir. 1994).  A constitutional right is clearly established only if its contours are "sufficiently clear that a reasonable official would understand that what he is doing violates that right."  Anderson, 483 U.S. at 640; Lancaster, 116 F.3d at 1424.  "In this circuit, the law can be 'clearly established' for qualified immunity purposes only by decisions of the U.S. Supreme Court, Eleventh Circuit Court of Appeals, or the highest court of the state where the case arose."  Jenkins v. Talladega Bd. of Educ., 115 F.3d 821, 827 (11th Cir. 1997) (en banc) (citations omitted).

The instant Plaintiff alleges that he was unlawfully denied adequate and/or appropriate medical care.  These Defendants are entitled to judgment in their favor as a matter of law on these claims for three reasons.  First, the Defendants' policies and actions were not deliberately indifferent to a constitutional right of the Plaintiff.  Second, the Defendants did not promulgate policies that caused the Plaintiff's alleged constitutional deprivations.  Third, no clearly established law provided the Defendants with "fair warning" that their conduct was unlawful.

1.    <u>**The Plaintiff did not suffer from an objectively serious medical need.**</u>

A constitutional violation under the Eighth Amendment for denial of medical care is stated where the facts tend to show that a jail official was deliberately indifferent to the serious medical needs of an inmate.  <u>See</u> <u>Estelle v. Gamble</u>, 429 U.S. 97, 104 (1976).  The Plaintiff must satisfy both an objective and a subjective inquiry.  <u>Taylor v. Adams</u>, 221 F.3d 1254, 1257 (11th Cir. 2000); <u>Adams v. Poag</u>, 61 F.3d 1537, 1543 (11th Cir. 1995).  First, he must show an objectively serious medical need.  <u>Taylor</u>, 221 F.3d at 1258; <u>Adams</u>, 61 F.3d at 1543.  Second, the Plaintiff must demonstrate that the Defendants acted, or failed to act, with an attitude of "deliberate indifference" to that serious medical need.  <u>Farmer v. Brennan</u>, 511 U.S. 825, 834 (1994).  A prison official cannot be deliberately indifferent to an excessive risk to an inmate's health unless he is both "aware of the facts from which the inference could be drawn that a substantial risk of serious harm exists, and . . . draws[s] the inference."  <u>Farmer</u>, 511 U.S. at 837.

In the instant case, the Plaintiff has failed to allege any facts tending to show that these Defendants knew of a serious medical condition.  In his Complaint, the Plaintiff alleges that he suffered from high blood pressure.  While the Plaintiff's physical condition ***could*** become a serious medical need, it was not at the time of his incarceration or his Complaints.  Additionally, there is nothing in the Plaintiff's jail file or medical file that indicates that the Plaintiff's medical condition adversely affected his safety or well-being.

2.    <u>**The Complaint fails to allege a constitutional violation in that the Defendants were not deliberately indifferent to the Plaintiff's serious medical needs.**</u>

The Constitution does not mandate comfortable prisons.  <u>Rhodes v. Chapman</u>, 452 U.S. 337, 349 (1981).  Jail officials must provide humane conditions of confinement, ensuring that inmates receive adequate food, clothing, shelter, and medical care.  <u>Hudson v. Palmer</u>, 468 U.S.

517, 526-527 (1984).  A claim is stated only where the conditions of confinement pose a risk to the health or safety of an inmate and the defendant official is deliberately indifferent to that risk. <u>Farmer</u>, 511 U.S. at 837.

An inmate does not have a right to a ***specific*** kind of treatment.  <u>City of Revere v. Massachusetts General Hosp.</u>, 463 U.S. 239, 246 (1983) (holding, "the injured detainee's constitutional right is to receive the needed medical treatment; ***how [a municipality] obtains such treatment is not a federal constitutional question***") (emphasis added).  Furthermore, this Court should not substitute its medically untrained judgment for the professional judgment of the medical health professionals who treated the Plaintiff.  <u>See</u> <u>Waldrop v. Evans</u>, 871 F.2d 1030, 1035 (11th Cir. 1989) (observing that "when a prison inmate has received medical care, courts hesitate to find an Eighth Amendment violation"); <u>Hamm v. DeKalb County</u>, 774 F.2d 1567, 1575 (11th Cir. 1985) (stating that the evidence showed the plaintiff received "significant" medical care while in jail, and although plaintiff may have desired different modes of treatment, care provided by jail did not constitute deliberate indifference), <u>cert. denied</u>, 475 U.S. 1096 (1986); <u>Westlake v. Lucas</u>, 537 F.2d 857, 860 n.5 (6th Cir. 1976) (stating "Where a prisoner has received some medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments").

The Defendants were not deliberately indifferent to any objectively serious need that could be construed in the Plaintiff's Complaints.  In order to be deliberately indifferent, an official must both know of a serious risk of harm and disregard it.  <u>Farmer</u>, 511 U.S. at 837.  In the instant case, the Plaintiff has failed to allege any facts tending to show that the Defendants were deliberately indifferent to his medical conditions.

Defendants Sgt. San Nicolas, Officer Smith and Officer Tarver have no direct involvement whatsoever in the medical care of inmates. In fact, the Plaintiff's Complaint does not allege that these Defendants had anything whatsoever to do with his medical care. (See, generally, Complaint.) Sgt. San Nicolas, Officer Smith and Officer Tarver do not have any kind of medical education, training or experience. They rely upon the professional judgment of medical professionals who have been retained to provide care to the inmates. Certainly this Court should not require these Defendants, with absolutely no medical or health care training, to substitute their medically untrained judgment for the professional judgment of the medical health professionals who treated the Plaintiff.

While the Eleventh Circuit has not had an opportunity to visit this issue, the Eighth Circuit has addressed a similar claim. In Meloy v. Bachmeier, 302 F.3d 845 (8th Cir. 2002), a former inmate sued several prison doctors, a nurse, and the prison's medical director[2] for failing to provide him with a positive air pressure machine needed to treat his sleep apnea. 302 F.3d at 847. Reversing the district court's denial of summary judgment for the director, the Eighth Circuit began by making some common sense observations. "A prison's medical treatment director who lacks medical expertise cannot be liable for the medical staff's diagnostic decisions." 302 F.3d at 847 citing, Camberos v. Branstad, 73 F.3d 174, 176 (8th Cir. 1995). Further, the Meloy court stated "[p]rison officials cannot substitute their judgment for a medical professional's prescription." Id. citing, Zentmyer v. Kendall County, 220 F.3d 805, 812 (7th Cir. 2000). Finally, the court held:

> The law does not clearly require an administrator with less medical training to second-guess or disregard a treating physician's treatment decision. Because the law was not clearly established that [the director] was deliberately indifferent to [the plaintiff's] serious medical needs, [the director] is entitled to qualified immunity.

---

[2] The medical director was a trained and licensed nurse. 302 F.3d at 846.

302 F.3d at 849.

Further, Defendants were clearly not indifferent to the Plaintiff's medical needs. Plaintiff was examined and treated by a medical provider multiple times on October 31, 2007.

This medical care provided by Dr. Warr and the nursing staff is anything but deliberately indifferent. It is therefore clear from the face of the Complaints that the Plaintiff's chief claim is that the medical personnel ineffectively treated him. However, "a complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment." Estelle, 429 U.S. at 106. "Medical malpractice does not become a constitutional violation merely because the victim is a prisoner." Id. Therefore, the Plaintiff has failed to allege, and the facts do not support, that the Defendants violated the Plaintiff's federally protected rights.

### 3.    These Defendants did not violate any of the Plaintiff's other federally protected rights.

The Plaintiff cannot meet his first burden under the qualified immunity standard – he cannot show a violation of his federal rights. The Defendants are therefore entitled to qualified immunity for two reasons. First, Defendants cannot be held liable on a theory of *respondeat superior*. Second, there is no causal connection between the policies promulgated by any Defendant and the Plaintiff's alleged injuries.

### (a)    *Respondeat Superior* cannot serve as a basis for § 1983 liability.

To the extent the Plaintiff seeks to impose vicarious liability on Defendants, his claims are due to be dismissed. Vicarious liability is not permitted under § 1983. See Monell, 436 U.S. at 691.

There is no constitutional mandate that prisons or jails be made comfortable. Rhodes v. Chapman, 452 U.S. 337, 349 (1981). "Lawful incarceration brings about the necessary withdrawal

or limitation of many privileges and rights, a retraction justified by the considerations underlying our penal system." Price v. Johnston, 334 U.S. 266, 285 (1948). "Maintaining institutional security and preserving internal order and discipline are essential goals that may require limitation or retraction of the retained constitutional rights of both convicted prisoners and pretrial detainees." Bell v. Wolfish, 441 U.S. 520, 546 (1979).

To overcome the Defendants' entitlement to qualified immunity, the Plaintiff must prove that they were deliberately indifferent. Farmer v. Brennan, 511 U.S. 825, 836 (1994). Specifically, the Plaintiff must prove that the Defendants were aware that a substantial risk of serious harm to the inmate's health or safety existed. The Plaintiff must further prove that the Defendants drew the inference of the existence of such a risk. Id.

Based upon the foregoing the Plaintiff has failed to allege a violation of his federally protected rights – let alone a violation personally committed by Defendants. Therefore, these Defendants are entitled to qualified immunity and judgment as a matter of law on the Plaintiff's claims.

> **(b)    There is no causal connection between any policy or custom promulgated by Defendants, and the Plaintiff's alleged injuries.**

The Eleventh Circuit has stated what is required to make out a § 1983 claim against a supervisor:

> Supervisory liability occurs either when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between actions of the supervising official and the alleged constitutional deprivation. The causal connection can be established when a history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged deprivation, and he fails to do so. The deprivations that constitute widespread abuse sufficient to notify the supervising official must be obvious, flagrant, rampant and of continued duration, rather than isolated occurrences.

Brown v. Crawford, 906 F.2d 667, 671 (11th Cir. 1990) (citations omitted).  The Eleventh Circuit, therefore, applies a three-prong test that the Plaintiff must satisfy to establish supervisory liability: (1) the supervisor's actions, either in training, promulgating policy, or otherwise, were deliberately indifferent to the Plaintiff's rights; (2) a reasonable person in the supervisor's position would know that his or her actions were deliberately indifferent; and (3) the supervisor's conduct was causally related to the subordinate's constitutional infringement.  Greason v. Kemp, 891 F.2d 829, 836-37 (11th Cir. 1990); see also Brown v. Crawford, 906 F.2d 667, 671 (11th Cir. 1990) (citations omitted).  The causal connection may be established where the supervisor's improper "custom or policy ... result[s] in deliberate indifference to constitutional rights."  Rivas v. Freeman, 940 F.2d 1491, 1495 (11th Cir. 1991) (citing Zatler v. Wainwright, 802 F.2d 397 (11th Cir. 1986)).  "[T]he inadequacy of police training may serve as the basis for § 1983 liability *only* where the failure to train amounts to deliberate indifference to the rights of persons with whom the police come into contact."  City of Canton v. Harris, 489 U.S. 378, 388 (1989) (emphasis added).  The Complaint fails to allege facts supporting any of these elements, and there is no evidence to support the allegations even if they were made.

First, the Defendants' policies and actions were not deliberately indifferent.  Furthermore, there is no allegation that the Defendants had knowledge (either actual or constructive) of a training deficiency in the Russell County Jail or that the policies and/or customs of the jail would result in constitutional violations.  Id.  There is no allegation of widespread obvious, flagrant, rampant and continuous abuse by corrections officers.  Id.

Second, there are no facts in the record from which a reasonable person could conclude that the Defendants' conduct was deliberately indifferent.  Prison officials may be held liable for denying humane conditions of confinement only if they know that inmates face substantial risk

of serious harm and disregard that risk by failing to take reasonable measures to abate it.  Farmer v. Brennan, 511 U.S. 825, 837 (1994).  There are no allegations in the Complaints at all to show that the Defendants were aware of any risk of harm to the Plaintiff, let alone a substantial risk of harm.  Consequently, the Plaintiff has failed to meet the second element of supervisory liability under § 1983.

Regarding the third element of supervisory liability, there is no causal connection between the Defendants' conduct and the alleged constitutional deprivation.  Again, there is no evidence that the Defendants failed to train the jail personnel.

The Plaintiff has failed to allege, and the facts do not show, the existence of the elements of supervisory liability under § 1983.  See Greason, 891 F.2d at 836-37.  The Defendants cannot be held vicariously liable under § 1983.  Monell, 436 U.S. at 694-95.  Consequently, the Defendants are entitled to qualified immunity and judgment in their favor as a matter of law. Saucier, 533 U.S. at 201.

### D.    No Clearly Established Law Gave the Defendants Fair Warning that Their Conduct was Unlawful.

The Plaintiff must show that clearly established law provided the Defendants with fair warning that their conduct was unlawful by either (1) pointing to a case with materially similar facts holding that the conduct engaged in was illegal; or (2) demonstrating that a pertinent federal statute or a federal constitutional provision is specific enough to demonstrate conduct was illegal, even in the total absence of case law.  Storck v. City of Coral Springs, 354 F.3d 1307, 1317 (11th Cir. 2003) (citations omitted).  The Eleventh Circuit has identified the latter method as an "obvious clarity" case.  Vinyard v. Wilson, 311 F.3d 1340, 1350 (11th Cir. 2002) (footnote omitted).  In order to show that a Defendant's conduct was unconstitutional with "obvious clarity," "the unlawfulness must have been apparent."  Willingham, 321 F.3d at 1301.

17

"Unless a government agent's act is so obviously wrong, in the light of pre-existing law, that only a plainly incompetent officer or one who was knowingly violating the law would have done such a thing, the government actor has immunity from suit." Storck, 354 F.3d at 1318 (quoting 28 F.3d at 1149).

## III.    MOTION FOR SUMMARY JUDGMENT

### A.    Summary Judgment Standard

On a motion for summary judgment, the court should view the evidence in the light most favorable to the nonmovant. Greason, 891 F.2d at 831. However, a plaintiff "must do more than show that there is some metaphysical doubt as to the material facts." Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 586 (1986). Only reasonable inferences with a foundation in the record inure to the nonmovant's benefit. See Reeves v. Sanderson Plumbing Products, Inc., 530 U.S. 133 (2000). "[T]he court should give credence to the evidence favoring the nonmovant as well as that 'evidence supporting the moving party that is uncontradicted or unimpeached, at least to the extent that that evidence comes from disinterested witnesses.'" Reeves, 530 U.S. at 151, quoting 9A C. Wright & A. Miller, Federal Practice and Procedure § 2529, p. 299.[3] "A reviewing court need not 'swallow plaintiff's invective hook, line and sinker; bald assertions, unsupportable conclusions, periphrastic circumlocutions, and the like need not be credited.'" Marsh v. Butler County, 268 F.3d 1014, 1036 n.16 (11th Cir. 2001) (en banc) quoting Massachusetts School of Law v. American Bar, 142 F.3d 26, 40 (1st Cir. 1998).

---

[3] Although Reeves was a review of a motion for judgment as a matter of law after the underlying matter had been tried, the Supreme Court, in determining the proper standard of review relied heavily on the standard for summary judgment stating, "the standard for granting summary judgment 'mirrors' the standard for judgment as a matter of law, such that 'the inquiry under each is the same.'" Reeves, 530 U.S. at 150, citing Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250-251 (1986); Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

**B.    Motion for Summary Judgment**

Defendants respectfully request that this Honorable Court treat this Special Report as a

Motion for Summary Judgment and grant unto them the same.

Respectfully submitted this 30th day of May, 2008.

> **s/Jamie K. Hill**
> Jamie K. Hill Bar No.  HIL060
> Attorneys for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  jhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Daniel Adam Summers
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

> **s/Jamie K. Hill**
> OF COUNSEL

# Exhibit A
# Inmate File of Daniel Adam Summers

Part 1

## *Statement*

0.5. On 10-31-2007 at approximately 4:30pm, I started having chest pains while in my cell A-20. Everybody started hitting their buttons to get the pod officer's attention. Officer Cornelius was the pod officer and called for somebody to come check me. Officer Smith came at about approximately 5:00pm to check my vitals. After he checked them I looked up and saw that they were 187 over 147. Officer Smith began saying that there wasn't nothing wrong with me. I started arguing the fact that my blood pressure was so high because I was in pain. Officer Smith still said there was nothing wrong with me and nudged me back in my cell with his leg. Officer Smith then radioed the pod officer to lock me down. Officer Smith began walking away with the machine and Jeff Hall said they needed to do something with me because my blood pressure was so high. Officer Smith turned around and told Jeff, I was just a pussy and that there weren't any thing wrong with me. Then Officer Smith left. 0.5.

0.5. After we got out of lockdown at 7:00pm, I stayed in my room. At approximately 8:00pm, Officer Tarver said I was going to the nurse. I'm going through the sally port doors in A-max and Officer Tarver grabbed me by my left arm and said come on were going to see the nurse and I fell over and hit the concrete floor causing more pain. Officer Tarver tried to pick me up and it caused more pain from him trying to pick me up. Officer Tarver yelled up the hallway and told Sgt. San Nicolas that I was on the concrete floor. As Sgt. San Nicolas was walking towards me, there were two trustees in the hallway by the kitchen. I believe Donta was one of them but I am not sure. Sgt. San Nicolas told them to come get me. The two trustees grabbed each arm and started walking towards the nurse's office. As the two trustees were dragging me up the hallway, I stated crying out in pain that my chest hurts and Sgt. San Nicolas told the trustees to put me down that the nurse was on her way. When the nurse showed up Sgt. San Nicolas was helping me get up to my feet and she went back to her office. We slowly made our way to the nurse's office. This was the night time nurse, I am not sure what her name is. When we got to her office she checked my vitals again. The vitals were a little higher than they were before. The nurse gave me some kind of green medicine that made my lips go numb. Then the nurse gave me some other type of medicine that was squirted under my tongue. Sgt. San Nicolas then took me out of the nurse's station and put me into one of the holding cells. I stayed in the holding cell for about an hour. Then Sgt. San 0.5.

Nicolas took me back into the nurse's office. The nurse checked my vitals
again. My vital signs were low enough for Sgt. San Nicolas to take me back
to my cell. That's when I discovered my store had been stolen. That is pretty
much it for that. End of statement. D. S.

Daniel Summers

*Daniel Summers*

2-2 8-08

This statement was given to SSG. Danny Bussey on 02-28-2008. SSG.
Danny Bussey typed the statement as I dictated. The statement is an accurate
reflection of the events described.



**RUSSELL COUNTY SHERIFF OFFICE**
**CORRECTIONS DIVISION**
**INCIDENT / OFFENSE REPORT**



| VICTIM | CELL # | DATE | TIME | SHIFT SUPERVISOR |
|--------|--------|------|------|------------------|
| R.C.J. | | 02/28/08 | 10:30am | Sgt. San Nicolas |
| **OFFENDER** | **CELL #** | **TYPE OF INCIDENT / OFFENSE** | | |
| Daniel Adam Summers | F-21 | Statement | | |
| **WITNESSES** | **CELL #** | **WITNESSES (OFFICERS)** | | |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

**NARRATIVE:**

To the best of my knowledge, I Sgt. San Nicolas only recall one incident concerning inmate Daniel Adam Summers. While on night shift inmate was in A-20 and was complaining of chest pains. Inmate stated that he could not walk so I Sgt. San Nicolas informed nurse McInnis and had her report to A-max. I do not recall the date or the time of the incident. I Sgt. San Nicolas do not know of the incident that inmate Summers is referring to. End of statement...........

Sgt. M. San Nicol

II 16

Smith, W
Wurst, S
Knox, D

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONAL UNIT  5700
### DAILY SHIFT LOG

FROM 0700 TO 1900 THE 31 DAY OF Oct 20 07 SHIFT D-Day

SHIFT SUPERVISOR Sgt. Perry    CENTRAL Kutti

BOOKING OFFICER Powell    1st MALE POD Brown, N

2nd MALE POD Hunter    FEMALE POD Warden

| ITEM | TIME | INCIDENT / MESSAGE / ACTION TAKEN |
|------|------|-----------------------------------|
| 1. | 0655 | C/o Brown, N relieved C/o Hamilton of all duties in male pod 1. Lights show all clear at this time. ——— |
| 2. | 0700 | All J3 are let out of lockdown. ——— |
| 3. | 0704 | C/o Smith came of mail & slips. |
| 4. | 0801 | C/o Goodman past out Rx meds. |
| 5. | 0826 | C/o Kutti called for 3 J3's for Court David Whitehead, Robert Hallmark, Steven Sparks. ——— |
| 6. | 0900 | C/o Knox called for J3 Jeffery Hall for visitation. ——— |
| 7. | 10.00 | Sgt Barnes came to let F-max to let Eddie Upshaw get a hair. ——— |
| 8. | 10:38 | Sgt Barnes went give Michael Turpin a hair cut. |
| 9. | 1054 | C/o Smith and J3 pass out razors in Pod 1 |
| 10. | 1054 | C/o Knox relieved C/o Brown of all duties in Pod 1 |
| 11. | 1108 | C/o Goodman takes J3 Willie Oates to infirmary |
| 12. | 1124 | 4 J3s return from court |

| ITEM | TIME | INCIDENT / MESSAGE / ACTION TAKEN |
|------|------|-----------------------------------|
| 13 | 1139 | C/O Wurst take J3 Jarod Dykes up front bag and baggage. |
| 14 | 1140 | C/O Goodman bring back J3 from Infirmary |
| 15 | 1145 | C/O Smith ran food Trays in Pod 1 |
| 16 | 1255 | 2 J3s Hollis Fowler + David Livingston Exit Pod for visitation |
| 17 | 1304 | Mr. McKinney enters Pod 1 B Block |
| 18 | 1324 | Sgt. Barnes entered Pod 1 D Block takes J3 Walker Willie to B Dorm |
| 19 | 1336 | 1 J3 Exit Pod 1 For visitation Antonio Jackson |
| 20 | 1337 | 2 J3 return from visitation |
| 21 | 1337 | 1 J3 return from visitation |
| 22 | 1403 | 1 J3 Exits pod 1 for visitation |
| 23 | 1436 | C/O Wurst take J3 Jonathan Hill up front for visitation |
| 24 | 1440 | C/O Smith enters B Block |
| 25 | 1442 | C/O Goodman enters Pod 1 with medication |
| 26 | 1458 | 2 J3 Exits Pod 1 for visitation |

| NUMBER IF INMATES BEGINNING | NUMBER IF INMATES ENDING | | |
|-----------------------------|--------------------------|--|--|
| | | | |

| PREPARED BY | SIGNATURE | REVIEWED BY | SIGNATURE |
|-------------|-----------|-------------|-----------|
| | | | |

## RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONAL UNIT 8150
## DAILY SHIFT LOG

Rusar T. Hurt
T. Smith
T. Knox

FROM 07:00 TO 19:00 THE 31 DAY OF Oct 20 07 SHIFT D-Day

| | | |
|---|---|---|
| SHIFT SUPERVISOR | Sgt Perry | CENTRAL Kilti |
| BOOKING OFFICER | Powell | 1st MALE POD Brown N. |
| 2nd MALE POD | Hunter | FEMALE POD Walden |

| ITEM | TIME | INCIDENT / MESSAGE / ACTION TAKEN |
|---|---|---|
| 27 | 15:12 | T. Kilti relieved T. Knox from all male pod I duties |
| 28 | 16:00 | All males are lock down at this time |
| 29 | 17:01 | T. Hurst conducting tray run in pod I |
| 30 | 17:04 | O-9 Summer Daniel to A-20 complain chest pain |
| 31 | 18:05 | T. Kilti radioed to central |
| 32 | 18:07 | Sgt Dan Nicholas and T. Hurst conducting head count |
| 33 | 18:17 | T. Smith entered A-max check O-9 Summer blood pressure 33 |
| 34 | 19:00 | T. Kilti op all male pod I duties |
| | | End of log |

PAGE ___ 1 ___ OF _____ PAGES

PLG-001

CORRECTIONAL UNIT __5730__

DAILY SHIFT LOG

FROM _1900_ TO _0700_ THE _31_ DAY OF _Oct_ 20 _07_ SHIFT _____ C Night

SHIFT SUPERVISOR _San Nicolas_                    CENTRAL _C/o Homles_

BOOKING OFFICER _C/o Lewis_                    1st MALE POD _C/o Cornelius_

2nd MALE POD _C/o Smith_                    FEMALE POD _C/o Freeman_

| ITEM | TIME | INCIDENT / MESSAGE / ACTION TAKEN |
|------|------|-----------------------------------|
| 1. | 1900 | OFF Lock down    No problems. |
| 2. | 1902 | C/o Brown starts passing out Meds. |
| 3. | 1907 | C/o Tarver starts picking mail. |
| 4. | 1915 | Hall men pass out mops. |
| 5. | 1930 | C/o Brown completes picking out mail. |
| 6. | 2009 | C/o Brown completes pass out Meds. |
| 7. | 2020 | C/o Tarver C/o Brown Sgt Nicolas got Inmate Summers in A-Max took him to the Nurse |
| 8. | 2100 | C/o Bruens walks to Male Pod II |
| 9. | 2230 | C/o Tarver walks to Male Pod II |
| 10. | 2300 | C/o Tarver starts watch tour. |
| 11 | 2335 | C/o Tarver completes watch tour. |
| 12 | 0138 | C/o Cornelius conduct head count in MP1. |
| 13 | 0152 | C/o Cornelius finish conducting head count in MP2. |
| 14 | 0214 | C/o Brown escort Kenny Mayo to D-21. |
| 15 | 0305 | C/o Brown conduct head count in MP1. |
| 16 | 0328 | C/o Brown finish conducting head count. |
| 17 | 0413 | C/o Brown feed in MP2. |

PAGE ___1___ OF _____ PAGES

PLG-001

| ITEM | TIME | INCIDENT / MESSAGE / ACTION TAKEN |
|------|------|-----------------------------------|
| 18 | 0620 | Sgt. Perry and C/o Brown conduct head count in MPd and MP2 |
| 19 | 0636 | Sgt. Perry and C/o Cornelius finish conduct head count in MPd. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| NUMBER IF INMATES BEGINNING | NUMBER IF INMATES ENDING | | |
|---|---|---|---|
| PREPARED BY | SIGNATURE | REVIEWED BY | SIGNATURE |
|  |  |  |  |

# ALABAMA UNIFORM ARREST REPORT

## IDENTIFICATION

1. ORI # AL0570000
2. Agency Name: Russell County Sheriffs Dept.
3. Case #
5. Last, First, Middle Name: SUMMERS DANIEL ADAM
6. AKA as AKA
7. Sex
8. Race
9. Ethnicity
10. Hgt: 5'09"
11. Wgt: 140
12. Eye: BLU
13. Hair: BLN
14. Skin
15.
16. Place of Birth (City, County, State)
17. SSN
18. Date of Birth
19. Age
20. Miscellaneous ID #
21. SID #
22. Fingerprint Class
23. DL #
24. St
25. FBI #
26. Identification Comments
27. Resident / Non-Resident
28. Home Address (Street, City, State, Zip): 900q LEE ROAD 240 APT. 4 P.C. AL. 36867
29. Residence Phone
30. Occupation (Be Specific)
31. Employer (Name of Company/School)
32. Business Address (Street, City, State, Zip)
33. Business Phone

## ARREST

34. Location of Arrest (Street, City, State, Zip): R.C. JAIL / GRAND JURY INDICTMENT
35. Sector
36. Arrested for Your Jurisdiction? Yes
37. Condition of Arrestee: Drunk / Sober / Drinking / Drugs
38. Resist Arrest? Yes / No
39. Injuries? Officer / Arrestee
40. Armed? Yes / No
41. Description of Weapon: Handgun / Rifle / Shotgun / Other Firearm / Other Weapon
None
42. Date of Arrest: 02 13 08
43. Time of Arrest: 14 31
44. Day of Arrest
45. Type of Arrest: On View / Warrant / Call
46. Arrested Before? Yes / No

47. Charge - 1: Fel / Mis: CRIM MISCHIEF 1ST
48. UCR Code
49. Charge - 2: Fel / Mis: ATTEMPT-MURDER 13A-004-002
50. UCR Code
51. State Code/Local Ordinance: 13A-007-621
52. Warrant #: GJ2007000976
53. Date Issued: 02 11 2008
54. State Code/Local Ordinance: 13A-004-002
55. Warrant #: GJ2007000974
56. Date Issued: 02 11 2008
57. Charge - 3: Fel / Mis: ATTEMPT-MURDER
58. UCR Code
59. Charge - 4: Fel / Mis
60. UCR Code
61. State Code/Local Ordinance: 13A-004-002
62. Warrant #: GJ2007000972
63. Date Issued: 02 11 2008
64. State Code/Local Ordinance
65. Warrant #
66. Date Issued

67. Arrest Disposition: Held / Bail / Released / Tot LE / Other
68. If Out On Release What Type?
69. Arrested with (1) Accomplice (Full Name)
70. Arrested with (2) Accomplice (Full Name)

## VEHICLE

71. Y/R
72. VMA
73. VMO
74. VST
75. VCO
Top / Bottom
76. Tag #
77. LIS
78. LIY
79. VIN
80. Impounded? Yes / No
81. Storage Location/Impound #
82. Other Evidence Seized/Property Seized

## JUVENILE

83. Juvenile Disposition
84. Released To
85. Parent or Guardian (Last, First, Middle Name)
86. Address (Street, City, State, Zip)
87. Phone ( )
88. Parent's Employer
89. Occupation
90. Address (Street, City, State, Zip)
91. Phone ( )

## RELEASE

92. Date/Time of Release
93. Releasing Officer Name
94. Agency/Division
95. ID #
96. Released To
97. Agency/Division
98. Identification/Address
99. Pursuant Agency Released to Arrestee
100. If Agency, ID # Name of Released #
101. Property #
102. Charges on Which Arrestee Held or Turned to Magistrate

Signature: (signature) 2/15/08 10:08 am

Mike Williamson 5711   JERALD WATSON 5758

## RUSSELL COUNTY SHERIFF'S DEPARTMENT
## MEDICAL SERVICES

Date: _10-19-07_          Time: _1850_

Inmate Name: _Daniel Adam Summers_

Person(s) Bringing Medications: _Tammie Summers_

**List of medications: (MUST BE IN PRESCRIBED BOTTLE WITH CURRENT DATE OR AUTHORIXED BY HEATH CARE PROVIDER)**

| MEDICATIONS | # OF TABLETS |
|---|---|
| ZOLPIDEM 10MG TAB | 30 |
| CITALOPRAM 20MG TAB | 30 |
| HYDROCODONE/APAP 5MG/500MG | 30 |
| BAYER ~~ASP~~ Asprin | 24 |

Intake Screen

Approx. date of any prior record here: _____

Name: DANIEL ADAM SUMMERS    DOB: 10-22-76    Date: 10-19-2007

Apparent mental status of the patient (check one):
☐ Normal    ☐ Confused    ☐ Agitated    ☐ Intoxicated    ☐ Drugged    ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| | | |
|---|---|---|
| Are you currently sick in any way? Yes | Do you have heavy sweating at night For no reason when it's not hot? Yes | Do you have HIV infection or think you Might have it? No |
| Do you have a fever that won't go away? Yes | Have you lost more than 10 pounds of weight during the last 6 months? Yes | Any symptoms which might indicated sex-related disease? No |
| Are you curretly takey any prescribed Medications? (List below) Yes | Have you ever had a heart attack or any other heart trouble? No | Have you ever intentionally hurt yourself or tried to take your own life? No |
| Have you ever had any kind of cancer? No | Do you have high blood pressure? No | Would you ever try to take your own life? No |
| Do you have diabetes? No | Do you have chest pain with exercise or other chest pain? Yes | Do you feel like you would like to die? No |
| Do you have seizures or blackouts? No | Have you had bleeding from your stomach, bowels, or kidneys? No | Do you see people or things other can't see or hear voices others can't hear? No |
| Have you ever had a stroke? No | Do you have shortness of breath or trouble breathing? Yes | Females: Are you pregnant or could you be pregnant? — |
| Do you have any eye problems? (List below) No | Do you have asthma? Yes | On how many days of the past month have you consumed alcohol? 0 |
| Do you have a cough that won't clear Up? No | Do you hae kidney disease or failure or had kidney dialysis? No | On how many days of the past month have you used drugs? Yes |

Comments: Hospitalized for gun shot 15 Days  10-18-07

Medications: Hydrocodone 5/500mg, Citalopram 20mg, Zolpidem 10mg

Allergies: No

Reason for any recent physician visits: Gun shot wound

List surgeries: Yes gun wound 15 Day ago  In advancement flyed eye Sept 07 Arm

Describe any prior hospitalizations: Same as above

Drugs you have used: Marijuana Iycce

Recommended housing or activity restrictions: No

Medical management plans: _____

Health insurance: _____

Booking Officer: Schneider    Inmate x Daniel Summers    Medical Staff: _____

ACR380

ALABAMA JUDICIAL DATA CENTER
GRAND JURY OF RUSSELL COUNTY
WARRANT OF ARREST

GJ 2007 000976.00
TERM #: FEB08-164

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE GRAND JURY OF RUSSELL COUNTY

AGAINST         SUMMERS DANIEL ADAM
                9064 LEE ROAD 240
                APT. 4
                PHENIX CITY    AL 36867-0000                *In gail*

CHARGING THE OFFENSE OF:

    CRIM MISCHIEF 1ST    13A-007-021         CNTS:    1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON.  IF A JUDGE OF MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.

    BOND SET AT:        $25,000.00
DATE ISSUED: 02/12/2008
                          CLERK        BY  *JBS*

    EXECUTED THIS  *13*  DAY OF  *Feb.*  *2008* , BY
ARRESTING THE WITHIN NAMED DEFENDANT _____

                        *(signature)*
                        LAW ENFORCEMENT OFFICER
                        BY: _____

DEFENDANT'S FEATURES:

HT: 5'09"  HAIR: BLN   DOB: 10/22/1976
WT: 140  SEX: M   EYE: BLU  RACE: W
SSN: 260352236

ARRAIGNMENT DATE: MARCH 5, 2008, AT 10:00 A.M. (E.S.T.)
REPORT TO COURTROOM 1, SECOND FLOOR, RUSSELL COUNTY COURTHOUSE.
YOUR RETAINED ATTORNEY MUST APPEAR WITH YOU FOR ARRAIGNMENT.
IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONTACT YOUR ATTORNEY.

02/12/2008 JOS

ACR380

ALABAMA JUDICIAL DATA CENTER
GRAND JURY OF RUSSELL COUNTY
WARRANT OF ARREST

GJ 2007 000974.00
TERM #: FEB08-162

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE  GRAND  JURY OF  RUSSELL   COUNTY

AGAINST        SUMMERS DANIEL ADAM
               9064 LEE ROAD 240
               APT. 4
               PHENIX CITY     AL 36867-0000      *In jail*

CHARGING THE OFFENSE OF:

        ATTEMPT - MURDER      13A-004-002          CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON.  IF A JUDGE OF MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.

  BOND SET AT:       $75,000.00
  DATE ISSUED: 02/12/2008          CLERK          BY  *JBS*

        EXECUTED THIS   *13*      DAY OF  *Feb.*      , *2008*, BY
ARRESTING THE WITHIN NAMED DEFENDANT _____

                                 LAW ENFORCEMENT OFFICER   *Sgt.*

                                 BY: _____

  DEFENDANT'S FEATURES:

  HT: 5'10"  HAIR: BLN   DOB: 10/22/1976
  WT: 126  SEX: M   EYE: BLU   RACE: W
  SSN: 260352236

  ARRAIGNMENT DATE: MARCH 5, 2008  AT 10:00 A.M. (E.S.T.)
  REPORT TO COURTROOM 1 SECOND FLOOR, RUSSELL COUNTY COURTHOUSE.
  YOUR RETAINED ATTORNEY MUST APPEAR WITH YOU FOR ARRAIGNMENT.
  IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONTACT YOUR ATTORNEY.

02/12/2008 JOS

ACR380

ALABAMA JUDICIAL DATA CENTER
GRAND JURY OF RUSSELL COUNTY
WARRANT OF ARREST

GJ 2007 000972.00
TERM #: FEB08-160

---

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:

AN INDICTMENT HAS BEEN RETURNED BY THE  GRAND  JURY OF  RUSSELL   COUNTY

AGAINST          SUMMERS DANIEL ADAM
                 9064 LEE ROAD 240
                 APT. 4                              *In jail*
                 PHENIX CITY       AL 36867-0000

CHARGING THE OFFENSE OF:

       ATTEMPT - MURDER      13A-004-002          CNTS:   1

YOU ARE THEREFORE ORDERED TO ARREST THE PERSON NAMED ABOVE AND BRING THAT
PERSON BEFORE A JUDGE OR MAGISTRATE OF THIS COURT TO ANSWER THE CHARGES
AGAINST THAT PERSON AND HAVE WITH YOU THEN AND THERE THE WARRANT OF ARREST
WITH YOUR RETURN THEREON.  IF A JUDGE OF MAGISTRATE OF THIS COURT IS
UNAVAILABLE, OR IF THE ARREST IS MADE IN ANOTHER COUNTY, YOU SHALL TAKE
THE ACCUSED PERSON BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE OF
MAGISTRATE IN THE COUNTY OF ARREST.


   BOND SET AT:        $75,000.00
   DATE ISSUED: 02/12/2008              CLERK        BY _____

---

        EXECUTED THIS ____19____ DAY OF __Feb.__, __2008__, BY
   ARRESTING THE WITHIN NAMED DEFENDANT

                                    LAW ENFORCEMENT OFFICER
                                    BY: _____

---

   DEFENDANT'S FEATURES:

   HT: 5'10"  HAIR: BLN   DOB: 10/22/1976
   WT: 126  SEX: M    EYE: BLU  RACE: W
   SSN: 260352236

---

   ARRAIGNMENT DATE: MARCH 5, 2008  AT 10:00 A.M. (E.S.T.)
   REPORT TO COURTROOM 1 SECOND FLOOR, RUSSELL COUNTY COURTHOUSE.
   YOUR RETAINED ATTORNEY MUST APPEAR WITH YOU FOR ARRAIGNMENT.
   IF YOU HAVE ANY QUESTIONS, YOU SHOULD CONTACT YOUR ATTORNEY.

02/12/2008 JOS

# BOOKING CHECKLIST

INMATE NAME: _Daniel Adam Summers_    DATE: _10-19-07_

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint <u>Card</u>
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:**

Booking Officer's Signature _Sheldon_

# ALABAMA UNIFORM ARREST REPORT

DOMESTIC VIOLENCE DUAL ARREST
- [ ] Yes

Fingerprinted
- [ ] Yes

R84 Completed
- [ ] Yes

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

| 1 ORI # | 2 Agency Name | 3 Case # | 4 SFX |
|---|---|---|---|
| A L 0 5 7 0 1 0 0 | PCPD | 0 7 P L 3 0 0 9 2 | |

5 Last, First, Middle Name: Summers, Daniel, Adam

6 Alias AKA

| 7 Sex ☒ M ☐ F | 8 Race ☒ W ☐ B ☐ I | 9 Ethnicity ☐ Hispanic ☒ Other | 10 Hgt 5'10" | 11 wgt 126 | 12 Eye blu | 13 Hair bln | 14 Skin | 15 ☐ Scars ☐ Marks ☒ Tattoos ☐ Amputations |
|---|---|---|---|---|---|---|---|---|

| 16 Place of Birth (City, County State) Ft. Benning, Ga. | 17 SSN 2 6 0 - 3 5 - 2 2 3 6 | 18 Date of Birth 1 0 2 2 7 6 | 19 Age 30 | 20 Miscellaneous ID # |
|---|---|---|---|---|

| 21 SID # | 22 Fingerprint Class | Key | Major | Primary | SCDV | Sub-Secondary | Final | 23 DL # | 24 St |
|---|---|---|---|---|---|---|---|---|---|
| | Henry Class | | | | | | | | |
| 25 FBI # | NCIC Class | | | | | | 26 Identification Comments | | |

| 27 ☒ Resident ☐ Non-Resident | 28 Home Address (Street, City, State, Zip) 9064 Lee Road 240 Apt. 4, Phenix City, Al. | 29 Residence Phone ( 334 ) 298-3224 | 30 Occupation (Be Specific) NONE |
|---|---|---|---|

| 31 Employer (Name of Company/School) None | 32 Business Address (Street, City, State, Zip) | 33 Business Phone ( ) |
|---|---|---|

## ARREST

| 34 Location of Arrest (Street, City, State, Zip) Russell Co. Jail | 35 Sector # | 36 Arrested for Your Jurisdiction? ☒ Yes ☐ No ☐ In state ☐ Out of State Agency |
|---|---|---|

| 37 Condition of Arrestee: ☐ Drunk ☐ Drinking ☒ Sober ☐ Drugs | 38 Resist Arrest? ☐ Yes ☒ No | 39 Injures? ☐ Officer | 40 Armed? ☒ None ☐ Arrestee ☐ Y ☒ N | 41 Description of Weapon ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Other Firearm ☐ Other Weapon |
|---|---|---|---|---|

| 42 Date of Arrest 1 0 1 9 0 7 | 43 Time of Arrest 16 : 00 ☐ AM ☒ PM ☐ MIL | 44 Day of Arrest S M T W T ☒F S 1 2 3 4 5 6 7 | 45 Type of Arrest ☒ On View ☐ Warrant ☐ Call | 46 Arrested Before? ☒ Yes ☐ No ☐ Unknown | 50 UCR Code |
|---|---|---|---|---|---|

| 47 Charge - 1 ☒ Fel ☐ Misd Attempted Murder | 48 UCR Code | 49 Charge - 2 ☒ Fel ☐ Misd Attempted Murder | |
|---|---|---|---|

| 51 State Code/Local Ordinance 13A-4-2 (13A-6-2) | 52 Warrant # 2007 002309.00 | 53 Date Issued 1 0 0 2 0 7 | 54 State Code/Local Ordinance 13a-4-2(13A-6-2) | 55 Warrant # 2007 002310.00 | 56 Date Issued 1 0 0 2 0 7 |
|---|---|---|---|---|---|

| 57 Charge - 3 ☒ Fel ☐ Misd Attempted Murder | 58 UCR Code | 59 Charge - 4 ☒ Fel ☐ Misd Attempted Murder | 60 UCR Code |
|---|---|---|---|

| 61 State Code/Local Ordinance 13A-4-2 (13A-6-2) | 62 Warrant # 2007 002311.00 | 63 Date Issued 1 0 0 2 0 7 | 64 State Code/Local Ordinance 13A-4-2 (13A-6-2) | 65 Warrant # 2007 002312.00 | 66 Date Issued 1 0 0 2 0 7 |
|---|---|---|---|---|---|

| 67 Arrest Disposition ☐ Held ☐ Bail ☐ Released ☒ Tot-LE ☐ Other | 68 If Out On Release What Type? | 69 Arrested with (1) Accomplice (Full Name) |
|---|---|---|
| | | 70 Arrested with (2) Accomplice (Full Name) |

## VEHICLE

| 71 VYR | 72 VMA | 73 VMO | 74 VST | 75 VCO | Top Bottom | 76 Tag # | 77 LIS | 78 LIY |
|---|---|---|---|---|---|---|---|---|

| 79 VIN | 80 Impounded? ☐ Yes ☐ No | 81 Storage Location/Impound # |
|---|---|---|

| 82 Other Evidence Seized/Property Seized | ☐ Continued in Narrative |
|---|---|

## JUVENILE

| 83 Juvenile Disposition: ☐ Handled and Released ☐ Ref. to Juvenile Court ☐ Ref. to Welfare Agency ☐ Ref. to Other Police Agency ☐ Ref. to Adult Court | 84 Released To |
|---|---|

| 85 Parent or Guardian (Last, First, Middle Name) | 86 Address (Street, City, State, Zip) | 87 Phone ( ) |
|---|---|---|

| 88 Parents Employer | 89 Occupation | 90 Address (Street, City, State, Zip) | 91 Phone ( ) |
|---|---|---|---|

## RELEASE

| 92 Date and Time of Release 1 0 1 9 0 7 17 : 00 ☐ AM ☒ MIL | 93 Releasing Officer Name Sgt. M. Toomey | 94 Agency/Division PCPD/CID | 95 ID# |
|---|---|---|---|

| 96 Released To Russell Co. Jail | 97 Agency/Division RCSO | 98 Agency Address |
|---|---|---|

| 99 Personal Property Released to Arrestee ☐ Yes ☒ No ☐ Partial | 100 Property Not Released/Held At: RCJ | 101 Property # |
|---|---|---|

102 Remarks (Note Any Injuries at Time of Release)
NO INJURIES.

| | Local Use |
|---|---|
| | State Use |

| 103 Signature of Receiving Officer | 104 Signature of Releasing Officer |
|---|---|

| MULTIPLE CASES CLOSED | 105-Case # | 106 SFX | 107 Case # | 108 SFX | 109 Case # | 110 SFX | 111 | Multiple Cases Closed Narrative ☐ Y ☐ F |
|---|---|---|---|---|---|---|---|---|

| 112 Arresting Officer (Last, First, M.) Toomy, M. | 113 ID # 311 | 114 Arresting Officer (Last, First, M.) | 115 ID # | 116 Supervisor ID# | 117 Watch Cmdr ID # |
|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

ACJIC-04-26

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**DOMESTIC VIOLENCE** DUAL ARREST ☐

**Fingerprinted** ☐ Yes
**R84 Completed** ☐ Yes

## IDENTIFICATION

| 1 ORI # | 2 Agency Name | 3 Case # | 4 SFX |
|---|---|---|---|
| AL 0 5 7 0 1 0 0 | PCPD | 0 7 P L 3 0 0 9 2 | |

5 Last, First, Middle Name: Summers, Daniel, Adam

6 Alias AKA

| 7 Sex ☒ M | 8 Race ☒ W | 9 Ethnicity ☐ Hispanic ☒ Other | 10 Hgt 5'10" | 11 wgt 126 | 12 Eye blu | 13 Hair bln | 14 Skin | 15 ☐ Scars ☐ Marks ☒ Tattoos ☐ Amputations |
|---|---|---|---|---|---|---|---|---|

16 Place of Birth (City, County State): Ft. Benning, Ga.

17 SSN: 2 6 0 1 - 3 5 - 2 2 3 6

18 Date of Birth: 1 0 2 2 7 6

19 Age: 30

20 Miscellaneous ID #

| 21 SID # | 22 Fingerprint Class | Key | Major | Primary | SCDV | Sub-Secondary | Final | 23 DL # | 24 St |
|---|---|---|---|---|---|---|---|---|---|
| 25 FBI # | Henry Class / NCIC Class | | | | | | | 26 Identification Comments | |

| 27 ☒ Resident ☐ Non-Resident | 28 Home Address (Street, City, State, Zip) 9064 Lee Road 240 Apt. 4, Phenix City, Al. | 29 Residence Phone ( 334 ) 298-3224 | 30 Occupation (Be Specific) NONE |
|---|---|---|---|

| 31 Employer (Name of Company/School) None | 32 Business Address (Street, City, State, Zip) | 33 Business Phone ( ) |
|---|---|---|

## ARREST

| 34 Location of Arrest (Street, City, State, Zip) Russell Co. Jail | 35 Sector # | 36 Arrested for Your Jurisdiction? ☒ Yes ☐ No ☐ In state ☐ Out of State Agency |
|---|---|---|

| 37 Condition of Arrestee: ☐ Drunk ☐ Drinking ☒ Sober ☐ Drugs | 38 Resist Arrest? ☐ Yes ☒ No | 39 Injuries? ☐ Officer ☒ None ☐ Arrestee | 40 Armed? ☐ Y ☒ N | 41 Description of Weapon ☐ Handgun ☐ Rifle ☐ Shotgun ☐ Other Firearm ☐ Other Weapon |
|---|---|---|---|---|

| 42 Date of Arrest 1 0 1 9 0 7 | 43 Time of Arrest 16 : 00 ☐ AM ☒ ML | 44 Day of Arrest S M T W T (F) S 1 2 3 4 5 6 7 | 45 Type of Arrest ☐ On View ☒ Warrant ☐ Call | 46 Arrested Before? ☒ Yes ☐ No ☐ Unknown |
|---|---|---|---|---|

| 47 Charge - 1 ☒ Fel ☐ Misd Criminal Mischief 1st Degree | 48 UCR Code | Charge 2 ☒ Fel ☐ Misd Aggravated Stalking | 50 UCR Code |
|---|---|---|---|

| 51 State Code/Local Ordinance 13A-7-21 | 52 Warrant # 2007 002313.00 | 53 Date Issued 1 0 0 2 0 7 | 54 State Code/Local Ordinance 13A-6-91 | 55 Warrant # 2007 002314.00 | 56 Date Issued 1 0 0 2 0 7 |
|---|---|---|---|---|---|

| 57 Charge - 3 ☐ Fel ☐ Misd | 58 UCR Code | 59 Charge - 4 ☐ Fel ☐ Misd | 60 UCR Code |
|---|---|---|---|

| 61 State Code/Local Ordinance | 62 Warrant # | 63 Date Issued | 64 State Code/Local Ordinance | 65 Warrant # | 66 Date Issued |
|---|---|---|---|---|---|

| 67 Arrest Disposition ☐ Held ☐ Bail ☐ Released ☒ Tot-LE ☐ Other | 68 If Out On Release What Type? | 69 Arrested with (1) Accomplice (Full Name) |
|---|---|---|
| | | 70 Arrested with (2) Accomplice (Full Name) |

## VEHICLE

| 71 VYR | 72 VMA | 73 VMO | 74 VST | 75 VCO Top Bottom | 76 Tag # | 77 LIS | 78 LIY |
|---|---|---|---|---|---|---|---|

| 79 VIN | 80 Impounded? ☐ Yes ☐ No | 81 Storage Location/Impound # |
|---|---|---|

82 Other Evidence Seized/Property Seized ☐ Continued in Narrative

## JUVENILE

| 83 Juvenile Disposition: ☐ Handled and Released ☐ Ref. to Juvenile Court ☐ Ref. to Welfare Agency ☐ Ref. to Other Police Agency ☐ Ref. to Adult Court | 84 Released To |
|---|---|

| 85 Parent or Guardian (Last, First, Middle Name) | 86 Address (Street, City, State, Zip) | 87 Phone ( ) |
|---|---|---|

| 88 Parents Employer | 89 Occupation | 90 Address (Street, City, State, Zip) | 91 Phone ( ) |
|---|---|---|---|

## RELEASE

| 92 Date and Time of Release 1 0 1 9 0 7 17 : 00 ☐ AM ☒ ML | 93 Releasing Officer Name Sgt. M. Toomey | 94 Agency/Division PCPD/CID | 95 ID# |
|---|---|---|---|

| 96 Released To Russell Co. Jail | 97 Agency/Division RCSO | 98 Agency Address |
|---|---|---|

| 99 Personal Property Released to Arrestee ☐ Yes ☒ No ☐ Partial | 100 Property Not Released/Held At: RCJ | 101 Property # |
|---|---|---|

102 Remarks (Note Any Injuries at Time of Release) NO INJURIES.

Local Use

State Use

| 103 Signature of Receiving Officer | 104 Signature of Releasing Officer M A Toomy #455 |
|---|---|

| MULTIPLE CASES CLOSED | 105 Case # | 106 SFX | 107 Case # | 108 SFX | 109 Case # | 110 SFX | 111 | Multiple Cases Closed Narrative |
|---|---|---|---|---|---|---|---|---|

| 112 Arresting Officer (Last, First, M.) Toomy, M. | 113 ID # 311 | 114 Arresting Officer (Last, First, M.) | 115 ID# | 116 Supervisor | ID# | 117 Watch Cmdr |
|---|---|---|---|---|---|---|

TYPE OR PRINT IN BLACK INK ONLY

ACJIC -05-06

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *

AGENCY NUMBER:                              WARRANT NUMBER: WR 2007 002309.00
                                           OTHER CASE NBR:                .

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED    APRIL ELDRIDGE
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    DANIEL ADAM SUMMERS            DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT OCTOBER 1, 2007,  WITH INTENT TO COMMIT THE CRIME OF
MURDER, (SECTION 13A-6-2 OF THE CODE OF ALABAMA) ATTEMPT TO COMMIT SAID
OFFENSE BY DRIVING A MOTOR VEHICLE INTO THE HOUSE OCCUPIED BY APRIL
ELDRIDGE,
IN VIOLATION OF 13A-004-002                        OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

ORIGINAL

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 02 DAY OF OCTOBER, 2007.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: ATTEMPT - MURDER      13A-004-002        F  FELONY

WITNESS FOR THE STATE

APRIL ELDRIDGE/2200 13TH AVENUE/APT B/PHENIX CITY/36867

INV DOUG BELTZ/P.C.P.D./PHENIX CITY/36867

OPERATOR: DEB    DATE: 10/02/2007

Received in Office

Russell County Sheriff

STATE OF ALABAMA            RUSSELL COUNTY                    DISTRICT  COURT

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 002309.00
                                        OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    DANIEL ADAM SUMMERS    AND BRING
HIM/HER BEFORE THE DISTRICT COURT OF RUSSELL COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
          ATTEMPT - MURDER  CLASS: A  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ , OR UNTIL LEGALLY DISCHARGED.

DATED THIS 02 DAY OF OCTOBER, 2007.

BOND SET AT:  (1)    $100,000.00   BOND TYPE:
              (2)  _____
              (3)  _____


KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: ATTEMPT - MURDER      13A-004-002          F  FELONY

---

NAME: DANIEL ADAM SUMMERS              ALIAS:
ADDRESS: 26 COTTAGE DRIVE              ALIAS:
ADDRESS:
CITY: PHENIX CITY          STATE: AL      ZIP: 36867 0000
                                          PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 10/22/1976     RACE: W     SEX: M      HAIR: BLN
EYE: BLU  HEIGHT: 5'09"  WEIGHT: 140
SID: 000000000  SSN: 260352236  DL NUM:

---

E X E C U T I O N

     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

   (✓)  PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

   (  )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS ___19th___ DAY OF ___October___  2007

                    SHERIFF
                    BY _Mike Troy P.C.P.D_

---

COMPLAINANT:   APRIL ELDRIDGE
               2200 13TH AVENUE
               APT B
               PHENIX CITY  AL  36867

OPERATOR: DEB        DATE: 10/02/2007

ALABAMA JUDICIAL INFORMATION SYSTEM

\* \* \* IN THE DISTRICT COURT OF RUSSELL COUNTY \* \* \*

AGENCY NUMBER:                           WARRANT NUMBER: WR 2007 002310.00
                                        OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED    APRIL ELDRIDGE
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    DANIEL ADAM SUMMERS           DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT OCTOBER 1, 2007,  WITH INTENT TO COMMIT THE CRIME OF
MURDER, (SECTION 13A-6-2 OF THE CODE OF ALABAMA) ATTEMPT TO COMMIT SAID
OFFENSE BY DRIVING A MOTOR VEHICLE INTO THE HOUSE OCCUPIED BY KAYDEN
SUMMERS,
IN VIOLATION OF 13A-004-002                      OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                        _____
                                        COMPLAINANT'S SIGNATURE

**ORIGINAL**

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 02 DAY OF OCTOBER, 2007.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: ATTEMPT - MURDER      13A-004-002          F  FELONY

WITNESS FOR THE STATE

APRIL ELDRIDGE/2200 13TH AVENUE/APT B/PHENIX CITY/36867

INV DOUG BELTZ/P.C.P.D./PHENIX CITY/36867

OPERATOR: DEB    DATE: 10/02/2007

Received in Office

Russell County Sheriff

STATE OF ALABAMA            RUSSELL COUNTY            DISTRICT   COURT

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 002310.00
                                        OTHER CASE NBR:                .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST      DANIEL ADAM SUMMERS    AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF RUSSELL COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
             ATTEMPT - MURDER  CLASS: A  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 02 DAY OF OCTOBER, 2007.

BOND SET AT: (1)    $100,000.00  BOND TYPE:
             (2) _____
             (3) _____


KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: ATTEMPT - MURDER     13A-004-002        F  FELONY

---

NAME: DANIEL ADAM SUMMERS           ALIAS:
ADDRESS: 26 COTTAGE DRIVE           ALIAS:
ADDRESS:
CITY: PHENIX CITY        STATE: AL        ZIP: 36867 0000
                                         PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 10/22/1976    RACE: W    SEX: M    HAIR: BLN
EYE: BLU  HEIGHT: 5'09"   WEIGHT: 140
SID: 000000000  SSN: 260352236  DL NUM:

---

E X E C U T I O N

     EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
(X)  PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

( )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS ___19th___ DAY OF _October_ _2007_

                              SHERIFF
                              BY _____ P.C.P.D

---

COMPLAINANT:  APRIL ELDRIDGE
              2200 13TH AVENUE
              APT B
              PHENIX CITY  AL  36867

OPERATOR: DEB        DATE: 10/02/2007

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 002311.00
                                        OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED   WILLIAM DAVID MOBLEY
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   DANIEL ADAM SUMMERS          DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT OCTOBER 1, 2007, WITH INTENT TO COMMIT THE CRIME OF
MURDER, (SECTION 13A-6-2 OF THE CODE OF ALABAMA) ATTEMPT TO COMMIT SAID
OFFENSE BY DRIVING A MOTOR VEHICLE INTO THE HOUSE OCCUPIED BY WILLIAM
DAVID MOBLEY,
IN VIOLATION OF 13A-004-002                     OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_William J. Mobley Jr._
COMPLAINANT'S SIGNATURE

**ORIGINAL**

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 02 DAY OF OCTOBER, 2007.

_Dennis Howell_
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: ATTEMPT - MURDER     13A-004-002          F  FELONY

WITNESS FOR THE STATE

WILLIAM DAVID MOBLEY/3909 16TH AVENUE/PHENIX CITY/36867

INV DOUG BELTZ/P.C.P.D./PHENIX CITY/36867

OPERATOR: DEB    DATE: 10/02/2007

Received in Office

Russe...

STATE OF ALABAMA
RUSSELL COUNTY
DISTRICT COURT

AGENCY NUMBER:
WARRANT NUMBER: WR 2007 002311.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST     DANIEL ADAM SUMMERS    AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF RUSSELL COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
                    ATTEMPT - MURDER   CLASS: A  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 02 DAY OF OCTOBER, 2007.

BOND SET AT:  (1)     $100,000.00  BOND TYPE:
              (2)  _____
              (3)  _____

KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: ATTEMPT - MURDER     13A-004-002          F  FELONY

---

NAME: DANIEL ADAM SUMMERS              ALIAS:
ADDRESS: 26 COTTAGE DRIVE              ALIAS:
ADDRESS:                                ZIP: 36867 0000
CITY: PHENIX CITY          STATE: AL   PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 10/22/1976     RACE: W     SEX: M      HAIR: BLN
EYE: BLU  HEIGHT: 5'09"   WEIGHT: 140
SID: 000000000  SSN: 260352236  DL NUM:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( )   PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

( )   RELEASING DEFENDANT ON APPEARANCE BOND

_____

THIS ___19th___ DAY OF __October___ __2007__

SHERIFF
BY _____  P.C.P.D

---

COMPLAINANT:   WILLIAM DAVID MOBLEY
               3909 16TH AVENUE

               PHENIX CITY  AL  36867

OPERATOR: DEB      DATE: 10/02/2007

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *

AGENCY NUMBER:                                    WARRANT NUMBER: WR 2007 002312.00
                                                  OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED   WILLIAM DAVID MOBLEY
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    DANIEL ADAM SUMMERS           DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT OCTOBER 1, 2007,  WITH INTENT TO COMMIT THE CRIME OF
MURDER, (SECTION 13A-6-2 OF THE CODE OF ALABAMA) ATTEMPT TO COMMIT SAID
OFFENSE BY DRIVING A MOTOR VEHICLE INTO THE HOUSE OCCUPIED BY ETHAN
MOBLEY,
IN VIOLATION OF 13A-004-002                     OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_William D. Mobley Jr._
COMPLAINANT'S SIGNATURE

# ORIGINAL

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 02 DAY OF OCTOBER, 2007.

_Dennis T Boswell_
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: ATTEMPT - MURDER      13A-004-002           F  FELONY

WITNESS FOR THE STATE

WILLIAM DAVID MOBLEY/3909 16TH AVENUE/PHENIX CITY/36867

INV DOUG BELTZ/P.C.P.D./PHENIX CITY/36867

OPERATOR: DEB    DATE: 10/02/2007

Received in Office

Russe

RUSSELL COUNTY

DISTRICT COURT

STATE OF ALABAMA

AGENCY NUMBER:

WARRANT NUMBER: WR 2007 002312.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST     DANIEL ADAM SUMMERS    AND BRING
HIM/HER BEFORE THE DISTRICT   COURT OF RUSSELL COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
                    ATTEMPT - MURDER   CLASS: A   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 02 DAY OF OCTOBER, 2007.

BOND SET AT: (1)    $100,000.00   BOND TYPE:
             (2) _____
             (3) _____


KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: ATTEMPT - MURDER        13A-004-002              F  FELONY

---

NAME: DANIEL ADAM SUMMERS               ALIAS:
ADDRESS: 26 COTTAGE DRIVE               ALIAS:
ADDRESS:                                ZIP: 36867 0000
CITY: PHENIX CITY          STATE: AL    PHONE: 000 000 0000 EXT: 000


EMPLOYMENT:
DOB: 10/22/1976      RACE: W     SEX: M     HAIR: BLN
EYE: BLU  HEIGHT: 5'09"    WEIGHT: 140
SID: 000000000  SSN: 260352236   DL NUM:

---

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

   (  )   PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

   (  )   RELEASING DEFENDANT ON APPEARANCE BOND


THIS ___19th___  DAY OF _October_____  2007

                    SHERIFF
                    _____ P.C.P.D
                    BY

---

COMPLAINANT:  WILLIAM DAVID MOBLEY
              3909 16TH AVENUE
              PHENIX CITY  AL  36867

OPERATOR: DEB      DATE: 10/02/2007

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *

AGENCY NUMBER:                          WARRANT NUMBER: WR 2007 002313.00
                                        OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT   COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED   WILLIAM DAVID MOBLEY
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    DANIEL ADAM SUMMERS          DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT SEPTEMBER 30, 2007, WITH INTENT TO DAMAGE THE PROPERTY
TO-WIT: ONE 2001 CHEVROLET SILVERADO Z-71, THE PROPERTY OF WILLIAM
DAVID MOBLEY,
AND HAVING NO RIGHT TO DO SO, OR ANY RESONABLE GROUNDS TO BELIEVE, THAT HE
HAD SUCH A RIGHT, DID INFLICT DAMAGE TO THE PROPERTY IN AN AMOUNT OF
IN EXCESS OF $2,500.00,
IN VIOLATION OF 13A-007-021                        OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

*William D. Mobley Jr*
COMPLAINANT'S SIGNATURE

# ORIGINAL

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 02 DAY OF OCTOBER, 2007.

JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

CHARGES: CRIM MISCHIEF 1ST    13A-007-021        F  FELONY

WITNESS FOR THE STATE

WILLIAM DAVID MOBLEY/3909 16TH AVENUE/PHENIX CITY/36867

INV DOUG BELTZ/P.C.P.D./PHENIX CITY/36867

OPERATOR: DEB    DATE: 10/02/2007

Received in Office

Russell

STATE OF ALABAMA

RUSSELL COUNTY

DISTRICT COURT

AGENCY NUMBER:

WARRANT NUMBER: WR 2007 002313.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST        DANIEL ADAM SUMMERS     AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF RUSSELL COUNTY TO ANSWER THE STATE
ON A CHARGE(S) OF:
            CRIM MISCHIEF 1ST    CLASS: C  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 02 DAY OF OCTOBER, 2007.

BOND SET AT: (1)      $50,000.00   BOND TYPE:
             (2) _____
             (3) _____


KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: CRIM MISCHIEF 1ST      13A-007-021            F   FELONY

---

NAME: DANIEL ADAM SUMMERS              ALIAS:
ADDRESS: 26 COTTAGE DRIVE              ALIAS:
ADDRESS:
CITY: PHENIX CITY          STATE: AL      ZIP: 36867 0000
                                         PHONE: 000 000 0000 EXT: 000


EMPLOYMENT:
DOB: 10/22/1976     RACE: W     SEX: M    HAIR: BLN
EYE: BLU  HEIGHT: 5'09"  WEIGHT: 140
SID: 000000000  SSN: 260352236   DL NUM:

---

E X E C U T I O N

        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

   (X)    PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

   (  )    RELEASING DEFENDANT ON APPEARANCE BOND


THIS ___19th___ DAY OF _OCTOBER_              2007

                              SHERIFF

                         BY _____ P.C.P.D

---

COMPLAINANT:   WILLIAM DAVID MOBLEY
               3909 16TH AVENUE

               PHENIX CITY  AL  36867

OPERATOR: DEB        DATE: 10/02/2007

ALABAMA JUDICIAL INFORMATION SYSTEM

* * * IN THE DISTRICT COURT OF RUSSELL COUNTY * * *

AGENCY NUMBER:                         WARRANT NUMBER: WR 2007 002314.00
                                       OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT  COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED    APRIL ELDRIDGE
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT     DANIEL ADAM SUMMERS            DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT OCTOBER 1, 2007, INTENTIONALLY AND REPEATEDLY FOLLOW OR
HARASS ANOTHER PERSON TO-WIT: APRIL ELDRIDGE, AND THE SAID DANIEL ADAM
SUMMERS, BEING UNDER A VALID COURT ORDER OR INJUNCTION
ORDERING HIM NOT TO DO SO, AND MAKING A CREDIBLE THREAT, TOWARD VICTIM,
TO-WIT: BY DRIVING A MOTOR VEHICLE INTO THE HOUSE OCCUPIED BY
APRIL ELDRIDGE,
EITHER EXPRESSED OR IMPLIED, WHICH HIS CONDUCT VIOLATES THE COURT
ORDER, AND WITH THE INTENT TO PLACE THE VICTIM IN REASONABLE FEAR OF DEATH
OR SERIOUS BODILY HARM,
IN VIOLATION OF 13A-006-091                      OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

# ORIGINAL

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 02 DAY OF OCTOBER, 2007.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT  COURT

CHARGES: STALKING AGGRAVATED    13A-006-091           F  FELONY

WITNESS FOR THE STATE

APRIL ELDRIDGE/2200 13TH AVENUE/APT B/PHENIX CITY/36867

INV DOUG BELTZ/P.C.P.D./PHENIX CITY/36867

OPERATOR: DEB    DATE: 10/02/2007

Received in Office

Russell County

RUSSELL COUNTY DISTRICT COURT

STATE OF ALABAMA

AGENCY NUMBER:

WARRANT NUMBER: WR 2007 002314.00
OTHER CASE NBR: .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST     DANIEL ADAM SUMMERS    AND BRING
HIM/HER BEFORE THE DISTRICT   COURT OF RUSSELL COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
                 STALKING AGGRAVATED     CLASS: B  TYPE: F  COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 02 DAY OF OCTOBER, 2007.

BOND SET AT:  (1)      $50,000.00   BOND TYPE:
              (2) _____
              (3) _____


KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: STALKING AGGRAVATED    13A-006-091              F  FELONY

---

NAME: DANIEL ADAM SUMMERS                ALIAS:
ADDRESS: 26 COTTAGE DRIVE                  ALIAS:
ADDRESS:
CITY: PHENIX CITY          STATE: AL     ZIP: 36867 0000
                                         PHONE: 000 000 0000 EXT: 000


EMPLOYMENT:
DOB: 10/22/1976     RACE: W     SEX: M     HAIR: BLN
EYE: BLU   HEIGHT: 5'09"    WEIGHT: 140
SID: 000000000  SSN: 260352236   DL NUM:

---

E X E C U T I O N

    EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

    (X)  PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

    (  )  RELEASING DEFENDANT ON APPEARANCE BOND

_____

THIS ___19th___ DAY OF _October_____ ___2007___

                              SHERIFF
                              _____
                          BY

---

COMPLAINANT:   APRIL ELDRIDGE
               2200 13TH AVENUE
               APT B
               PHENIX CITY  AL  36867

OPERATOR: DEB      DATE: 10/02/2007

# Russell County Sheriff's Department

 

**Summers, Daniel Adam**
**59755**



# PERSONAL INFORMATION

LAST NAME: _Summers_

FIRST NAME: _Daniel_

MIDDLE NAME: _Adam_

HOME ADDRESS: _9064 Lee Rd 240  Apt. 4.  PC  Al_

CITY _Phenix City_ STATE _AL_ ZIP CODE _36870_

PHONE NUMBER (_334_) _298  3224_ CELL NUMBER (  ) _____

CIRCLE ONE:    FEMALE OR (MALE)

BIRTHDAY: _10-22-76_

# EMERGENCY CONTACT INFORMATION

LAST NAME: _Summer_

FIRST NAME: _Tamy_

MIDDLE NAME: _Darliens_

HOME ADDRESS: _9064 Lee R@ 240  Apt 4_

CITY _Phenix City_ STATE _AL_ ZIP CODE _36870_

PHONE NUMBER (_334_) _298 3224_ CELL NUMBER (  ) _____

RELATIONSHIP: _Mother_



# State of Georgia

IN THE MAGISTRATE COURT

COUNTY OF MUSCOGEE

# WAIVER OF EXTRADITION

I, **Daniel Summers**, being advised of my rights under the statutes of the State of Georgia of the issuance and service of a warrant of extradition, and being further advised of my constitutional rights to obtain a writ of habeas corpus.

And being personally charged with having committed the crime of **Attempted Murder x 4** In the State of **Alabama.**

I do hereby and without reservation, and in view of my legal rights in extradition proceedings as heretofore explained to me before this Honorable Court, waive any and all such legal rights and do further by my signature hereto affixed, consent to this waiver of extradition and further consent to be returned to the State of **Alabama** there to stand trial on the charges alleged.

In further witness of my voluntary and unconditional consent, I do further state that my signature below affixed was so signed in the presence of this Honorable Court without any threats, promises, duress, or agreements whatsoever and with full knowledge of my rights as stated above.

*Daniel Summers*

Signed in the presence of:

MAGISTRATE Court Judge Muscogee County, Georgia

Signed this 19 day

Of October, A.D. 2007

at Columbus ,Georgia

# BOOKING CHECKLIST

INMATE NAME: _Daniel A. Summers_     DATE: _8/25/04_

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint Card
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:**

Booking Officer's Signature _____

PLG-009

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| | Fingerprinted | 854 Completed |
|---|---|---|
| | ☐1 Yes | ☐1 Yes |
| | ☒2 No | ☒2 No |

**IDENTIFICATION**

| 1 ORI # 0,5,7,0,0,0,0 | 2 AGENCY NAME Russell County Sheriff Dept | 3 CASE # | 4 SFX |
|---|---|---|---|

5 LAST, FIRST, MIDDLE NAME **Summers, Daniel Adam**

6 ALIAS AKA

| 7 SEX ☒M ☐F | 8 RACE ☐W ☒B ☐I ☐A | 9 HGT. 510 | 10 WGT. 155 | 11 EYE Blu | 12 HAIR Bld | 13 SKIN Light | 14 ☐1 SCARS ☐2 MARKS ☐3 TATOOS ☐4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) Ft Benning GA | 18 SSN 2,6,0-3,5-1,2,3,6 | 17 DATE OF BIRTH 1,0,2,9,7,6 | 18 AGE 27 | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|

| 20 SID # | 21 FINGERPRINT CLASS KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL | 22 DL # N/A | 23 ST N/A |
|---|---|---|---|

24 FBI # | HENRY CLASS / NCIC CLASS | 25 IDENTIFICATION COMMENTS

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 1504 8th Ave Phenix City AL 36867 | 28 RESIDENCE PHONE (706)393-6570 | 29 OCCUPATION (BE SPECIFIC) Electrician |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Alexander Electric | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) Belfast Ave Columbus GA | 32 BUSINESS PHONE UNK |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 1504 8th Ave Phenix City AL 36867 | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO ☐1 IN STATE ☐2 OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: ☐1 DRUNK ☒2 SOBER | ☐3 DRINKING ☐4 DRUGS | 37 RESIST ARREST? ☐1 YES ☒2 NO | 38 INJURIES? ☒1 NONE ☐2 OFFICER ☐3 ARRESTEE | 39 ARMED? ☐1 Y ☒2 N | 40 DESCRIPTION OF WEAPON ☐1 HANDGUN ☐4 OTHER FIREARM ☐2 RIFLE ☐5 OTHER WEAPON ☐3 SHOTGUN |
|---|---|---|---|---|---|

| 42 DATE OF ARREST 0,8,2,5,0,4 | 43 TIME OF ARREST 0,2,2,0 ☐1 AM ☐2 PM ☐3 MIL. | 44 TYPE ARREST ☐1 ON VIEW ☐2 CALL ☒3 WARRANT | 45 DAY OF ARREST S☐ M☐ T☒ W☐ T☐ F☐ S☐ | 46 ARRESTED BEFORE? ☒1 YES ☐2 NO ☐3 UNKNOWN |
|---|---|---|---|---|

| 47 CHARGE—1 ☐1 FEL ☒2 MISD **Assault 3rd** | 47 UCR CODE | 48 CHARGE—2 ☐1 FEL ☐2 MISD | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A 006-072 | 51 WARRANT # WR2004 00245 | 52 DATE ISSUED 0,8,1,2,3,1,0,4 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐1 FEL ☐2 MISD | 57 UCR CODE | 58 CHARGE—4 ☐1 FEL ☐2 MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒1 HELD ☐4 TOT–LE ☐2 BAIL ☐5 OTHER ☐3 RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 68 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐1 YES ☐2 NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐1 HANDLED AND RELEASED ☐2 REF. TO JUVENILE COURT ☐3 REF. TO WELFARE AGENCY ☐4 REF. TO OTHER POLICE AGENCY ☐5 REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐1 AM ☐2 PM ☐3 MIL. | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐1 YES ☐2 NO ☐3 PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)

LOCAL USE

STATE USE

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐Y ☐N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Bushin James | 112 ID # 5724 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

## TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

WARRANT NUMBER: WR 2004 002458.00
AGENCY NUMBER:                                          OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF
RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED  SHEBA BRUTON
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT   DANIEL ADAM SUMMERS           DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT AUGUST 22, 2004,
(XX) WITH THE INTENT TO CAUSE PHYSICAL INJURY TO SHEBA BRUTON,
DID CAUSE PHYSICAL INJURY TO SHEBA BRUTON BY GRABBING HER ARMS
AND BY PUSHING HER.                           OF THE CODE OF ALABAMA,
IN VIOLATION OF 13A-006-022
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

# ORIGINAL

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 23 DAY OF AUGUST, 2004.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: ASSAULT 3RD DEGREE    13A-006-022        M  MISDEMEANOR

WITNESS FOR THE STATE

SHEBA BRUTON/1958 LEE ROAD 430/P O BOX 38/SMITHS/36877

ANDREW ELDRIDGE/1503 8TH AVENUE/PHENIX CITY/36867
DEP KIRBY THREAT/R.C.S.O./PHENIX CITY/36867

OPERATOR: DEB    DATE: 08/23/2004

W A R R A N T

STATE OF ALABAMA          RUSSELL COUNTY          DISTRICT COURT

AGENCY NUMBER:                    WARRANT NUMBER: WR 2004 002458.00
                                  OTHER CASE NBR:                .

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST    DANIEL ADAM SUMMERS   AND BRING
HIM/HER BEFORE THE DISTRICT  COURT OF RUSSELL COUNTY TO ANSWER THE STATE
 ON A CHARGE(S) OF:
              ASSAULT 3RD DEGREE   CLASS: A   TYPE: M   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 23 DAY OF AUGUST, 2004.

BOND SET AT: (1)    $1,000.00   BOND TYPE:
             (2) _____
             (3) _____


KATHY COULTER
CLERK OF CIRCUIT COURT

---

CHARGES: ASSAULT 3RD DEGREE   13A-006-022          M  MISDEMEANOR

NAME: DANIEL ADAM SUMMERS        *AVENUE*        ALIAS:
ADDRESS: 4133 HIGHWAY 80    *5th STREET*     ALIAS:
ADDRESS:                *OLD04*              ZIP: 36869 0000
CITY: PHENIX CITY        STATE: AL           PHONE: 000 000 0000 EXT: 000


EMPLOYMENT:
DOB: 10/22/1976   RACE: W   SEX: M    HAIR: BRO
EYE: BLU  HEIGHT: 5'10"   WEIGHT: 155
SID: 000000000  SSN: 260352236  DL NUM:

---

E X E C U T I O N

   EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND
   (X)  PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL
   ( )  RELEASING DEFENDANT ON APPEARANCE BOND


_____

THIS   *25TH*   DAY OF   *AUGUST*           *2004*

                         SHERIFF
                         *James Rushin*
                      BY

---

COMPLAINANT:   SHEBA BRUTON
               1958 LEE ROAD 430
               P O BOX 38
               SMITHS   AL   36877

OPERATOR: DEB        DATE: 08/23/2004

*39755*

# Russell County Sheriff's Department

 

**Summers, Daniel Adam**
**59755**

Intake Screen

Name: _Daniel Timmen_   Approx. date of any prior record here: _____

DOB: 10·22·76   Date: 5/22/07

Apparent mental status of the patient (check one):

☑ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| Question | Response | Question | Response | Question | Response |
|---|---|---|---|---|---|
| Are you currently sick in any way? | no | Do you have heavy sweating at night For no reason when it's not hot? | no | Do you have HIV infection or think you Might have it? | no |
| Do you have a fever that won't go away? | no | Have you lost more than 10 pounds of weight during the last 6 months? | no | Any symptoms which might indicated sex-related disease? | no |
| Are you currelty takey any prescribed Medications? (Liste below) | no | Have you ever had a heart attack or any other heart trouble? | no | Have you ever intentionally hurt yourself or tried to take your own life? | no |
| Have you ever had any kind of cancer? | no | Do you have high blood pressure? | no | Would you ever try to take your own life? | no |
| Do you have diabetes? | no | Do you have chest pain with exercise or other chest pain? | no | Do you feel like you would like to die? | no |
| Do you have seizures or blackouts? | no | Have you had bleeding from your stomach, bowels, or kidneys? | no | Do you see people or things other can't see or hear voices others can't hear? | no |
| Have you ever had a stroke? | no | Do you have shortness of breath or trouble breathing? | no | Females: Are you pregnant or could you be pregnant? | no |
| Do you have any eye problems? (List below) | no | Do you have asthma? | no | On how many days of the past month have you consumed alcohol? | no |
| Do you have a cough that won't clear Up? | no | Do you hae kidney disease or failure or had kidney dialysis? | no | On how many days of the past month have you used drugs? | no |

Comments: _N/A_

Medications: _N/A_

Allergies: _N/A_

Reason for any recent physician visits: _N/A_

List surgeries: _N/A_

Describe any prior hospitalizations: _N/A_

Drugs you have used: _N/A_

Recommended housing or activity restrictions: _N/A_

Medical management plans: _N/A_

Health insurance: _N/A_

Booking Officer: _Jay_   Inmate _Daniel Timmer_ Medical Staff: _____

PLG-041

# BOOKING CHECKLIST

INMATE NAME: _Dariel Sennus_    DATE: _6/5/4_

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint Card
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:**

Booking Officer's Signature _Walden_

## ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,5,7,0,1,0,0 | P.C.P.D. | 0,4,P,C,1,7,4,2,4 | |

**IDENTIFICATION**

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Summers, Daniel Adam | N/A |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 HAIR | 12 HAIR | 13 SKIN | 14 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑M ☐F | ☑W ☐B ☐A | 510 | 150 | Blu | Blu | light | ☐ SCARS | ☐ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Cusseta, Ga. | 2,6,0-3,5-2,3,6 | 04-22-77 | 27 | |

| 20 | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| 24 FBI # | HENRY CLASS / NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☐ RESIDENT ☑ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 1504 8th ave. P.C. AL. 36867 | 28 RESIDENCE PHONE ( ) none | 29 OCCUPATION (BE SPECIFIC) Electrican |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Alexander Electric | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) Cols. Ga. # unk. | 32 BUSINESS PHONE ( ) N/A |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 1504 8th ave P.C. AL. 36867 | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? ☑ YES ☐ NO |
|---|---|---|

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☑ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☑ NO | 38 INJURIES? ☑ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☑ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON  N/A |
|---|---|---|---|---|

| 41 DATE OF ARREST 06 05 04 | 42 TIME OF ARREST 0950 ☐ 1 AM ☐ 2 PM ☑ MIL. | 43 DAY OF ARREST S M T W T☑ F S | 44 TYPE ARREST ☑ ON VIEW ☐ WARRANT | 45 ARRESTED BEFORE? ☐ YES ☑ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☑ FEL ☐ MISD Domestic Violence Third Degree (Harassment) | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☑ MISD | 49 UCR CODE |
|---|---|---|---|
| 50 STATE CODE/LOCAL ORDINANCE 15-1 13A-6-132 | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |

| 56 CHARGE—3 ☐ FEL ☐ MISD  N/A | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☑ MISD  N/A | 59 UCR CODE |
|---|---|---|---|
| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM  N/A | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 78 VIN | | | | 79 IMPOUNDED? ☐ YES ☑ NO | 80 STORAGE LOCATION/IMPOUND # | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

**JUVENILE DISPOSITION**

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT  N/A | 83 RELEASED TO |
|---|---|
| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE 06 05 04 1000 ☐ 1 AM ☐ 2 PM ☑ MIL. | 92 RELEASING OFFICER NAME Mahana, F. | 93 AGENCY/DIVISION P.C.P.D. | 94 ID # 382 |
|---|---|---|---|
| 95 RELEASED TO RCSO | 96 AGENCY/DIVISION RCSO | 97 AGENCY ADDRESS Prentiss Dr. P.C. AL. 36867 |
| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☑ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) Subject released to RCSO without incident. Mr. Summers had scratch marks on his nose. |
|---|

| 102 SIGNATURE OF RECEIVING OFFICER Wald— | 103 SIGNATURE OF RELEASING OFFICER Mahana, F. |
|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|
| 111 ARRESTING OFFICER (LAST, FIRST, M.) Mahana F. | 112 ID # 382 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

Intake Screen

Approx. date of any prior record here: _____

Name: _Daniel Summers_____    DOB: _10/22/76_    Date: _6-5-4_

Apparent mental status of the patient (check one):
☑ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _Busted Nose from altercation 6-4-4_

## Patient Health History (Y or N response)

| | | | | |
|---|---|---|---|---|
| Are you currently sick in any way? | NO | Do you have heavy sweating at night For no reason when it's not hot? | NO | Do you have HIV infection or think you Might have it? | NO |
| Do you have a fever that won't go away? | NO | Have you lost more than 10 pounds of weight during the last 6 months? | NO | Any symptoms which might indicated sex-related disease? | NO |
| Are you currelty takey any prescribed Medications? (Liste below) | NO | Have you ever had a heart attack or any other heart trouble? | NO | Have you ever intentionally hurt yourself or tried to take your own life? | NO |
| Have you ever had any kind of cancer? | NO | Do you have high blood pressure? | NO | Would you ever try to take your own life? | NO |
| Do you have diabetes? | NO | Do you have chest pain with exercise or other chest pain? | NO | Do you feel like you would like to die? | NO |
| Do you have seizures or blackouts? | NO | Have you had bleeding from your stomach, bowels, or kidneys? | NO | Do you see people or things other can't see or hear voices others can't hear? | NO |
| Have you ever had a stroke? | NO | Do you have shortness of breath or trouble breathing? | NO | Females: Are you pregnant or could you be pregnant? | NO |
| Do you have any eye problems? (List below) | NO | Do you have asthma? | NO | On how many days of the past month have you consumed alcohol? | 4 |
| Do you have a cough that won't clear Up? | NO | Do you has kidney disease or failure or had kidney dialysis? | NO | On how many days of the past month have you used drugs? | NO |

Comments: _____

Medications: _____

Allergies: _____

Reason for any recent physician visits: _____

List surgeries: _____

Describe any prior hospitalizations: _____

Drugs you have used: _____

Recommended housing or activity restrictions: _____

Medical management plans: _____

Health insurance: _____

Booking Officer: _____   Inmate X _Daniel Summers_   Medical Staff: _____

# Russell County Sheriff's Department

 

## Summers, Daniel Adam
## 59755

# BOOKING CHECKLIST

INMATE NAME: _Daniel Summers_    DATE: _Nov. 12-03_

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint Card
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:**

_031017004_

Booking Officer's Signature _____

PLG-009

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R04 Complete |
|---|---|
| ☒ Yes ☐ No | ☒ Yes ☐ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFOR**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # |
|---|---|---|
| 0 5 7 0 1 0 0 | PHENIX CITY POLICE DEPARTMENT | 0 3 P L 3 3 0 3 |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Summers, Daniel Adam | Daniel |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒ M ☐ F | ☒ W ☐ B ☐ A ☐O | 5'10 | 155 | Blu | Bro | | ☐ SCARS ☐ MARKS ☒ TATOOS ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS |
|---|---|---|---|---|
| Fort Benning Georgia | 2 6 0 - 3 5 - 2 3 6 | M 1 0 D 2 7 Y 6 | 27 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # |
|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | 6624792 |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 1506 8th Avenue Phenix City Alabama | (000) 000-0334 | Electrician |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| Unemployed | | ( ) - |

## ARREST

| 33 LOCATION OF ARREST (STREET,CITY,STATE) | 34 SECTOR | 35 ARRESTED FOR YOUR JURISDICTION? |
|---|---|---|
| 1111 Broad Street Phenix City Alabama | C 3 0 1 | ☒ YES ☐ NO ☒ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☒ NONE ☐ OFFICER ☐ ARRESTEE | ☐ Y ☒ N | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |

| 41 DATE OF ARREST | TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE OF ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| M 1 1 D 2 0 Y 0 3 | 20:30 ☐ 1 AM ☒ MIL ☐ 2 PM | S M T ☒ T F S | ☒ ON VIEW ☐ CALL ☐ WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE-1 ☐ FEL ☒ MISD | 47 UCR CODE | 48 CHARGE-2 ☐ FEL ☐ MISD | 49 UCR CODE |
|---|---|---|---|
| Fugitive From Justice | | | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| | | M 1 1 D 1 2 Y 0 3 | | | M |

| 56 CHARGE-3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE-4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| | | M D Y | | | M |

| 66 ARREST DISPOSITION | 87 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT-LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS |
|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRA |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: | 83 RELEASED TO |
|---|---|
| ☐ HANDLED AND RELEASED ☐ REF. TO WELFARE AGENCY ☐ REF. TO ADULT COURT ☐ REF. TO JUVENILE COURT ☐ REF. TO OTHER POLICE | |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) - |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) - |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M 1 1 D 2 0 Y 3 ☐ AM ☒ MIL ☐ PM | Darrah III D. D. LCDR | Phenix City Police Department | 07 |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|
| | Phenix City Police Department | 1111 Broad Street Phenix Cit |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|
| ☐ YES ☐ NO ☐ PARTIAL | | |

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**

Mr Summers was arrested on a Fugitive Warrant wanted by the Muscogee County Sheriffs Department.

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|
| Smith | | |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX |
|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH C |
|---|---|---|---|---|---|
| Darrah III D. D. LCDR | 078 | | | | |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC–34 REV. 1

03PL33034

| IN THE DISTRICT COURT OF RUSSELL COUNTY<br>Russell County Courthouse<br>Phenix City, Alabama 36868-0518 | AFFIDAVIT<br>and<br>ARREST WARRANT | CASE NUMBER<br><br>DC _____ |

## THE STATE OF ALABAMA
### vs.

**Daniel Adam Summers**
W/M 10/22/76  27 yoa
5'10 155 Blu Bro

Before me the undersigned authority of THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA, personally appeared

**Officer Chris Brennan**

Who being duly sworn, deposes and says, on oath, that in said County, on or about          **12-Nov-03**

Daniel Adam Summers  is a Fugitive from Justice from the State of Georgia, County of Muscogee for the said charge of Cruelty to Children in the 2nd Degree.

Sworn to and Subscribed before me this the          **12th**

day of          **November**          **2003**

_____
Magistrate, District Court

_____
Signature of Affidavit

1111 Broad Street Phenix City Al
Address

334-448-2838
Telephone

| THE STATE OF ALABAMA<br>RUSSELL COUNTY | WARRANT OF ARREST | WARRANT NUMBER<br>WA |

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

   YOU ARE HEREBY ORDERED TO ARREST          **Daniel Adam Summers**

and bring him/her before the DISTRICT COURT OF RUSSELL COUNTY, to answer the State of Alabama on a charge of

**Fugitive From Justice**

and have with you then and there this writ with your return thereon.

The arresting officer may admit the Defendant to bail upon him/her entering into bond in the amount of  $          *No Bond*

Dated this          **12th**          day of

**November**          **2003**

_____
Magistrate, District Court

WITNESSES FOR STATE

OFELIA W. TALLEY

RON. ELDRIDGE
1804 17TH AVE APT A

---

No. O703EJ54

# The State of Georgia
## Vs.

DANIEL SIMMONS

CRUELTY TO CHILDREN (2ND DEGREE)

16 - 5 - 70

GA CODE _____ Pros.

**MAGISTRATE'S COST:**

Warrant.............................$

Trial.................................$

Examining - Witness...............$

Issuing - Subpoenas...............$

Militimus...........................$

**CONSTABLE'S COST:**

Arrest...............................$

Serving - Subpoenas..............$

Attending Trial....................$

Taking Bond........................$

Total Cost..........................$

STATE OF GEORGIA, Muscogee County:

personally appeared OFFICER W. TALLEY who, on oath, said that the best of HIS Knowledge and belief DANIEL SUMMERS of said county did commit the offense of (Fel / Misd.) CRUELTY TO CHILDRENS (2ND DEGREE) THAT HE DID INTENTIONALLY ALLOW A CHILD UNDER THE AGE OF 18 TO WITNESS THE COMMISSION OF A FAMILY VIOLENCE BATTERY

in Muscogee, on or about the 4TH Day of NOVEMBER ,20 03 and this deponent makes this affidavit that a warrant may issue for DANIEL SUMMERS his arrest

Sworn to before me this 4 7H day of NOVEMBER , 20 03

_____
Judge of Recorders Court /
Deputy Clerk of Municipal Court

STATE OF GEORGIA, Muscogee County:

To any Sheriff or His Deputy, Coroner, Constable, Marshal, Policeman or any Law Enforcement Officer of Said State,

Greetings

For sufficient cause made known to me, you are hereby commanded to arrest the body of_____ DANIEL SUMMERS Charged by OFFICER W. TALLEY with the offense of (Fel / Misd.) CRUELTY TO CHILDREN (2ND DEGREE) IN THAT HE DID INTENTIONALLY ALLOW A CHILD UNDER THE AGE OF 18 TO WITNESS THE COMMISSION OF A FAMILY VIOLENCE BATTERY

committed by the said DANIEL SUMMERS in the County of Muscogee on or about the 4TH day of NOVEMBER , 20 03 against the laws of this state, and bring DANIEL SUMMERS before me or some other judicial officer of this State to be dealt with as the law directs. Given under my official signature, the 4TH day of NOVEMBER 20 03 _____ BOND TO _____ COURT._____ (L.S.) Judge of Recorders Court / Deputy Clerk of Municipal Court

STATE OF GEORGIA, Muscogee County:

To the Jailor of Said County:

_____ having been arrested on a warrant for the offense of _____, it is ordered that he be committed for trial for the offense of and brought before me, after hearing evidence, _____ and the Jailor of said County is requested to receive and safely keep him until discharged by due process of law. Witness my hand and seal, this _____ day of _____, 20___. (L.S.) _____ BOND TO_____ COURT_____ Judge of Recorders Court / Deputy Clerk of Municipal Court

WITNESSES FOR STATE

OFFICER W. TALLEY
FLORADALE APRIL
1804 17TH AVE APT A

---

No. 0303053

# The State of Georgia
## Vs.

DANIEL SUMMERS

OBSTRUCTING EMERGENCY PHONE CALL
16-10-24.3
GA CODE

_____ Pros.

**MAGISTRATE'S COST:**

Warrant..................$
Trial....................$
Examining - Witness......$
Issuing - Subpoenas......$
Mittimus.................$

**CONSTABLE'S COST:**

Arrest...................$
Serving - Subpoenas......$
Attending Trial..........$
Taking Bond..............$
Total Cost...............$

**STATE OF GEORGIA, Muscogee County:**

Personally appeared ___OFFICER  W. TALLEY_____ who, on oath, said that

to the best of ___HIS_____ Knowledge and belief ___DANIEL  SUMMERS_____ of said

County did commit the offense of  (Fel / Misd.)  OBSTRUCTING AN EMERGENCY TELEPHONE CALL

IN THAT HE DID PHYSICALLY OBSTRUCT, PREVENT OR HINDER APRIL ELDRIDGE

WITH THE INTENT TO CAUSE OR ALLOW PHYSICAL HARM OR INJURY TO

HER FROM MAKING OR COMPLETING A 911 TELEPHONE CALL

of Muscogee, on or about the _____4 TH_____ Day of ___NOVEMBER_____ , 20 03

and this deponent makes this affidavit that a warrant may issue for ___DANIEL  SUMMERS____ his arrest

Sworn to before me this ____4 TH____ day of ____NOVEMBER_____ , 20 03

_____
Judge of Recorders Court /
Deputy Clerk of Municipal Court

**STATE OF GEORGIA, Muscogee County:**

To any Sheriff or His Deputy, Coroner, Constable, Marshal, Policeman or any Law Enforcement Officer of Said State,

Greetings

For sufficient cause made known to me, you are hereby commanded to arrest the body of _____

____DANIEL  SUMMERS_____ Charged by ___OFFICER  W. TALLEY_____

with the offense of  (Fel / Misd.)  OBSTRUCTING AN EMERGENCY TELEPHONE CALL

IN THAT HE DID PHYSICALLY OBSTRUCT, PREVENT OR HINDER APRIL

ELDRIDGE WITH THE INTENT TO CAUSE OR ALLOW PHYSICAL HARM OR

INJURY TO HER FROM MAKING OR COMPLETING A 911 TELEPHONE

CALL.

committed by the said ___DANIEL  SUMMERS_____ in the County of Muscogee on or about the

4 TH day of NOVEMBER , 20 03  against the laws of this state, and bring DANIEL  SUMMERS

Before me or some other judicial officer of this State to be dealt with as the law directs.

Given under my official signature, the ____4 TH____ day of ___NOVEMBER_____ 20 03

$_____ BOND TO _____ . COURT _____ (L.S)

_____
Judge of Recorders Court / Deputy Clerk of Municipal Court

**STATE OF GEORGIA, Muscogee County:**

To the Jailor of Said County:

_____ having been arrested on a

warrant for the offense of _____

and brought before me, after hearing evidence, it is ordered that he be committed for trial for the offense of

and the Jailor of said County is requested to receive and safely keep him until discharged by due process of law.

Witness my hand and seal, this _____ day of _____ , 20 ____.

_____ BOND TO _____ COURT _____ (L.S.)

_____
Judge of Recorders Court /  Deputy Clerk of Municipal Court

WITNESSES FOR STATE

DANIEL W. TALLEY

ARNIL ELDRIDGE
1804 17TH AVE APT A

No. 0303053

## The State of Georgia
Vs.

DANIEL SUMMERS

BATTERY
16-5-23.1  GA CODE

_____ Pros.

MAGISTRATE'S COST:

Warrant................$

Trial..................$

Examining - Witness....$

Issuing - Subpoenas....$

Mittimus...............$

CONSTABLE'S COST:

Arrest.................$

Serving - Subpoenas....$

Attending Trial........$

Taking Bond............$

Total Cost.............$

STATE OF GEORGIA, Muscogee County:

Personally appeared OFFICER W. TALLEY who, on oath, said that to the best of his/her Knowledge and belief DANIEL SUMMERS of said County, did commit the offense of XXXX Misd.) BATTERY 16-5-23.1 GA CODE (FAMILY VIOLENCE in that he/she did intentionally cause substantial physical harm or visible bodily harm to APRIL ELDRIDGE by STRIKING HER ABOUT THE HEAD, BACK AND ARMS WITH HIS FISTS AND CHOKING HER, LEAVING VISIBLE MARKS

In Muscogee, on or about the _____ 4TH _____ Day of _____ NOVEMBER _____ , 20 03 and this deponent makes this affidavit that a warrant may issue for DANIEL SUMMERS his arrest

Sworn to before me this _____ 4 _____ day of NOVEMBER , 20 03

_____
Judge of Recorders Court /
Deputy Clerk of Municipal Court

---

STATE OF GEORGIA, Muscogee County:

To any Sheriff or His Deputy, Coroner, Constable, Marshal, Policeman or any Law Enforcement Officer of Said State,

Greetings

For sufficient cause made known to me, you are hereby commanded to arrest the body of _____ DANIEL SUMMERS _____ Charged by OFFICER W. TALLEY with the offense of XXXX Misd.) BATTERY 16-5-23.1 GA CODE (FAMILY VIOLENCE ) in that he/she did intentionally cause substantial physical harm or visible bodily harm to APRIL ELDRIDGE by STRIKING HER ABOUT THE HEAD, BACK AND ARMS WITH HIS FISTS AND CHOKING HER, LEAVING VISIBLE MARKS

committed by the said DANIEL SUMMERS in the County of Muscogee on or about the 4TH day of NOVEMBER 20 03 against the laws of this state, and bring DANIEL SUMMERS before me or some other judicial officer of this State to be dealt with as the law directs. Given under my official signature, the _____ 4 _____ day of NOVEMBER 20 03

$ _____ BOND TO _____ STATE _____ COURT _____ (L.S.)
Judge of Recorders Court / Deputy Clerk of Municipal Court

---

STATE OF GEORGIA, Muscogee County:

To the Jailor of Said County:

_____ having been arrested on a warrant for the offense of BATTERY 16-5-23.1 GA CODE and brought before me, after hearing evidence, it is ordered that he be committed for trial for the offense of BATTERY 16-5-23.1 GA CODE

and the Jailor of said County is requested to receive and safely keep him until discharged by due process of law. Witness my hand and seal, this _____ day of _____ , 20 _____

$ _____ BOND TO _____ STATE _____ COURT _____ (L.S.)
Judge of Recorders Court / Deputy Clerk of Municipal Court

# Summary

**ID#:  59755**

**Summers, Daniel Adam**

1506 8th Avenue
Phenix City AL  36867
(334)732-1576

**Previous Address:**

1504 8TH AVE APT-B
Phenix City, AL  36867



11/12/2003 10:36:01 PM          11/12/2003 10:36:49 PM

## Identification Information:

| | |
|---|---|
| Gender: Male | Race: White/Non |
| Ethnic: | DOB: 10/22/76   Age: 27 |
| Height: 5'09 | Weight: 140 |
| Hair: Blonde | Eyes: Blue |
| Complexion: Medium | Glasses:  No |
| Hairstyle: | Teeth: Crooked |
| Speech: Articulate | Build: Slender |
| State ID: | Fed ID: |
| DL:  6624792 - AL | |
| Local ID: 95464 | LID Type: DNM |
| SMT Code: | Desc: cross outside left |
| MO:  : | |
|     : | |

**Additional Images (If Any):**



**Alerts:**

WITN

**Notes:**  PLACE OF BIRTH: MARTIN ARMY HOSPITAL, FT. BENNING, GA. EMPLOYER: L

# BOOKING CHECKLIST

INMATE NAME: _Daniel A. Summers_     DATE: _10-17-03_

The following are enclosed in inmate file:

1) Copy of Arrest Report(s)
2) Copy of Warrant(s) if possible
3) Property Inventory Slip
4) Fingerprint Card
5) Copy of Waiver (if applicable)
6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

1) Names Table
2) Xname
3) Medical History
4) Arrest
5) Offense (Bond or Fine)
6) Housing

**Comments:**

Booking Officer's Signature _K. Seguin_

# Exhibit A
# Inmate File of Daniel Adam Summers

Part 2

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # 857&188 | 2 AGENCY NAME PCPD | | 5 CASE # 03PL2115 | SFX |
|---|---|---|---|---|

5 LAST, FIRST, MIDDLE NAME **Summers, Daniel Adam**   6 ALIAS AKA

7 SEX M   8 RACE W   9 HGT 59   10 WGT 148   11 EYE BLU   12 HAIR BLN   13 SKIN   SCARS   MARKS   TATOOS Back of neck   AMPUTATIONS

15 PLACE OF BIRTH **Phenix City AL**   16 SSN 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-121231-6   17 DATE OF BIRTH 18-22-76   18 AGE 26   MISCELLANEOUS ID #

20 SID #   21 FINGERPRINT CLASS   22 DL # I529913AL   23 ST AL

24 FBI #   HENRY CLASS   NCIC CLASS   25 IDENTIFICATION COMMENTS

26 RESIDENT / NON-RESIDENT   27 HOME ADDRESS **1584 8th Ave Phenix City AL**   28 RESIDENCE PHONE   29 OCCUPATION

30 EMPLOYER **unemployed**   31 BUSINESS ADDRESS   32 BUSINESS PHONE

33 LOCATION OF ARREST **PCPD**   34 SECTOR # C13081   35 ARRESTED FOR YOUR JURISDICTION? YES

36 CONDITION: SOBER   37 RESIST ARREST? NO   38 INJURIES? NONE   39 ARMED? N   40 WEAPON

42 DATE OF ARREST 1-17-03 2:58   42 TIME 2 PM   43 DAY F   45 ARRESTED BEFORE? UNKNOWN

46 CHARGE-1 FEL **Bail Jumping 2nd**   47 UCR CODE

50 STATE CODE 13A-10-48(b)

66 ARREST DISPOSITION TOT-LE

91 DATE AND TIME OF RELEASE 1-17-03 2:40   92 RELEASING OFFICER Coker   93 AGENCY PCPD   94 ID # 368

95 RELEASED TO: RCJ   96 RCJ   97

98 PERSONAL PROPERTY: NO   99 RCJ

101 REMARKS **Mr. Summers was arrested & transported to RCJ without incident NE**

102 SIGNATURE OF RECEIVING OFFICER R. Deguin   103 James Coker

111 ARRESTING OFFICER **Coker, J**   112 ID # 368

**TYPE OR PRINT IN BLACK INK ONLY**   ACJIC—34 REV. 10-90

W A R R A N T

MUNICIPAL COURT

CITY OF CASE 3:08-cv-00118-MHT-SRW    Document 16-3    Filed 05/30/2008    Page 3 of 53

WARRANT NUMBER: WR 2003 100414.00

AGENCY NUMBER: 03PL21151                    OTHER CASE NBR:

**MC03-0876—ASSAULT IN 3RD DEGREE—ARRESTED 07-25-03**

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   DANIEL ADAM SUMMERS   AND BRING
HIM/HER BEFORE THE MUNICIPAL COURT OF PHENIX CITY TO ANSWER THE CITY OF
PHENIX CITY ON A CHARGE(S) OF:
               BAIL JUMPING 2ND   CLASS: A TYPE: M COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN  THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 16 DAY OF OCTOBER, 2003.

BOND SET AT: (1)          $500.00  BOND TYPE: CASH BOND
             (2) _____
             (3) _____

_Brenda Si..._

JUDGE/CLERK/MAGISTRATE OF MUNICIPAL COURT      **SET COURT DATE FOR 11-20-03**

CHARGES: BAIL JUMPING 2ND       13A-010-040          M  MISDEMEANOR

NAME: DANIEL ADAM SUMMERS               ALIAS:
ADDRESS: 1504 8TH AVENUE                ALIAS:
ADDRESS:
CITY: PHENIX CITY          STATE: AL    ZIP: 36867 0000
                                        PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 10/22/1976     RACE: W     SEX: M     HAIR: BLN
EYE: BLU  HEIGHT: 5'09"    WEIGHT: 140
SID: 000000000  SSN: 260352236  DL NUM: 1529913

                    E X E C U T I O N

        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

        ( )  PLACING DEFENDANT IN THE PHENIX CITY MUNICIPAL JAIL

        ( )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS _____17th_____ DAY OF _October_____

                    _Ofc J Coker PCPD_
                    ANY LAWFUL OFFICER

                    BY _James Coker_



OPERATOR: PAJ      DATE: 10/16/2003

**Intake Screen**

Approx. date of any prior record here: _____

Name: Daniel A. Summers        DOB: 10-27-76   Date: 10-17-03

Apparent mental status of the patient (check one):
☑ Normal  ☐ Confused  ☐ Agitated  ☐ Intoxicated  ☐ Drugged  ☐ Strange

Any evidence of injury, active health problems or deformity: __None__

## Patient Health History (Y or N response)

| Question | Y/N | Question | Y/N | Question | Y/N |
|---|---|---|---|---|---|
| Are you currently sick in any way? | N | Do you have heavy sweating at night For no reason when it's not hot? | N | Do you have HIV infection or think you Might have it? | N |
| Do you have a fever that won't go away? | N | Have you lost more than 10 pounds of weight during the last 6 months? | N | Any symptoms which might indicated sex-related disease? | N |
| Are you curretly takey any prescribed Medications? (Liste below) | N | Have you ever had a heart attack or any other heart trouble? | N | Have you ever intentionally hurt yourself or tried to take your own life? | N |
| Have you ever had any kind of cancer? | N | Do you have high blood pressure? | N | Would you ever try to take your own life? | N |
| Do you have diabetes? | N | Do you have chest pain with exercise or other chest pain? | N | Do you feel like you would like to die? | N |
| Do you have seizures or blackouts? | N | Have you had bleeding from your stomach, bowels, or kidneys? | N | Do you see people or things other can't see or hear voices others can't hear? | N |
| Have you ever had a stroke? | N | Do you have shortness of breath or trouble breathing? | N | Females: Are you pregnant or could you be pregnant? | N/A |
| Do you have any eye problems? (List below) | N | Do you have asthma? | N | On how many days of the past month have you consumed alcohol? | 15 |
| Do you have a cough that won't clear Up? | N | Do you hae kidney disease or failure or had kidney dialysis? | N | On how many days of the past month have you used drugs? | 0 |

Comments: _Inmates states that he has no medical conditions_

Medications: _None_

Allergies: _None_

Reason for any recent physician visits: _None_

List surgeries: _None_

Describe any prior hospitalizations: _None_

Drugs you have used: _None_

Recommended housing or activity restrictions: _None_

Medical management plans: _None_

Health insurance: _None_

Booking Officer: _Seguin_    Inmate _Daniel Summers_    Medical Staff: _____

# Russell County Sheriff's Department



## Summers, Daniel Adam
## 59755

# BOOKING CHECKLIST

INMATE NAME: _Daniel A. Summers_     DATE: _7-25-03_

The following are enclosed in inmate file:

    1) Copy of Arrest Report(s)
    2) Copy of Warrant(s) if possible
    3) Property Inventory Slip
    4) Fingerprint <u>Card</u>
    5) Copy of Waiver (if applicable)
    6) Copy of Medical Release (if applicable)

The following computer fields have been completed:

    1) Names Table
    2) Xname
    3) Medical History
    4) Arrest
    5) Offense (Bond or Fine)
    6) Housing

**Comments:**

Booking Officer's Signature _____Russell_____

PLG-009

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| 1 ORI # | | | | | | | | | | 2 CASE # | | | | | | | | 3 CASE # | | | | | 4 SFX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 5 | 7 | 0 | 1 | 0 | 0 | | | | | | | 0 | 3 | P | L | 2 | 7 | 1 | 5 | 1 | |

**PHENIX CITY POLICE DEPARTMENT**

### IDENTIFICATION

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Summers, Daniel Adam | N/A |

| 7 SEX ☒ M ☐ F | 8 RACE ☒ W ☐ B | 9 HGT. 5'9" | 10 WGT. 140 | 11 EYE Blu | 12 HAIR Bln | 13 SKIN | 14 | ☐ SCARS | ☐ MARKS | ☒ TATOOS | ☐ AMPUTATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Ft. Benning, GA | 2 6 0 - 3 5 - 2 2 3 6 | M 1 0 D 0 2 Y 7 6 | 26 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | 6624792 | AL |
| 20 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 1504 8th Avenue Phenix City, AL 36867 | 28 RESIDENCE PHONE (334) 732-1576 | 29 OCCUPATION (BE SPECIFIC) Maintenance |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Adams Investments | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) 1120 21sr Street Columbus, GA 31901 | 32 BUSINESS PHONE (706) 653-9440 |
|---|---|---|

### ARREST

| 33 LOCATION OF ARREST (STREET,CITY,STATE) 1111 Broad Street Phenix City, AL 36867 | 34 SECTOR C 3 0 1 | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| | | ☐ OUT STATE AGENCY |

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ YES ☒ NO | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST | TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE OF ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 0 7 2 5 0 3 | 10:03 ☐ AM ☐ PM ☒ MIL | S M T W T ☒ S | ☐ VIEW ☒ WARRANT | ☐ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE-1 ☐ FEL ☒ MISD Assault 3rd Degree | 47 UCR CODE | 48 CHARGE-2 ☐ FEL ☐ MISD NA | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-6-22/ 15-1 | 51 WARRANT # WR2003600039.00 | 52 DATE ISSUED M 0 7 D 2 3 Y 0 3 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE-3 ☐ FEL ☐ MISD NA | 57 UCR CODE | 58 CHARGE-4 ☐ FEL ☐ MISD NA | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

### VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|

### JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) - |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) - |
|---|---|---|---|

### RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| 0 7 2 5 0 3 : ☐ AM ☐ PM ☒ MIL | Cpl. Jeffrey Freeman | PCPD/ Patrol | 310 |

| 95 RELEASED TO: RCJ | 96 AGENCY/DIVISION RCSO | 97 AGENCY ADDRESS Prentiss Drive Phenix City, AL |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☒ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: RCJ | 100 PROPERTY # |
|---|---|---|

**101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)**

Mr. Summers turned himself in at the Phenix City Police Department. Mr. Summers was processed

and transported to RCJ without incident or injury.

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER Cpl. Jeff | LOCAL USE STATE USE |
|---|---|---|

| ☐ MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Freeman, J. | 112 ID # 310 | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR. ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC--34 REV. 10-90

# Russell County Sheriff's Department

 

## Summers, Daniel Adam
## 59755

CITY OF PHENIX CITY

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   DANIEL ADAM SUMMERS   AND BRING
HIM/HER BEFORE THE MUNICIPAL COURT OF PHENIX CITY TO ANSWER THE CITY OF
PHENIX CITY ON A CHARGE(S) OF:
              ASSAULT 3RD DEGREE   CLASS: A   TYPE: M   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 23 DAY OF JULY, 2003.

BOND SET AT: (1)        $400.00  BOND TYPE:
             (2) _____
             (3) _____

_Brenda Saul_
JUDGE/CLERK/MAGISTRATE OF MUNICIPAL COURT

                              SET COURT DATE FOR 08-28-2003

---

| CHARGES: ASSAULT 3RD DEGREE      13A-006-022            M  MISDEMEANOR |

---

NAME: DANIEL ADAM SUMMERS            ALIAS:
ADDRESS: 1504 8TH AVENUE             ALIAS:
ADDRESS:
CITY: PHENIX CITY        STATE: AL      ZIP: 36867 0000
                                        PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: 10/22/1976    RACE: W    SEX: M    HAIR: BLN
EYE: BLU  HEIGHT: 5'09"   WEIGHT: 140        _AH/2004_
SID: 000000000  SSN: 260352236  DL NUM: 6624792

---

                      E X E C U T I O N

        EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

        ( X )  PLACING DEFENDANT IN THE PHENIX CITY MUNICIPAL JAIL

        (   )  RELEASING DEFENDANT ON APPEARANCE BOND


THIS ____25TH____ DAY OF ___JULY___      ____2003____

                        _____ #310
                        ANY LAWFUL OFFICER


                        BY _____

---

COMPLAINANT:   SUMMERS BRUCE
               1503 8TH AVENUE

               PHENIX CITY  AL  36867

OPERATOR: BRS      DATE: 07/23/2003

**Intake Screen**

Approx. date of any prior record here: _____

Name: Daniel A. Summers    DOB: 10-22-76    Date: 7-25-03

Apparent mental status of the patient (check one):

☑Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

## Patient Health History (Y or N response)

| Question | | Question | | Question | |
|---|---|---|---|---|---|
| Are you currently sick in any way? | N | Do you have heavy sweating at night For no reason when it's not hot? | N | Do you have HIV infection or think you Might have it? | N |
| Do you have a fever that won't go away? | N | Have you lost more than 10 pounds of weight during the last 6 months? | N | Any symptoms which might indicated sex-related disease? | N |
| Are you currelty takey any prescribed Medications? (Liste below) | N | Have you ever had a heart attack or any other heart trouble? | N | Have you ever intentionally hurt yourself or tried to take your own life? | N |
| Have you ever had any kind of cancer? | N | Do you have high blood pressure? | N | Would you ever try to take your own life? | N |
| Do you have diabetes? | N | Do you have chest pain with exercise or other chest pain? | N | Do you feel like you would like to die? | N |
| Do you have seizures or blackouts? | N | Have you had bleeding from your stomach, bowels, or kidneys? | N | Do you see people or things other can't see or hear voices others can't hear? | N |
| Have you ever had a stroke? | N | Do you have shortness of breath or trouble breathing? | N | Females: Are you pregnant or could you be pregnant? | / |
| Do you have any eye problems? (List below) | N | Do you have asthma? | N | On how many days of the past month have you consumed alcohol? | 4 |
| Do you have a cough that won't clear Up? | N | Do you hae kidney disease or failure or had kidney dialysis? | N | On how many days of the past month have you used drugs? | 0 |

Comments: _None_ _____

Medications: _No_ _____

Allergies: _W_ _____

Reason for any recent physician visits: _W_ _____

List surgeries: _W_ _____

Describe any prior hospitalizations: _W_ _____

Drugs you have used: _never_ _____

Recommended housing or activity restrictions: _N/A_ _____

Medical management plans: _N/A_ _____

Health insurance: _N/A_ _____

Booking Officer: _Q. Russell_ ___ Inmate _Daniel Summers_ Medical Staff: _____

PROPERTY RECEIPT
(to be filled out by arresting officer)

INMATE_____Daniel Adam Summers_____ CASE #____03PL21151____

CHARGE_____Assault 3rd Degree_____ DATE:__07/25/03__

LOCATION OF ARREST:_____1111 Broad Street Phenix City, AL 36869_____

**PROPERTY:**

| ITEM # | AMOUNT | ARTICLE DESCRIPTION |
|--------|--------|---------------------|
| 1 | 1 | opened pack of Marlboro Lights cigarettes |
| 2 | 1 | Jack Daniels Zippo lighter |
| 3 | 1 | set of keys |
| 4 | 1 | black in color lighter |
| 5 | $35.00 | U.S. Currency |
| 6 | 1 | Brown in color bi-fold wallet with misc. papers and cards |
| | | |
| | | |
| | | |

Cpl. *Jeff R.*     310
**Officer**         **ID #**

_____
Witness

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CHAIN OF POSSESSION**

Date Received_____ Time_____ Officer_____ ID#_____

Location_____

_____

Date Received_____ Time_____ Officer_____ ID#_____

Location_____

_____

Date Received_____ Time_____ Officer_____ ID#_____

Location_____

_____

**WHITE - Arresting Officer**        **CANARY - Inmates File**

07/01/9005

# INMATE REQUEST SLIP

LOCATION

Name Daniel Summer Date 2-22-07

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☒ Other

==================================================
Briefly Outline Your Request. Give to Jailer

Lt. Holland, sense A russell Co
Hird three more CO can we
please go out side to the cage
thanks you for your time ma'am

_____
_____
_____
_____

==================================================
**(Do Not Write Below This Line – For Reply Only)**

When the story here is
trained to conduct the
New assigned duties your
request will be considered

Approved _____ Denied _____ Tobe reviewed _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwared To Those The Request Is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date 2-22-08 Time Received 2000

Jailer Hunter

# INMATE REQUEST SLIP

LOCATION

Name _Daniel Summers_ Date _2-24-08_

☐ Telephone Call      ☐ Time Sheet

☐ Special Visit      ☒ Personal Problem      ☒ Other

Briefly Outline Your Request.  **Give to Jailer**

Sgt. Tonamin I need to talk to
you about a matter I have. I've
been granted authorization by
Susan R. Walker of United States
magistrate Judge to interview
all witnesses on this matter
I just need to find out when
I can do this.

**(Do Not Write Below This Line** – For Reply Only)

2/25/08 - Referred to Phenix City
Mail - Lt. Gullerd Leonard —

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date _24Feb08_  Time Received _0700_

Jailer _____ Schrael

07/01/9005

# INMATE REQUEST FORM

Prentiss Griffith Detention Facility

LOCATION _____

Name _Daniel Summers_____ Date _10-20-07_____

# M E D I C A L

Nature of complaint or illness:

_Need pain pills please before_
_Lunce so I can eat_

Sign here for consent
to be treated by health staff: _____

**(Do Not Write Below This Line – For Reply Only)**

_Gave 10-20-07_
_WB._

DOCTOR ☐          DENTIST ☐          OTHER ☐

Date _10-20-07_ Time Received _15:46_

Officer _____

# INMATE REQUEST SLIP

1-max

LOCATION

Name _Daniel Summer_ Date _1-15-08_

☐ Telephone Call     ☐ Time Sheet

☒ Special Visit     ☒ Personal Problem     ☐ Other

Briefly Outline Your Request.  **Give to Jailer**

Lt Holland or Sgt. Bussey I need
to put someone on my visitation
that is not on their. I now I have
not been here for 6 months. But I
need to talk is this person about
my case it is very important
that I see April Eldridge. Can
you please help me with this.

**(Do Not Write Below This Line** – For Reply Only)

Considered

SSG?

Approved _____ Denied _____ Collect Call_____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _1-16-08_  Time Received _1900_

Jailer _to McEntyr_     # 47

# INMATE REQUEST SLIP

LOCATION

Name _Daniel Summer_  Date _3-5-08_

☐ Telephone Call    ☐ Time Sheet

☐ Special Visit    ☒ Personal Problem    ☐ Other

Briefly Outline Your Request. **Give to Jailer**

_Mail come on monday the 3rd and I didn't get it._

**(Do Not Write Below This Line** – For Reply Only)

_3-5-08 - Per; Sgt. Moore if you mail. I will make sure my Officers issue it to you! If they don't issue mail, I will do it my self._

Approved _____  Denied _____  Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwared To Those The Request Is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _3/5/08_  Time Received _1930_

Jailer _C/O Knox_

# INMATE REQUEST SLIP

07101900S

F-Max

LOCATION

Name _Daniel Summers_ Date _2-25-08_

☐ Telephone Call          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☒ Other

Briefly Outline Your Request. <u>Give to Jailer</u>

Sgt. Moore I need to talk with
you if you dont mind. When
ever you get a chance. It is
about a legal matter.

<u>(Do Not Write Below This Line</u> – For Reply Only)

3-1-08- Sgt. Moore met with Inmate Summers, and
he stated that he had resolve his problem with SSgt.
D. Bussey.

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwarded To Those The Request Is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _2·25-08_     Time Received _1900_

Jailer _C/o Andrews_

# INMATE REQUEST SLIP

LOCATION

Name _Daniel Summer_ Date _3-8-08_

☐ Telephone Call ☐ Time Sheet

☐ Special Visit ☐ Personal Problem ☒ Other

Briefly Outline Your Request. Give to Jailer

last Monday on 3-3-08 mail came and I was asleep then. And I missed it can someone go in my property and get it for me. Thank you very much.

Daniel Summer

**(Do Not Write Below This Line** – For Reply Only)

No mail in property 3-8-08

Approved _____ Denied _____ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request Is Directed.

☐ Lieutenant ☐ Chief Deputy ☐ Sheriff

Date _3-8-08_ Time Received _1930_

Jailer _Hunter_

07/01/9805

# INMATE REQUEST SLIP

LOCATION _____ max

Name _Daniel Summer_ Date _3-7-08_

☐ Telephone Call      ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem      ☒ Other

Briefly Outline Your Request.  Give to Jailer

On 3-3-08 I was asleep whe
mail call came around. I did
not get my mail that night
can some one check my
property to see if my mail
is their. Thank you very much

---

(Do Not Write Below This Line – For Reply Only)

You should have been awake
when you was called. Your mail
will be placed in your prop.

_Sgt. ____

Approved _____ Denied _✓_ Collect Call _____

All request Will Be Routed Through The Sergeant Over The Jail, Then
Forwared To Those The Request Is Directed.

☐ Lieutenant      ☐ Chief Deputy      ☐ Sheriff

Date_____ Time Received _____

Jailer_____

# RELEASE CHECKLIST

INMATE NAME: _Daniel Summers_    DATE: _8-25-04_

### The following are enclosed in inmate file if applicable:

1) Copy of Bond(s)
2) Copy of Court Release(s)
3) Copy of Court Date Notice
4) Waiver
5) Check Stub and Signed Receipt
6) 3 x 5 Card

### The following steps have been completed prior to release:

1) NCIC Check
2) Property Inventory Slip Signed by Both Inmate and Officer
3) Any Notification of Release Made

### The following have been completed in computer:

1) Reviewed Involvements for any Additional Warrants, Summons, or Civil Papers
2) Entered End Time in Offense Screen
3) All Payments Made and How Made
4) And Holds Cleared (Notation to be made on 3x5 and Hold Sheet
5) Release Comments Entered Concerning Inmate Release

**Comments:**   AAA Bondry

Booking Officer's Signature _____

PLG-010

# CONSOLIDATED BOND
## (District Court, Grand Jury, Circuit Court)

☐ STATE OF ALABAMA

Case Number

STATE OF ALABAMA

_Daniel Summers_
v.

In the _Dist_ _____ Court of

DEFENDANT

_Russell_ _____ County

I, (Defendant) _Daniel Summers_ _____, as principal, and
we, _AAA Bonding Co._ _____, as sureties, agree to pay the
State of Alabama $ _1,000_ _____ unless the above named defendant appears before the District
Court of said County on (Date) _8-27-04_ _____ at (Time) _1:30 PM_ _____ or at the
next session of Circuit Court of said County, or in the event of transfer, in the district or circuit court of the county of
transfer; there to await the action by the grand jury and from session to session thereafter until discharged by law to
answer to the charge of _Assault 14_ _____ or any other charge.
We hereby severally certify that we have property over and above all debts and liabilities to the amount of the above
bond. We waive the benefit of all laws exempting property from levy and sale under execution or other process for the
collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim
exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such
time as the undersigned are duly exonerated.

x _Daniel Summers_
Signature of Defendant

_1504 8th Ave Phenix City AL 36867_
Address (Print)      City      State      Zip

_AAA Bonding Co._
Signature of Surety

_1108 Broadstreet P.C._
Address (Print)      City      State      Zip

_Ronnie Walford_
Signature of Surety

_____
Address (Print)      City      State      Zip

Signature of Surety

_Da Ra_
Address (Print)      City      State      Zip

_8/25/04_
Date

Approved by

_SGT_
Title

---

# DEFENDANT'S INFORMATION

Date of Birth _10-22-76_      Social Security Number _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_      Sex _M_

Driver's License Number _6624792_      State _AL_      Race _W_

Telephone – Residence _706 393 6570_      Telephone – Work _N/A_

---

☐ Appearance Bond – Property          ☐ Appearance Bond – Recognizance

☐ Bail Bond          ☐ Cash Bond          PLG-003




# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
## PROPERTY RECEIPT

INMATE NAME: __Daniel Adam Summers__          BOOKING #: __07/019005__

RECEIVING OFFICER: __c/o Gibbons__          NAME #: __59755__

PROPERTY IN SAFE: _____ YES _____ NO          DATE/TIME: __10-19-07__

| ITEM # | AMOUNT | ARTICLE DESCRIPTION | BIN |
|--------|--------|---------------------|-----|
| 1 | 1 | Red boxer | C 6 |
| 2 | 1 | blk T-shirt | C 6 |
| 3 | 1 | pr blue shorts | C 6 |
| 4 | 1 | pr red slippers | C 6 |
| 5 | | | |
| 6 | | | |
| 7 | | Setup / ~~mat~~ | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

I ACKOWLEDGE THAT I HAVE RECEIVED THE INMATE HANDBOOK AND THAT THIS HANDBOOK
MUST BE RETURNED UPON MY RELEASE. IF THE HANDBOOK IS NOT RETURNED IN GOOD
CONDITION, I UNDERSTAND THAT I WILL BE CHARGED A REPLACEMENT FEE.

PRINT NAME: x__Daniel Summers__   SIGNATURE x__Daniel Summers__

## RELEASE INFORMATION

RELEASING OFFICER:_____   DATE/TIME:_____

RECEIVED BY:_____
　　　　　　　　　PRINT NAME

SIGNATURE:_____   DATE:_____

COMMENTS:_____

_____

Daniel A. Summers

071019005

DATE: _10/21/7_

INMATE LOCATION: _H 2_

PERSON BRINGING PACKAGE: _Tammy Summer_    RECEIVING OFFICER: _c/o Gibbons_

MONEY: _____    CASH __    MONEY ORDER ___    (Minimum of $10.00)

1.)  White T-shirts    _3_

2.)  White Underware    _3_

3.)  White Socks    _3_

4.)  ~~White Sweatshirt~~ (max. 1)    ___    _1 grey sweetsuit_

5.)  White Bras (no wires)    ___    _1 yellow towel_

_1 yellow face cloth_

INMATE RECEIVED: _Daniel Summers_

ANY OTHER ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROF ESSIONAL (NURSE).

PACKAGES WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.

*0710019005*

| | |
|---|---|
| STATE OF ALABAMA ) | IN THE DISTRICT COURT OF |
| VS. ) | RUSSELL COUNTY, ALABAMA |
| Daniel Summers ) | |
| DEFENDANT ) | CASE NUMBER   DC-_____ |

Attempt Murder X4 $100,000
Criminal Mischief $50,000
Aggravated Stalking $50,000

**O R D E R**

X   (1.) **DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY**

X   (2.) **ENTERED PLEA OF NOT GUILTY**

X   (3.) **REQUESTED PRELIMINARY HEARING**

___   4. **RETAINED THE HONORABLE** _____ **AS COUNSEL**

It is hereby ORDERED, ADJUDGED AND DECREED:

___   1. **THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY**

___   2. **AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE GRAND JURY**

___   (3.) **BOND IS SET AT** _____ / No contact with the victims

___   4. **THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING WAIVER OF EXTRADITION**

X   (5.) **THAT THE HONORABLE** _David Jones_ **IS APPOINTED COUNSEL TO REPRESENT THE DEFENDANT**

X   (6.) **THAT THIS CASE IS CONTINUED TO THE** _14_ **DAY OF** _Nov._ , 200_ AT _1:30 pm_.

___   7. _____
_____
_____

DONE, this the _22_ day of _Oct_ , _2007_.

_____
**JUDGE**

Daniel Summers

071019005

DATE: 12-11-07

INMATE LOCATION: A-max-20

PERSON BRINGING PACKAGE: ∠ T. Summers

RECEIVING OFFICER: Sgt. Moore

MONEY: _____    CASH ___    MONEY ORDER ___    (Minimum of $10.00)

1.) White T-shirts    _____

2.) White Underware    2

3.) White Socks    _____

4.) White Sweatshirt (max. 1)    _____

5.) White Bras (no wires)    _____

INMATE RECEIVED: ∠ Daniel Summer

ANY OTHER ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROFESSIONAL (NURSE).

PACKAGES WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.

07101900S

| | |
|---|---|
| STATE OF ALABAMA ) | IN THE DISTRICT COURT OF |
| VS. ) | RUSSELL COUNTY, ALABAMA |
| _Daniel Adam Summers_ ) | |
| DEFENDANT ) | CASE NUMBER   DC-07-2118 |

## ORDER

_____    1.    DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY

_____    2.    ENTERED PLEA OF NOT GUILTY

_____    3.    REQUESTED PRELIMINARY HEARING

_____    4.    RETAINED THE HONORABLE _____ AS COUNSEL


It is hereby ORDERED, ADJUDGED AND DECREED:

___/___    1.    THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY

_____    2.    AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE GRAND JURY

          3.    BOND IS SET AT _75,000_

_____    4.    THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING WAIVER OF EXTRADITION

___X___   (5.)   THAT THE HONORABLE _David Jones_ IS APPOINTED COUNSEL TO REPRESENT THE DEFENDANT

_____    6.    THAT THIS CASE IS CONTINUED TO THE _____ DAY OF _____, 20___ AT _____

_____    7.    _____
                _____
                _____

DONE, this the _14_ day of _Nov._ _2007_.

_____
JUDGE

2001010905

STATE OF ALABAMA ) IN THE DISTRICT COURT OF

VS. ) RUSSELL COUNTY, ALABAMA

_Daniel Adam Summers_ )
**DEFENDANT** ) CASE NUMBER DC-_07-2119_

## ORDER

____  1.  **DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY**

____  2.  **ENTERED PLEA OF NOT GUILTY**

____  3.  **REQUESTED PRELIMINARY HEARING**

____  4.  **RETAINED THE HONORABLE** _____ **AS COUNSEL**

**It is hereby ORDERED, ADJUDGED AND DECREED:**

_____  1.  **THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY**

____  2.  **AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE GRAND JURY**

3.  **BOND IS SET AT** _75000_

____  4.  **THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING WAIVER OF EXTRADITION**

_X_  (5.)  **THAT THE HONORABLE** _David Jonks_ **IS APPOINTED COUNSEL TO REPRESENT THE DEFENDANT**

____  6.  **THAT THIS CASE IS CONTINUED TO THE** _____ **DAY OF** _____, 20____ **AT** _____

____  7.  _____
_____
_____

**DONE, this the** _14_ **day of** _Nov._ _2007_.

_____
**JUDGE**

STATE OF ALABAMA                    )        IN THE DISTRICT COURT OF

                                   )        RUSSELL  COUNTY, ALABAMA
VS.
                                   )
_Daniel Adam Summers_              )        CASE NUMBER    DC-_07-2120_
**DEFENDANT**                      )

# O R D E R

_____  1.   DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY

_____  2.   ENTERED PLEA OF NOT GUILTY

_____  3.   REQUESTED PRELIMINARY HEARING

_____  4.   RETAINED THE HONORABLE _____ AS COUNSEL


It is hereby ORDERED, ADJUDGED AND DECREED:

_____  1.   THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY

_____  2.   AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE GRAND
            JURY

_____  3.   BOND IS SET AT _____

_____  4.   THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING WAIVER OF
            EXTRADITION

__X__  (5.) THAT THE HONORABLE _David Jones_____ IS APPOINTED
            COUNSEL TO REPRESENT THE DEFENDANT

_____  6.   THAT THIS CASE IS CONTINUED TO THE _____ DAY OF _____,
            20____ AT _____

_____  7.   _____
            _____
            _____

DONE, this the __14__ day of ___Nov._____ _2007._

                                   _____
                                   **JUDGE**

STATE OF ALABAMA )                    IN THE DISTRICT COURT OF

)                    RUSSELL  COUNTY, ALABAMA

VS.

*Daniel Adam Summers* )

)                    CASE NUMBER    DC-*07-2121*

**DEFENDANT**

# O R D E R

_____   1.   DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY

_____   2.   ENTERED PLEA OF NOT GUILTY

_____   3.   REQUESTED PRELIMINARY HEARING

_____   4.   RETAINED THE HONORABLE _____ AS COUNSEL


It is hereby ORDERED, ADJUDGED AND DECREED:

_____   1.   THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY

_____   2.   AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE GRAND
             JURY

_____   3.   BOND IS SET AT ___*75,000*___

_____   4.   THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING WAIVER OF
             EXTRADITION

__X__   (5.)  THAT THE HONORABLE *David Jones* IS APPOINTED
             COUNSEL TO REPRESENT THE DEFENDANT

_____   6.   THAT THIS CASE IS CONTINUED TO THE _____ DAY OF _____,
             20___ AT _____

_____   7.   _____
             _____
             _____

DONE, this the *14* day of *Nov.* *2007*.

_____
                                        JUDGE

STATE OF ALABAMA )     IN THE DISTRICT COURT OF

)     RUSSELL  COUNTY, ALABAMA

VS. )

Daniel Adam Summers )

) CASE NUMBER   DC-07-2122

**DEFENDANT**

# O R D E R

_____ 1.   DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY

_____ 2.   ENTERED PLEA OF NOT GUILTY

_____ 3.   REQUESTED PRELIMINARY HEARING

_____ 4.   RETAINED THE HONORABLE _____ AS COUNSEL


It is hereby ORDERED, ADJUDGED AND DECREED:

_____ 1.   THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY

_____ 2.   AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE GRAND JURY

_____ 3.   BOND IS SET AT 25,000

_____ 4.   THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING WAIVER OF EXTRADITION

__X__ 5.   THAT THE HONORABLE David Jones IS APPOINTED COUNSEL TO REPRESENT THE DEFENDANT

_____ 6.   THAT THIS CASE IS CONTINUED TO THE _____ DAY OF _____, 20___ AT _____

_____ 7.   _____
          _____
          _____

DONE, this the _14_ day of _Nov._ 2007.

_____
**JUDGE**

STATE OF ALABAMA )  IN THE DISTRICT COURT OF

VS. )  RUSSELL COUNTY, ALABAMA

_Daniel Adam Summers_ )
**DEFENDANT** )  CASE NUMBER  DC-_07-2123_

# ORDER

_____  1.  **DEFENDANT ADVISED OF RIGHT TO AN ATTORNEY**

_____  2.  **ENTERED PLEA OF NOT GUILTY**

_____  3.  **REQUESTED PRELIMINARY HEARING**

_____  4.  **RETAINED THE HONORABLE** _____ **AS COUNSEL**

**It is hereby ORDERED, ADJUDGED AND DECREED:**

_____  1.  **THAT THIS CAUSE IS WAIVED TO THE NEXT TERM OF THE GRAND JURY**

_____  2.  **AFTER HEARING, THIS CAUSE IS BOUND TO THE NEXT TERM OF THE GRAND JURY**

_____  3.  **BOND IS SET AT** _____

_____  4.  **THAT THIS CAUSE IS DISMISSED UPON DEFENDANT EXECUTING WAIVER OF EXTRADITION**

__X__  5.  **THAT THE HONORABLE** _David Jones_ **IS APPOINTED COUNSEL TO REPRESENT THE DEFENDANT**

_____  6.  **THAT THIS CASE IS CONTINUED TO THE** _____ **DAY OF** _____, 20___ **AT** _____

_____  7.  _____
      _____
      _____

**DONE, this the** _14_ **day of** _Nov._ _2007._

_____
**JUDGE**

Daniel Summers

0710019005

DATE: 1-28-08

INMATE LOCATION: F-max

PERSON BRINGING PACKAGE: Mail

RECEIVING OFFICER: Sgt. Moore

MONEY: _____    CASH ____    MONEY ORDER ____    (Minimum of $10.00)

Pocket Dictionary & Thesaurus    1
The Talisman    1

1.) White T-shirts    _____

2.) White Underware    _____

3.) White Socks    _____

4.) White Sweatshirt (max. 1)    _____

5.) White Bras (no wires)    _____

INMATE RECEIVED: Daniel Summer

ANY OTHER ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROF ESSIONAL (NURSE).

PACKAGES WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.

671019005

| 161 | DANIEL A. SUMMERS | *RC JAIL* — A.H. murder  75.000 — |
| 163 | DANIEL A. SUMMERS | *RC JAIL* — A.H Murder  75.000 — |
| 165 | DANIEL A. SUMMERS | *RC JAIL* — Aggs Stalk  25.000 — |
| 166 | AMY THREATTS | *RC JAIL* - Per Info |
| 167 | AMY THREATTS | *RC JAIL* - Per Info |
| 172 | MARIO S. MCCOY | |
| 173 | MARIO S. MCCOY | |
| 179 | CHRISTOPHER T. IRVIN | *RC JAIL* — Per Info |
| 181 | SHAWNACE REESE | *RC JAIL* — Resist. 750 — |
| 184 | JERRY R. WILLIAMSON | *RC JAIL* — Theft 3rd  1500 — |
| 190 | LEE D. MESSERLY | marshall's |
| 199 | BENJAMIN W. CAMPBELL | — Rob 1st  100,000 — |
| 203 | REGINALD BERRY | *RC JAIL* — P |
| 207 | PATRICK WILLIAMS | *RC JAIL* — Per Info |
| 209 | ERIC S. RIDDLE | |
| 221 | FREDRICK CAMPBELL | |
| 222 | FREDRICK CAMPBELL | |
| 228 | DEVINE PRESLEY | *RC JAIL* — Rape 1st  25.000 — ✳ |
| 233 | LORENZO MORGAN | |
| 237 | COREY SUMBRY | |
| 242 | JAMES D. ROBERSON | *RC JAIL* — Per Info |
| 246 | MARKUS D. HARRIS | |
| 251 | STEVEN A. MOTOS | Per Info |
| 269 | MARY RACHEL | — Per Info |
| 270 | MARY RACHEL | *RC JAIL* — Drug Para 500 — ✳ |
| 278 | KEITH A. JONES | *RC JAIL* — Poss  5.000 — |
| 289 | KYLE N. CARLISLE | |
| 290 | HAYLEY M. HAYNES | |
| 291 | GEORGE M. AFFLECK | |
| 292 | MALLORY D. CLARIDY | *RC JAIL* — A.H Murder 500.000 — |
| 302 | JAMES DARLING | *RC JAIL* — Poss 1st  1500 — |
| 306 | JARED B. ROGERS | |
| 308 | ORLANDO D. JAMES | |
| 313 | LATISSHA CRAWFORD | |
| 319 | LATISSHA CRAWFORD | |
| 323 | WILLIAM MCWHIRTER | |
| 324 | JANIE RAULS | |
| 325 | JANIE RAULS | |
| 326 | KAMEKA L. UPSHAW | |
| 327 | ROBERT F. DALEY | |
| 328 | MAUN F. HARDY, III | |
| 329 | JACK C. WADE | |
| 330 | WILLIAM E. TRIPLETT | |
| 331 | RAYMOND BUTLER | |
| 332 | RODNEY ALLES | |

071019005

⇗ Reply  ⇗ Reply to all  ⇗ Forward  ⇗ ⇗ ✕  ⬆ ⬇  Close  ⊕ Help

Sent: Thu 1/31/2008 11:05 AM

From:  Loetta Holland

To:    Randi Milner; randi.milner@alada.gov

Cc:

Subject:  RE: GRAND JURY APPEARANCE ( Danile Summers)

Attachments:                                                                View As Web Page

---

Good Morning, Randi

I have reviewed your e-mail concerning inmate Daniel Summers. I have forward a copie of this message to Sergeant
Stewart thereafter he will make arrangement to have this inmate transported to the District Attorney's Office on February
6, 2008 at 4 p.m.

Thanks In-Advance

Lieutenant Loetta Holland
corrections Administrotor


-----Original Message-----
From: Randi Milner [mailto:randi.milner@alada.gov]
Sent: Wed 1/30/2008 11:28 AM
To: Loetta Holland
Subject: GRAND JURY APPEARANCE

DANIEL SUMMERS, WHO IS CURRENTLY AN INMATE, HAS BEEN SCHEDULED TO TESTIFY BEFORE THE
GRAND JURY IN THE CASES IN WHICH HE IS THE VICTIM.  HE NEEDS TO BE AT THE DISTRICT
ATTORNEY'S OFFICE ON FEBRUARY 6, 2008, AT 4:00 PM.

PLEASE MAKE ARRANGEMENTS TO HAVE HIM HERE AT THAT TIME.

THANKS.

Randi Milner
Administrative Assistant
Criminal Division
P. O. Box 939
Phenix City, AL  36868-0939
334-298-6028
randi.milner@alada.gov

Daniel Summers

071019005

DATE: 2-15-03

INMATE LOCATION: F-21

PERSON BRINGING PACKAGE: Mail                          RECEIVING OFFICER: Sgt. Moore

MONEY: _____          CASH ___     MONEY ORDER ___     (Minimum of $10.00)

1.) White T-shirts      _____            The Wash Lands    1

2.) White Underware     _____            Hearts In Atlantis  1

3.) White Socks         _____

4.) White Sweatshirt (max. 1)  _____

5.) White Bras (no wires)  _____


INMATE RECEIVED: Daniel Summers

ANY OTHER ITEMS MUST BE OF MEDICAL NATURE AND BE APPROVED IN WRITING BY THE HEALTH CARE PROF
ESSIONAL (NURSE).


PACKAGES WILL BE ACCEPTED ONLY ON SUNDAYS FROM 1:00 p.m. until 5:00 p.m.



# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | | Received By: |
|---|---|---|
| Inmate's Name (last name first)  Summers Daniel | CO's Name & ID Number  PB Smith | 2626   # 2-21-08 |
| Housing Assignment  F-Max | Shift Assignment | |

## PART "A" INMATE REQUEST

I would like too know why my pain pill is not on the medican cart. when I miss one dose it takes for ever for it to get in my system. my chest has been a problem ever sence I was shot in my Back

Grievant (Inmate) Signature  Daniel Summer

## PART "B" - RESPONSE

2/22/08 - Referred to Medical Nurse Riley-Pelfrey

TT. Rotella Pailed -

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To: _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To: _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By: _____ Date _____ Time _____

Submitted By: _____ Copy Received By _____

# RELEASE CHECKLIST

INMATE NAME: _Daniel Summerlo_    DATE: _6/5/04_

The following are enclosed in inmate file if applicable:

1) Copy of Bond(s)
2) Copy of Court Release(s)
3) Copy of Court Date Notice
4) Waiver
5) Check Stub and Signed Receipt
6) 3 x 5 Card

The following steps have been completed prior to release:

1) NCIC Check
2) Property Inventory Slip Signed by Both Inmate and Officer
3) Any Notification of Release Made

The following have been completed in computer:

1) Reviewed Involvements for any Additional Warrants, Summons, or Civil Papers
2) Entered End Time in Offense Screen
3) All Payments Made and How Made
4) And Holds Cleared (Notation to be made on 3x5 and Hold Sheet
5) Release Comments Entered Concerning Inmate Release

**Comments:**

Booking Officer's Signature _____

PLG-010

State of Alabama
Unified Judicial System
Form CR-11   Rev. 1/96

# APPEARANCE BOND

CASE NUMBER

STATE OF ALABAMA
THE MUNICIPALITY OF
    PHENIX CITY, ALABAMA

☐ PRIVATE BOND     ☐ CASH BOND

☐ BONDING CO. _____

*Daniel Adam Summers*
   DEFENDANT

☒ IN THE MUNICIPAL COURT OF
    PHENIX CITY, ALABAMA

I, _____*Daniel Adam Summers*_____ (Defendant), as principal,

and I (We), __*DIANA BLACKMON AND DONALD BLACKMON*_____
                                       (please print)

_____ as surety(ies)

agree to pay the Municipality of Phenix City  the sum of $ _300.00_____ ( for municipal courts, this sum should not exceed $1,000) and

such costs as authorized by law unless he/she appear(s) before the above named court _08-17-04_____ (date)

at _____8:30 A.M._____ (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a time may be

placed in the space for time) and from day to day of each session thereafter until defendant is discharged by law to answer to the charge of

__*D/V 3rd - Harassment*_____, or any other charge as authorized by law.

If the trial is moved to another municipality, this undertaking is for the appearance of the defendant from day to day of each session of the
court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market
value equal to or greater than the amount of the above bond, and we , and each of us, waive the benefit of all laws exempting property from levy
and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive
our rights to claim as exempt our wages or salary that we have under the laws of Alabama and our rights to homestead exemptions that we have
under the Constitution of Alabama and the laws of the State of Alabama as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant                                                 (L.S)
*Daniel Summer*

| Address (Print) | | State | Zip |
|---|---|---|---|
| 1504 8th Ave | Phenix city | Ala | 36867 |

Signature of Surety Agent of Professional Surety or Bail Company    (L.S)
*Donld Blak*

Social Security Number (Except for Agents)
253 90 0373

| Address (Print) | State | Zip |
|---|---|---|
| 151 Jenkins Rd | Al | 36804 |

Signature of Surety Agent of Professional Surety or Bail Company    (L.S)
*Diane H Cock*

Social Security Number (Except for Agents)
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

| Address (Print) | State | Zip |
|---|---|---|
| 151 Jenkins Rd Opelika | AL | 36804 |

Signature of Surety Agent of Professional Surety or Bail Company    (L.S)

Social Security Number (Except for Agents)

| Address (Print) | State | Zip |
|---|---|---|

Signature of Surety Agent of Professional Surety or Bail Company    (L.S)

Social Security Number (Except for Agents)

| Address (Print) | State | Zip |
|---|---|---|

Approved by Judge/Magistrate/Sheriff / Law Enforcement Officer

Date    06-05-2004

By Deputy Sheriff / Law Enforcement Officer

## Defendant's Information

| Date of Birth 10-22-76 | Sex M | Employer |
|---|---|---|
| Social Security Number 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 | Race W | Employer's Address |
| Driver's License Number    State | Telephone Number | Employer's Telephone Number |

☒ Property Bond    ☐ Professional Surety Bond    ☐ Cash Bond    Posted by_____

Court Record: Original            Defendant: Copy            Surety: Copy

# AFFIDAVIT OF SURETY

☐ STATE OF ALABAMA

☐ MUNICIPALITY OF _____

v.

*Daniel Adam Summers*
DEFENDANT

Case Number

STATE OF ALABAMA

In the ___*District*___ Court of

___*Russell*___ County

(The City/Town of *Phenix* _____)

I, the undersigned surety, hereby certify (that I am not an attorney, a judicial official, or a person authorized to take bail and) * that I own property in this state which is worth the amount of the appearance bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appearance bonds entered into by me. (If the surety's property is worth less than the amount of the bond and is to be aggregated with the property of other sureties, state value of the surety's property exclusive of liabilities and exemptions). I own the following property: (attach a separate sheet, if necessary)

on which there are the following exemptions and liabilities: (attach a separate sheet if necessary)

and I am presently a surety on ___*0*___ outstanding appearance bonds in the aggregate

amount of $ ___*0*___ .

Signed and sealed on this date with notice that false statements are punishable as perjury.

Date: ___*6/5/4*___

X ___*Donald Blackmon*___
Surety's Signature

*Donald Blackmon*
Surety's Name – Print

Address: X *151 Jenkins Rd*

Phone – Residence X *297 4054*    Phone – Business _____

Employer: X _____

* May be stricken from the affidavit if the principal is a member of the surety's immediate family. If stricken, specify the surety's relationship to the principal:

_____

PLG-004

# AFFIDAVIT OF SURETY

<table>
<tr><td>
☐ STATE OF ALABAMA<br><br>
☐ MUNICIPALITY OF _____<br><br>
v.
<i>Daniel Adam Summers</i><br>
DEFENDANT
</td>
<td>
Case Number <br>
STATE OF ALABAMA
In the ___<i>District</i>___ Court of<br>
___<i>Russell</i>___ County<br>
(The City/Town of <i>Phenix City</i>)
</td></tr>
</table>

I, the undersigned surety, hereby certify (that I am not an attorney, a judicial official, or a person authorized to take bail and) * that I own property in this state which is worth the amount of the appearance bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appearance bonds entered into by me. (If the surety's property is worth less than the amount of the bond and is to be aggregated with the property of other sureties, state value of the surety's property exclusive of liabilities and exemptions). I own the following property: (attach a separate sheet, if necessary)

on which there are the following exemptions and liabilities: (attach a separate sheet if necessary)

and I am presently a surety on ____0____ outstanding appearance bonds in the aggregate

amount of  $____0____.

Signed and sealed on this date with notice that false statements are punishable as perjury.

Date: ___6/5/04___

X _Diana Blackmon_
Surety's Signature

X _Diana Blackmon_
Surety's Name – Print

Address: X 151 Jenkins Rd. Opelika AL 36804

Phone – Residence X (334) 297-4654  Phone – Business _____

Employer: X Keebler _____

* May be stricken from the affidavit if the principal is a member of the surety's immediate family.

If stricken, specify the surety's relationship to the principal:

_____

# NAOMI ELLIOTT
### REVENUE COMMISSIONER
### RUSSELL COUNTY
P. O. BOX 669

PHENIX CITY, ALABAMA 36868-0669

TELEPHONE (334) 298-6661 - (334) 298-7011

Date Paid : 01/05/2004
Teller # : 1

| | RECEIPT NO. | ACCOUNT NUMBER |
|---|---|---|
| | 25832 | 9350 |

RECEIPT FOR YEAR    2003

| ASSESSED VALUE | TAX TYPE | RATE | TAX | EXEMPTION | | NET TAX |
|---|---|---|---|---|---|---|
| | | | | VALUE | AMOUNT | |
| 4420 | State | 0.0065 | 28.73 | 4000 | 26.00 | 2.73 |
| | County | 0.0165 | 72.93 | 2000 | 24.00 | 48.93 |
| | Dist 1 | 0.0130 | 57.46 | 0 | 0.00 | 57.46 |
| | Dist2(13M) | 0.0130 | 0.00 | 0 | 0.00 | 0.00 |
| | Dist2(4M) | 0.0040 | 0.00 | 0 | 0.00 | 0.00 |
| | Phenix Cit | 0.0120 | 0.00 | 0 | 0.00 | 0.00 |
| | Phenix spc | 0.0070 | 0.00 | 0 | 0.00 | 0.00 |
| | Hurtsboro | 0.0140 | 0.00 | 0 | Timber: | 0.00 |

| | |
|---|---|
| Excess: | 0.00 |
| C.U.R. | 0.00 |
| TOTAL TAX | 109.12 |
| INTEREST | 0.18 |
| CITATION | 0.00 |
| DELINQUENT FEE | 5.00 |
| ADVERTISING | 0.00 |
| DECREE | 0.00 |
| POSTAGE | 0.00 |
| PROBATE FEE | 0.00 |
| GRAND TOTAL | 114.30 |

### OWNER NAME AND ADDRESS

BLACKMON DONALD & DIANA LYNN

151 JENKINS RD

Opelika, AL 36801

02-06-14-0-000-012.000-0          109.12
          151 JENKINS RD ***2 ACRES IN NE4 O
F SW4 S14 T17NR27E 1 DWELLING





FOR TAX YEAR _____ 2003  I hereby claim the
Homestead Exemption given under Act 48:
    I am 65 years of age and my net taxable
income did not exceed $7,500 in the foregoing
year.
    I am totally disabled (per Dr's Certificate
on file).

FOR TAX YEAR _____ 2003  hereby claim the
Homestead Exemption given under Act 91:
☐  I am 65 years of age and my Adjusted Gross
Income did not exceed $12,000 in the foregoing
year.
☐  I am totally disabled (per Dr's Certificate
on file).

TAX PAYER SIGN: _____

# PRENTISS L. GRIFFITH DETENTION FACILITY

## PROPERTY RECEIPT

BOOKING # _040605 007_

INMATE NAME _Daniel Summris_     NAME # _59755_

RECEIVING OFFICER _____     DATE/TIME _6-5-4_

| ITEM # | AMOUNT | ARTICLE DESCRIPTION | BIN |
|--------|--------|---------------------|-----|
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |
|        |        |                     |     |

## RELEASE INFORMATION

RELEASING OFFICER _____     DATE/TIME _____

RECEIVED BY _____     SIGNATURE _____
            Print Name

COMMENTS _____

_____

WHITE - Inmate File     CANARY - Attached To Property In Safe     PINK - Attached To Property     GOLD - To Inmate

PLG-006

# RELEASE CHECKLIST

**INMATE NAME:** _Daniel Summers_          **DATE:** _11/13/03_

<u>The following are enclosed in inmate file if applicable:</u>

    1) Copy of Bond(s)
    2) Copy of Court Release(s)
    3) Copy of Court Date Notice
    4) Waiver
    5) Check Stub and Signed Receipt
    6) 3 x 5 Card

<u>The following steps have been completed prior to release:</u>

    1) NCIC Check
    2) Property Inventory Slip Signed by Both Inmate and Officer
    3) Any Notification of Release Made

<u>The following have been completed in computer:</u>

    1) Reviewed Involvements for any Additional Warrants, Summons, or Civil Papers
    2) Entered End Time in Offense Screen
    3) All Payments Made and How Made
    4) And Holds Cleared (Notation to be made on 3x5 and Hold Sheet
    5) Release Comments Entered Concerning Inmate Release

**Comments:** _Released to Columbus P.D_

Booking Officer's Signature _____

PLG-010

# WAIVER OF EXTRADITION

I have been informed that I am charged with having committed the offense of_____
in the County of _Muscogee_ in the State of _Georgia_, and that I am now under
arrest in the County of Russell and State of Alabama as a fugitive from said State of _Georgia_
on said charge; that I have been informed by the Honorable Sheriff _T. Baswell_ of my rights
with respect to the issuance and service of a warrant of extradition, and with respect to obtaining a writ of habeas
corpus as provided for by the statutes of the State of Alabama, and all the procedure incidental to extradition proceedings,
and I hereby waive the issuance and service of an extradition warrant provided for by law, and all other procedure inci-
dental to extradition proceedings, and I furthermore consent to return to the County of _Muscogee_, in the
State of _Georgia_ to answer the charges there pending against me, upon which I am now under ar-
rest, in the custody of officers of the State of Alabama without further legal or extradition proceedings.

Given under my hand this the _13_ day of _November_, 20 _03_

xDaniel Summers 11-13-03

WITNESS:

Michael Short

Sworn to and subscribed before me, this the _13_ day of _Nov_ 20 _03_

Teresa Tidwell

Notary Public, Russell County, Alabama

My Commission expires: _9/30/07_

G21

# PRENTISS L. GRIFFITH DETENTION FACILITY

## PROPERTY RECEIPT

BOOKING # 031112010

INMATE NAME Daniel Summers    NAME # 59755

RECEIVING OFFICER _____    DATE/TIME 11/12/03  2359

| ITEM # | AMOUNT | ARTICLE DESCRIPTION | BIN |
|--------|--------|---------------------|-----|
| 1 | 1 | Brown wallet w/misc. Business cards (50¢) | D29 |
| 2 | 1 | Blue muscle Shirt | D29 |
| 3 | 1 | Blue Jeans | D29 |
| 4 | 1 | Budweiser Boxer Shorts | D29 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## RELEASE INFORMATION

RELEASING OFFICER L Gary    DATE/TIME 11/13/03

RECEIVED BY _____    SIGNATURE X
Print Name

COMMENTS Did received all property JS

WHITE - Inmate File    CANARY - Attached To Property In Safe    PINK - Attached To Property    GOLD - To Inmate

PLG-006

## Intake Screen

Approx. date of any prior record here: _____

Name: Danial Summers          DOB: 10/22/76    Date: 11/12/03

Apparent mental status of the patient (check one):

☑ Normal   ☐ Confused   ☐ Agitated   ☐ Intoxicated   ☐ Drugged   ☐ Strange

Any evidence of injury, active health problems or deformity: _____

### Patient Health History (Y or N response)

| | | | | | |
|---|---|---|---|---|---|
| Are you currently sick in any way? | N | Do you have heavy sweating at night For no reason when it's not hot? | N | Do you have HIV infection or think you Might have it? | N |
| Do you have a fever that won't go away? | N | Have you lost more than 10 pounds of weight during the last 6 months? | N | Any symptoms which might indicated sex-related disease? | N |
| Are you currelty takey any prescribed Medications? (Liste below) | N | Have you ever had a heart attack or any other heart trouble? | N | Have you ever intentionally hurt yourself or tried to take your own life? | N |
| Have you ever had any kind of cancer? | N | Do you have high blood pressure? | N | Would you ever try to take your own life? | N |
| Do you have diabetes? | N | Do you have chest pain with exercise or other chest pain? | N | Do you feel like you would like to die? | N |
| Do you have seizures or blackouts? | N | Have you had bleeding from your stomach, bowels, or kidneys? | N | Do you see people or things other can't see or hear voices others can't hear? | N |
| Have you ever had a stroke? | N | Do you have shortness of breath or trouble breathing? | N | Females: Are you pregnant or could you be pregnant? | / |
| Do you have any eye problems? (List below) | N | Do you have asthma? | N | On how many days of the past month have you consumed alcohol? | 10 |
| Do you have a cough that won't clear Up? | N | Do you hae kidney disease or failure or had kidney dialysis? | N | On how many days of the past month have you used drugs? | 0 |

Comments: _____

Medications: _____

Allergies: _____

Reason for any recent physician visits: _____

List surgeries: Surgry on EAR & JAW / 4 yRs Ago

Describe any prior hospitalizations: See last question

Drugs you have used: NONE

Recommended housing or activity restrictions: _____

Medical management plans: _____

Health insurance: Blue Choice PPO

Booking Officer: _____ Inmate X Refused to Sign    Medical Staff: _____

# RELEASE CHECKLIST

INMATE NAME: _Daniel Adam Summers_    DATE: _10-18-03_

### The following are enclosed in inmate file if applicable:

1) Copy of Bond(s)
2) Copy of Court Release(s)
3) Copy of Court Date Notice
4) Waiver
5) Check Stub and Signed Receipt
6) 3 x 5 Card

### The following steps have been completed prior to release:

1) NCIC Check
2) Property Inventory Slip Signed by Both Inmate and Officer
3) Any Notification of Release Made

### The following have been completed in computer:

1) Reviewed Involvements for any Additional Warrants, Summons, or Civil Papers
2) Entered End Time in Offense Screen
3) All Payments Made and How Made
4) And Holds Cleared (Notation to be made on 3x5 and Hold Sheet
5) Release Comments Entered Concerning Inmate Release

**Comments:**

Booking Officer's Signature _K. Seguin_

PLG-010

State of Alabama
Unified Judicial System
Form CR-11   Rev. 1/96

# APPEARANCE BOND

CASE NUMBER

## STATE OF ALABAMA
### THE MUNICIPALITY OF
#### PHENIX CITY, ALABAMA

v.

_Daniel Adam Summers_
DEFENDANT

☐ PRIVATE BOND        ☒ CASH BOND

☐ BONDING CO. _____

☒ IN THE MUNICIPAL COURT OF
PHENIX CITY, ALABAMA

I, _Daniel Adam Summers_ _____ (Defendant), as principal,

and I (We), _____

(please print)

_____ as surety(ies)

agree to pay the Municipality of Phenix City the sum of $ _500.00_ ( for municipal courts, this sum should not exceed $1,000) and

such costs as authorized by law unless he/she appear(s) before the above named court _11-20-2003_ (date)

at _8:30 A.M._ (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a time may be

placed in the space for time) and from day to day of each session thereafter until defendant is discharged by law to answer to the charge of

_Bail Jumping 2nd_ , or any other charge as authorized by law.

If the trial is moved to another municipality, this undertaking is for the appearance of the defendant from day to day of each session of the
court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market
value equal to or greater than the amount of the above bond, and we , and each of us, waive the benefit of all laws exempting property from levy
and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive
our rights to claim as exempt our wages or salary that we have under the laws of Alabama and our rights to homestead exemptions that we have
under the Constitution of Alabama and the laws of the State of Alabama as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant

_Daniel Summers_ (L S)

Address (Print) _1804 17th Ave_     State _Columbus, GA_   Zip _31901_

| Signature of Surety Agent of Professional Surety or Bail Company | Signature of Surety Agent of Professional Surety or Bail Company |
|---|---|
| _Diana Blackmon_ (L S) | (L S) |
| Social Security Number (Except for Agents) _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_ | Social Security Number (Except for Agents) |
| Address (Print) _151 Jenkins Rd. Opelika, AL_   State _36804_  Zip | Address (Print)     State     Zip |
| Signature of Surety Agent of Professional Surety or Bail Company (L S) | Signature of Surety Agent of Professional Surety or Bail Company (L S) |
| Social Security Number (Except for Agents) | Social Security Number (Except for Agents) |
| Address (Print)     State     Zip | Address (Print)     State     Zip |

_October 18th, 2003_
Date

Approved by Judge/ Magistrate /Sheriff / Law Enforcement Officer

_SGL_
By Deputy Sheriff / Law Enforcement Officer

## Defendant's Information

| Date of Birth _10-22-1976_ | Sex _M_ | Employer |
|---|---|---|
| Social Security Number _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_ | Race _W_ | Employer's Address |
| Driver's License Number     State | Telephone Number | Employer's Telephone Number |

☐ Property Bond   ☐ Professional Surety Bond   ☒ Cash Bond   Posted by _____

Court Record: Original         Defendant: Copy         Surety: Copy

# RELEASE CHECKLIST

INMATE NAME: ___Daniel Summers___  DATE: _7-25-03_

The following are enclosed in inmate file if applicable:

1) Copy of Bond(s)
2) Copy of Court Release(s)
3) Copy of Court Date Notice
4) Waiver
5) Check Stub and Signed Receipt
6) 3 x 5 Card

The following steps have been completed prior to release:

1) NCIC Check
2) Property Inventory Slip Signed by Both Inmate and Officer
3) Any Notification of Release Made

The following have been completed in computer:

1) Reviewed Involvements for any Additional Warrants, Summons, or Civil Papers
2) Entered End Time in Offense Screen
3) All Payments Made and How Made
4) And Holds Cleared (Notation to be made on 3x5 and Hold Sheet
5) Release Comments Entered Concerning Inmate Release

**Comments:**

Booking Officer's Signature ___Russell___

PLG-010

State of Alabama
Unified Judicial System
Form CR-11    Rev. 1/96

**APPEARANCE BOND**

CASE NUMBER

Case 3:08-cv-00118-MHT-SRW    Document 16-3    Filed 05/30/2008    Page 50 of 53

**STATE OF ALABAMA**
**THE MUNICIPALITY OF**
**PHENIX CITY, ALABAMA**

v.

_Daniel Adam Summers_
DEFENDANT

☐ PRIVATE BOND    ☐ CASH BOND

☒ BONDING CO. _AAA Bonding Co_

☒ IN THE MUNICIPAL COURT OF
PHENIX CITY, ALABAMA

I, _Daniel Summers_ (Defendant), as principal,
and I (We), _AAA Bonding Co_
(please print)
_____ as surety(ies)
agree to pay the Municipality of Phenix City the sum of $ _400⁰⁰_ ( for municipal courts, this sum should not exceed $1,000) and
such costs as authorized by law unless he/she appear(s) before the above named court _8-28-03_ (date)
at _8:30 A.M._ (time) (if date and time are unknown, the words "the scheduled" may be placed in the date blank and a time may be
placed in the space for time) and from day to day of each session thereafter until defendant is discharged by law to answer to the charge of
_Assault 3ᶜᵈ_, or any other charge as authorized by law.

If the trial is moved to another municipality, this undertaking is for the appearance of the defendant from day to day of each session of the
court to which the defendant is removed until discharged by law.

As sureties, we hereby jointly and severally certify that we have property valued over and above all debts and liabilities that has a fair market
value equal to or greater than the amount of the above bond, and we , and each of us, waive the benefit of all laws exempting property from levy
and sale under execution or other process for the collection of debt by the Constitution and Laws of the State of Alabama, and we especially waive
our rights to claim as exempt our wages or salary that we have under the laws of Alabama and our rights to homestead exemptions that we have
under the Constitution of Alabama and the laws of the State of Alabama as set out in a separate writing.

Signed and sealed this date with notice that false statements are punishable as perjury.

Signature of Defendant
× _Daniel Summers_                                                                     (L S)
Address (Print) _1504 8th Ave Phenix City_    State _Ala_    Zip _36867_

Signature of Surety Agent of Professional Surety or Bail Company
_AAA Bonding Co._    (L S)
Social Security Number (Except for Agents)

Signature of Surety Agent of Professional Surety or Bail Company
(L S)
Social Security Number (Except for Agents)

Address (Print) _1118 Broad St P.C. AL 36867_    State    Zip

Address (Print)    State    Zip

Signature of Surety Agent of Professional Surety or Bail Company
(L S)
Social Security Number (Except for Agents)

Signature of Surety Agent of Professional Surety or Bail Company
(L S)
Social Security Number (Except for Agents)

Address (Print)    State    Zip

Address (Print)    State    Zip

_7/25/03_

Date

Approved by Judge/Magistrate/Sheriff / Law Enforcement Officer

By Deputy Sheriff/Law Enforcement Officer

**Defendant's Information**

| Date of Birth _10-22-76_ | Sex _m_ | Employer |
| Social Security Number _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_ | Race _W_ | Employer's Address |
| Driver's License Number    State | Telephone Number | Employer's Telephone Number |

☐ Property Bond    ☐ Professional Surety Bond    ☐ Cash Bond    Posted by _____

# PRENTISS L. GRIFFTTH DETENTION FACILITY

## PROPERTY RECEIPT
### (to be filled out by arresting officer)

INMATE_____ Daniel Adam Summers _____ CASE # ___ 03PL21151 ___

CHARGE_____ Assault 3rd Degree _____ DATE: 07/25/03

LOCATION OF ARREST: _____ 1111 Broad Street Phenix City, AL 36869 _____

PROPERTY:

| ITEM # | AMOUNT | ARTICLE DESCRIPTION |
|--------|--------|---------------------|
| 1 | 1 | opened pack of Marlboro Lights cigarettes |
| 2 | 1 | Jack Daniels Zippo lighter |
| 3 | 1 | set of keys |
| 4 | 1 | black in color lighter |
| 5 | $35.00 | U.S. Currency |
| 6 | 1 | Brown in color bi-fold wallet with misc. papers and cards |
| | | |
| | | |

Cpl. Jeff L.                    310
**Officer**                      **ID #**

_____
**Witness**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CHAIN OF POSSESSION

Date Received_____ Time_____ Officer_____ ID#_____

Location_____

Date Received_____ Time_____ Officer_____ ID#_____

Location_____

Date Received_____ Time_____ Officer_____ ID#_____

Location_____

**WHITE - Arresting Officer**          **CANARY - Inmates File**

To Miller
1920
0710190051/25/08

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first) Summers Daniel | CO's Name & ID Number  47 1900  1-27-08 |
| Housing Assignment F max # 21 | Shift Assignment Rover |

## PART "A" INMATE REQUEST

on Jan 3rd I went to medical to talk to Dr Wan about the pain I'm having in my chest and back, Thats Due from a gun shot wound I got related to my case. Mrs Riley made the remark that if I'm in so much pain then why havent I been saying something about it. "turn over"

Grievant (Inmate) Signature Daniel Summers

## PART "B" - RESPONSE

01-29-2008- YOU RECEIVED ALL COPIES BACK PRIOR TO ME RECEIVING THIS GRIEVANCE FORM. SSG D3

Date of Response _____ Divisional Grievance Officer _____ ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To: _____ Date _____ Time _____

Submitting Inmate _____ Receiving Shift Supervisor _____

## PART "D" - RETURN RECEIPT

Returned To: _____ Date _____ Time _____

Witness _____ Submitting Inmate _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By: _____ Date _____ Time _____

Submitted By: _____ Copy Received By _____

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## CORRECTIONS DIVISION
### INMATE GRIEVANCE FORM

NOTE: All grievances must be completed in ink. If additional pages are needed, plain lined paper may be used

| Submitted By: | Received By: |
|---|---|
| Inmate's Name (last name first) Summers Daniel | CO's Name & ID Number Gentry #25  2/27/08  1900 |
| Housing Assignment F Pod | Shift Assignment Rover |

## PART "A" INMATE REQUEST

Lt. Holland I have tried to talk to Sgt Perry
on 2-23-08 and on 2-24-08 And Sgt Innas on 2-24-08
and on 2-26-08 and Sgt Moore on 2-25-08 and
you Lt. Holland on 2-25-08 every one has had
in mate request sent to them

Grievant (Inmate) Signature  Daniel Summers

## PART "B" - RESPONSE

2/28/08 - Refered to S.Sgt. Bussey you advised
me on 2/26/08 you would speak with this
inmate

Date of Response _____ Divisional Grievance Officer _____  ID Number _____

NOTE: If you are dissatisfied with this response, you may appeal directly to the Administrator of Corrections. Your appeal must be filed within 72 hours, excluding Saturdays, Sundays, and legal holidays, of the time/date you acknowledge receipt of this response.

## PART "C" - RECEIPT

Return To _____  Date _____  Time _____

_____  Receiving Shift Supervisor _____

Submitting Inmate _____

## PART "D" - RETURN RECEIPT

Returned To _____  Date _____  Time _____

_____  Submitting Inmate _____

Witness _____

## APPEAL NOTIFICATION

I hereby give notice of appeal of the findings of the Divisional grievance Officer. I have attached to this notice of appeal a statement of the basis for my appeal.

Appeal Received By _____  Date _____  Time _____

Submitted By _____  Copy Received By _____

PLG-021

# Exhibit B
# Affidavit of Wayne Smith

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DANIEL ADAM SUMMERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW |
| | ) |
| OFFICER WAYNE SMITH, et al., | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF WAYNE SMITH

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF RUSSELL | ) |

1.    My name is Wayne Smith. I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am a Correctional Officer with the Russell County Sheriff's Department, and was employed in that position at all times relevant to the Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint filed in this matter. I have some personal knowledge of the facts stated in the Complaint.

4.    When Plaintiff was incarcerated, he had recently been shot in the chest. Thus, Plaintiff complained of pain in his chest repeatedly during his incarceration at the Russell County Jail.

5.    I have never been aware that Plaintiff's blood pressure was high or that Plaintiff suffered from high blood pressure. Plaintiff never stated to me that he suffered from high blood pressure.

6.    I have never refused to provide medical treatment to Plaintiff or any other inmate at the Russell County Jail.

7.    It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances. Forms on which grievances may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

8.    To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of the Jail. To my knowledge, the Plaintiff has not filed a grievance with respect to the subject matter of his Complaint.

9.    It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates. Forms on which medical requests may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such requests. Copies of all medical request forms are placed in an inmate's Jail file and medical file. In an emergency situation, the Jail personnel have the authority to send inmates to the jail infirmary immediately.

10.    It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.

11.    I do not have medical education, training or experience, but rely upon the professional judgment of medical professionals who have been retained to provide care to the inmates.

2

12.   I followed the policies of the Russell County Jail in all of my interactions with the Plaintiff.

13.   I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

Wayne Smith

SWORN TO and SUBSCRIBED before me this _23_ day of May, 2008.

NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES JANUARY 11, 2012

3

# Exhibit C
# Affidavit of Charles Tarver

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DANIEL ADAM SUMMERS,                )
                                    )
        Plaintiff,                  )
                                    )
v.                                  ) CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW
                                    )
OFFICER WAYNE SMITH, et al.,        )
                                    )
        Defendants.                 )

## AFFIDAVIT OF CHARLES TARVER

STATE OF ALABAMA            )
                           )
COUNTY OF RUSSELL          )

1.     My name is Charles Tarver.  I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.     I am a Correctional Officer with the Russell County Sheriff's Department, and was employed in that position at all times relevant to the Plaintiff's Complaint.

3.     I have reviewed the Plaintiff's Complaint filed in this matter.  I have some personal knowledge of the facts stated in the Complaint.

4.     When Plaintiff was incarcerated, he had recently been shot in the chest.  Thus, Plaintiff complained of pain in his chest repeatedly during his incarceration at the Russell County Jail.

5.     I have never been aware that Plaintiff's blood pressure was high or that Plaintiff suffered from high blood pressure.  Plaintiff never stated to me that he suffered from high blood pressure.

6.     I have never refused to provide or secure medical treatment for Plaintiff or any other inmate at the Russell County Jail.

7.     On October 31, 2007, I heard that Plaintiff was complaining of chest pains. I went to his cell to get him to take him to the nurse. I told Officer Cornelius, who was in the tower, to tell Plaintiff to come down from the upper level of the cell. The Plaintiff walked down under his own power and appeared to be walking normally. Plaintiff walked out of the cell block then fell to the floor and said that he could not walk anymore. I told him to get up and he refused. Sgt. San Nicholas and some trustees helped him up and back into the cell block. Then, Nurse McInnis arrived and she examined Plaintiff in the cell block. After Nurse McInnis arrived, I left to go back up front.

8.     At no time did any physical contact occur between me and the Plaintiff. I never touched Plaintiff at any point.

9.     At no time did I observe Plaintiff being mistreated or handled roughly by Sgt. San Nicholas or the trustees.

10.     It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances. Forms on which grievances may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

11.     To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of the Jail. To my knowledge, the Plaintiff has not filed a grievance with respect to the subject matter of his Complaint.

12.    It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates. Forms on which medical requests may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such requests. Copies of all medical request forms are placed in an inmate's Jail file and medical file. In an emergency situation, the Jail personnel have the authority to send inmates to the jail infirmary immediately.

13.    It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.

14.    I do not have medical education, training or experience, but rely upon the professional judgment of medical professionals who have been retained to provide care to the inmates.

15.    I followed the policies of the Russell County Jail in all of my interactions with the Plaintiff.

16.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____
Charles Tarver

SWORN TO and SUBSCRIBED before me this 23 day of May, 2008.

_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES JANURARY 11, 20

3

# Exhibit D
# Affidavit of Tina Riley-Pelfrey

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DANIEL ADAM SUMMERS,  )
                      )
    Plaintiff,       )
                      )
v.                    )  CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW
                      )
OFFICER WAYNE SMITH, et al.,  )
                      )
    Defendants.      )

## AFFIDAVIT OF TINA RILEY-PELFREY

STATE OF ALABAMA      )
                      )
COUNTY OF RUSSELL     )

1.    My name is Tina Riley-Pelfrey. I am over the age of nineteen years and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am a licensed nurse (L.P.N.) at the Russell County Jail, Russell County, Alabama, and was employed in that position at all times relevant to Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint filed in this matter. I have some personal knowledge of the facts stated in the Complaint.

4.    It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates. Forms on which medical requests may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such requests. Copies of all

medical request forms are placed in an inmate's medical file. In an emergency situation, the Jail personnel have the authority to send inmates to the jail infirmary immediately.

5.    It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.

6.    It is the policy of the medical staff of the Russell County Jail that patients are not given any medication that contains a narcotic ingredient.

7.    On October 22, 2007 Plaintiff was examined by Dr. Warr, the physician who examined inmates at the Russell County Jail. Plaintiff was taken off of Ambien and Hydrocodone, as no controlled substances are allowed to be given at the jail. Dr. Warr placed Plaintiff on Penicillin to prevent any infection and a pain medication which does not contain a controlled substance. Plaintiff was given these medications per Dr. Warr's instructions.

8.    I have never stopped Plaintiff from receiving any medication which has been prescribed for him. I do not prescribe treatment or medication for inmates, nor do I diagnose their injuries or ailments.

9.    On the evening of October 31, 2007, Plaintiff was examined by Nurse McInnis. I was not present at the jail at that time. Nurse McInnis' notes indicate that she examined Plaintiff at 9 p.m. on October 31, 2007. Plaintiff complained of chest pains and a head ache. Plaintiff stated that he was unable to walk. Plaintiff's blood pressure was elevated and his chest was clear. Plaintiff was given a GI cocktail consisting of pain medications. This is the same treatment he would receive if he went to an emergency room complaining of chest pains. At 9:10 his blood pressure was taken again. He was given a medication to bring his blood pressure down. At 10:00 Plaintiff's blood pressure was taken and it had returned to a normal level. His lungs were clear and his oxygen level was 100%. Plaintiff was noted to be quite dramatic and anxious. Plaintiff was

given Benadryl to calm him down, Tylenol and a medication similar to icy hot to relax his muscles. Plaintiff was encouraged to relax.

10.    I certify and state that the medical documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the Plaintiff's health records, kept at the Russell County Jail in the regular course of business.

11.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.


Tina Riley-Pelfrey

**SWORN TO** and **SUBSCRIBED** before me this 24th day of May, 2008.


NOTARY PUBLIC
My Commission Expires March 4, 2012

3

# Exhibit E
# Affidavit of Michael J. San Nicolas

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DANIEL ADAM SUMMERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW** |
| | ) |
| **OFFICER WAYNE SMITH, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

<u>**AFFIDAVIT OF MICHAEL J. SAN NICOLAS**</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RUSSELL** | ) |

1.    My name is Michael J. San Nicolas.  I am over the age of nineteen and am competent to execute this affidavit, which is based on my personal knowledge, training and experience.

2.    I am a Sergeant and a correctional officer with the Russell County Sheriff's Department, and was employed in that position at all times relevant to the Plaintiff's Complaint.

3.    I have reviewed the Plaintiff's Complaint filed in this matter.  I have some personal knowledge of the facts stated in the Complaint.

4.    On October 31, 2007, I was working night shift.  Plaintiff was complaining of chest pains and stated that he could not walk to the nurse's office, so I informed Nurse McInnis and had her report to Plaintiff's cell to examine him.  I stayed in Plaintiff's cell while Nurse McInnis examined him.

5.    At no time did I instruct a trustee to drag or carry Plaintiff.  I did not observe Plaintiff being drug or carried by a trustee.

6.    It is the policy of the Russell County Sheriff's Department that members of the Jail staff receive and answer inmate grievances. Forms on which grievances may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such grievances. Copies of all completed grievances and request forms are placed in an inmate's jail file.

7.    To not provide an inmate with a grievance form or address a grievance would be a violation of the policy of the Jail. To my knowledge, the Plaintiff has not filed a grievance with respect to the subject matter of his Complaint.

8.    It is the policy of the Russell County Sheriff's Department that the Jail personnel provide timely medical treatment to inmates. Forms on which medical requests may be related to the Jail staff are readily available in the Jail. Inmates are furnished these forms at any time they request one. An exception exists for requests of an emergency nature, which may be made orally. Members of the Jail staff are charged with responding to such requests. Copies of all medical request forms are placed in an inmate's Jail file and medical file. In an emergency situation, the Jail personnel have the authority to send inmates to the jail infirmary immediately.

9.    It is a violation of the policies of the Russell County Jail to deny necessary medical attention, care or medication to an inmate.

10.    I do not have medical education, training or experience, but rely upon the professional judgment of medical professionals who have been retained to provide care to the inmates.

11.    I followed the policies of the Russell County Jail in all of my interactions with the Plaintiff.

2

12.    I certify and state that the documents provided to the Court which are attached to the Defendants' Special Report are true and correct copies of the records, kept at the Russell County Jail in the regular course of business.

13.    I affirm, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements were made by drawing from my personal knowledge of the situation.

_____

Michael J. San Nicolas

**SWORN TO** and **SUBSCRIBED** before me this ____ day of _____, 2008.

_____

NOTARY PUBLIC
My Commission Expires:_____

3

**Exhibit F**
**Relevant Medical Document: Notes from**
**Nurse McInnis**

Summers, Daniel

| Date/Time | | Nurse Signature |
|---|---|---|
| 10/31/07 | AM 143/98    HR 104 | |
| 10/31/07 9PM | S: C/o acute onset C/P N 6pm "feels like chest is pushing in on heart" unable to amb c̄ assist. Crying @ side. HA. Mom called Sgt. Reported needs to see nurse | |
| | O: VSS 160/98 HR 84 Pulse OX 100% Chest clear ∅ diaphoresis NAD | |
| | A: C/P etiology unknown | |
| | P: GI Cocktail 3 cc po given | |
| 910 pm | Av BP 162/109 @ 910 pm | |
| | Procardia 10mg SL given @ 918 sent to intake for observation | |
| 930 pm | Av Reports C/P improved to all. Last seen ETMH 07/07. ∅ return. Saw Dr. Lammons instead. Expresses no paranoid. Denies AH or VH | |
| 10 PM | BP 148/89 - HR 72 | |
| | Benadryl 50 & Tylenol x2 po given | |
| | Biofreeze muscle Rub given to use PRN | |
| | Dramatic and anxious. Wants to call his momma. Unable to reach her. 2o Block Another J3 called his uncle who called his mom & she is upset because she was told he was lying in floor and no one would help him. Reassured BP better Lungs clear. O2 100% Enc relaxation. Rees another mat ∅ avail 2o overcrowding. Expresses Bond too high & charges excessive Enc to consult attorney. | RN |