**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **DANIEL ADAM SUMMERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:08-cv-118-MHT-SRW |
| | ) |
| **OFFICER WAYNE SMITH, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW Russell County Correction Officers Wayne Smith, Charles Tarver, Michael San Nicolas and Nurse Tina Riley-Pelfrey, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Daniel Sunners, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4. Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5. The Plaintiff's claims are barred by the Prison Litigation Reform Act.

6. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7. Defendants are not liable based upon *respondeat superior* theories of liability.

8. The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9. Defendants were not deliberately indifferent in any respect.

Respectfully submitted this 30th day of May, 2008.

                s/Jamie K. Hill
                Jamie K. Hill Bar No.  HIL060
                Attorneys for Defendants
                WEBB & ELEY, P.C.
                7475 Halcyon Pointe Drive (36117)
                Post Office Box 240909
                Montgomery, Alabama  36124
                Telephone:  (334) 262-1850
                Fax:  (334) 262-1889
                E-mail:  jhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of May, 2008, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Daniel Adam Summers
c/o Russell County Jail
Post Office Box 640
Phenix City, Alabama  36868

                s/Jamie K. Hill
                OF COUNSEL