IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

DANIEL ADAM SUMMERS,  )
)
Plaintiff,  )
)
v.  ) CASE NO. 3:08-cv-118-MHT-SRW
)
OFFICER SMITH, et al.,  )
)
Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Wayne Smith, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party

_____                  _____

_____                  _____

_____                  _____


7/17/2008                                Jamie K. Hill
Date                                     (Signature)
                                         Jamie K. Hill
                                         (Counsel's Name)

                                         Wayne Smith, Charles Tarver, Michael San Nicolas, Tina Riley-Pelfrey
                                         Counsel for (print names of all parties)
                                         Webb & Eley, P.C.
                                         Post Office Box 240909, Montgomery, AL 36124
                                         Address, City, State Zip Code
                                         334-262-1850
                                         Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jamie K. Hill_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17____ day of July_____ 20 08, to:

Daniel Adam Summers, Russell County Jail, P.O. Box 640, Phenix City, AL 36868

_____

_____

_____

_____

_____

7/17/2008
Date

*Jamie K Hill*
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

DANIEL ADAM SUMMERS,  )
)
Plaintiff,  )
)
v.  )  CASE NO. 3:08-cv-118-MHT-SRW
)
OFFICER SMITH, et al.,  )
)
Defendants,  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW <u>Charles Tarver</u>, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                    <u>Relationship to Party</u>

_____    _____

_____    _____

_____    _____


<u>7/17/2008</u>                          <u>/s/ Jamie K. Hill</u>
Date                                (Signature)

                                    Jamie K. Hill
                                    (Counsel's Name)

                                    Wayne Smith, Charles Tarver, Michael San Nicolas, Tina Riley-Pelfrey
                                    Counsel for (print names of all parties)
                                    Webb & Eley, P.C.
                                    Post Office Box 240909, Montgomery, AL 36124
                                    Address, City, State Zip Code
                                    334-262-1850
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jamie K. Hill_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17_____day of July_____ 20 08, to:

Daniel Adam Summers, Russell County Jail, P.O. Box 640, Phenix City, AL  36868

_____

_____

_____

_____

7/17/2008                                         *Jamie K. Hill*
Date                                                Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

DANIEL ADAM SUMMERS   )
_____,   )
   )
    Plaintiff,   )
   )
v.   )   CASE NO. 3:08-cv-118-MHT-SRW
   )   _____
OFFICER SMITH, et al.   )
_____,   )
   )
    Defendants,   )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Michael San Nicolas_____, a _Defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                **Relationship to Party**

_____             _____

_____             _____

_____             _____


7/17/2008                            *Jamie K. Hill*
_____                          _____
Date                                 (Signature)
                                     Jamie K. Hill
                                     (Counsel's Name)
                                     Wayne Smith, Charles Tarver, Michael San Nicolas, Tina Riley-Pelfrey
                                     _____
                                     Counsel for (print names of all parties)
                                     Webb & Eley, P.C.
                                     Post Office Box 240909, Montgomery, AL  36124
                                     Address, City, State Zip Code
                                     334-262-1850
                                     _____
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jamie K. Hill_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17_____day of July_____ 20 08 to:

Daniel Adam Summers, Russell County Jail, P.O. Box 640, Phenix City, AL  36868

_____

7/17/2008
Date

Jamie K Hill
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

DANIEL ADAM SUMMERS, )
)
    Plaintiff, )
)
v. ) CASE NO. 3:08-cv-118-MHT-SRW
)
OFFICER SMITH, et al., )
)
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Tina Riley-Pelfrey_, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____

_____              _____

_____              _____


7/17/2008                            _Jamie K. Hill_
Date                                 (Signature)
                                     Jamie K. Hill
                                     (Counsel's Name)
                                     Wayne Smith, Charles Tarver, Michael San Nicolas, Tina Riley-Pelfrey
                                     Counsel for (print names of all parties)
                                     Webb & Eley, P.C.
                                     Post Office Box 240909, Montgomery, AL 36124
                                     Address, City, State Zip Code
                                     334-262-1850
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Jamie K. Hill_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17_____day of July_____ 20 08 to:

Daniel Adam Summers, Russell County Jail, P.O. Box 640, Phenix City, AL 36868

7/17/2008
Date

*Jamie K Hill*
Signature