IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL ADAM SUMMERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:08cv118-MHT |
| | ) | (WO) |
| OFFICER SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On July 3, 2008 (Doc. # 19), the magistrate judge filed a recommendation in this case to which no timely objections have been filed. Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED and ADJUDGED that:

(1) The recommendation of the magistrate judge (Doc. # 19) is adopted.

(2) The defendants' motion for summary judgment (Doc. # 16) is granted to the extent the defendants seek dismissal of this case due to the plaintiff's failure to properly exhaust available administrative remedies.

(3) This case is dismissed without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust administrative remedies available to him during his confinement in the Russell County Jail.

DONE, this the 4th day of August, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE